# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| _____ | : | |
| POST UNIVERSITY, INC. | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 3:21-cv-01242 |
| | : | |
| v. | : | |
| | : | |
| COURSE HERO, INC. | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## PLAINTIFF POST UNIVERSITY, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Post University, Inc. ("Plaintiff"), a private, non-governmental party, certifies, through the undersigned counsel, that Plaintiff has no publicly held corporate parents, affiliates, and/or subsidiaries.

Respectfully submitted,

POST UNIVERSITY, INC.

/s/ Timothy A. Johnson
Timothy A. Johnson (CT420792)
Getz Balich LLC
10 Waterside Drive, Suite 205
Farmington, CT 06032
Ph: 860-470-4703
Fax: 860-606-9818
Email: tjohnson@getzbalich.com

1