UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| POST UNIVERSITY, INC., | : | |
| | : | |
| Plaintiff, | : | No. 3:21cv1242 (JBA) |
| | : | |
| v. | : | |
| | : | |
| COURSE HERO, INC., | : | |
| | : | |
| Defendant. | : | NOVEMBER 23, 2021 |

CONSENT MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT

Pursuant to Rule 7 of the Local Rules of this Court, the defendant Course Hero, Inc., respectfully moves for an extension of 28 days, to and including December 22, 2021, in which to respond to the plaintiff's Complaint by answer or motion. The defendant's response to the complaint presently is due November 24, 2021. The defendant needs additional time to consult with counsel to evaluate the plaintiff's claims and to develop its defenses to the plaintiff's complaint, including without limitation the evaluation of venue and personal jurisdiction.

This is the defendant's first motion for extension of this deadline and, pursuant to Local Rule 7(b), plaintiff's counsel does not object to the extension of time sought in this motion. Pursuant to Local Rule 7(b)(3), this motion is being filed less than three business days before the deadline at issue because the undersigned has only recently been engaged as Connecticut counsel in this matter.

Wherefore, the defendant respectfully moves for an extension of time in which to respond the plaintiff's complaint to and including December 22, 2021.

DEFENDANT,
COURSE HERO, INC.,

By:/s/Patrick M. Fahey
    Patrick M. Fahey (ct13862)
    For SHIPMAN & GOODWIN LLP
    One Constitution Plaza
    Hartford, CT  06103-1919
    Tel. 860-251-5000
    Fax 860-251-5219
    pfahey@goodwin.com
    Its Attorneys