UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| POST UNIVERSITY, INC. : | |
| Plaintiff, : | |
| : | Civil Action No. 3:21-cv-01242-JBA |
| v. : | |
| COURSE HERO, INC. : | |
| Defendant. : | |

## MOTION TO AMEND SCHEDULING ORDER AND MEMORANDUM IN SUPPORT

Plaintiff, Post University, Inc. respectfully moves this Court, pursuant to Fed. R. Civ. P. 6(b) and/or 16(b)(4), and L.R. 7(b), to amend the Scheduling Order and extend remaining deadlines in this action.

Plaintiff submits that good cause exists to grant this motion. Good cause requires a showing by the moving party of an objectively sufficient reason for extending a deadline such that the deadline cannot reasonably be met despite the diligence of the party needing the extension. *Odom v. Matteo*, 772 F.Supp.2d 377, 405 (D. Conn. 2011). For the reasons discussed below, Plaintiff submits that it has been diligently working to meet the deadline for substantial completion of document production, but despite its diligence, additional time is necessary. Pursuant to L.R. 7(b)(2), Plaintiff has inquired of Defendant regarding this motion and Defendant indicated that it objects.

On January 18, 2022, the Parties submitted a 26(f) Report of the Parties' Planning Meeting proposing a schedule for this action (Dkt. 16). On January 20, 2022, the Court entered a Scheduling Order based at least in part on the Parties' proposed schedule (Dkt. 17). On August 2, 2022, the Court granted a first motion to amend the Scheduling Order (Dkt. 29). As such, this is the second request to extend the deadlines in this action.

At the time of the first extension, Plaintiff was in the process of reviewing the nearly 50,000 documents produced by Defendant between March 2022 and June 2022 to identify which of these documents were owned by Plaintiff and therefore subject to Plaintiff's claims of copyright infringement, violations of 17 U.S.C. § 1202, and trademark infringement. (Johnson Decl. at para. 3.)

Plaintiff's counsel began reviewing Course Hero's production shortly after Defendant's initial production and, by June 2022, had engaged a team of approximately twenty Post University employees to carefully review and analyze the documents to assist in identifying those documents owned by Post University. (Johnson Decl. at para. 4.) The process of identifying the documents owned by Plaintiff took more time than expected, yet Plaintiff did provide a list of such documents to Defendant on or about October 21, 2022 and supplemented its list on or about November 1, 2022 and November 8, 2022. (*Id.*)

The number of documents in Defendant's possession that are infringing or otherwise subject to the claims in this case was surprisingly greater than expected. (Johnson Decl. at para. 5.) Plaintiff identified approximately 7,000 documents that are believed to be subject to the copyright infringement, violations of 17 U.S.C. § 1202, and trademark infringement claims in this case. (*Id.*) In addition, Plaintiff identified another 18,000 believed to violate academic integrity policies. (*Id.*)

Having completed the identification of approximately 7,000 documents subject to the claims in the case, Plaintiff is presently engaged in a process of verifying information regarding each document such as authorship and date of creation. (Johnson Decl. at para. 6.) Prior to the first extension of time being requested, Plaintiff had been working on an automated process with an outside vendor to match documents from Course Hero's production to documents at Post University, which at the time was expected to significantly streamline the verification process. (Johnson Decl. at para. 7.) However, following the grant of the first extension, this automated process has not been successful in substantially streamlining the process. (*Id.*) Plaintiff now requires the manual review and input from numerous Post University personnel in the departments to which each document pertains. (*Id.*) At the same time, these individuals must also attend to their normal duties as Post University employees such as course instruction and administering final exams at the end of the academic term.

On November 2, 2022, Course Hero also served a document request seeking a "copy of every work that you contend was infringed by Course Hero or had Copyright Management Information removed and/or altered by Course Hero (as alleged in Paragraphs 116-128 of the Amended Complaint), in the form in which Post maintains the copy in the ordinary course of business." (Johnson Decl. at para. 8.)

Given the volume of substantial documents at issue which must be manually verified and also collected for production, Plaintiff is unable to meet the deadline of December 16, 2022 for the Substantial Completion of Document Production despite its diligence. (Johnson Decl. at para. 9.)

Further, despite Defendant's objection to this motion, Defendant's production of responsive documents is far from complete. Defendant's production to date has consisted primarily of Post University's documents which Defendant obtained and posted on its website. Very few

internal documents or emails have been produced by Defendant, which are necessary for Plaintiff to begin depositions. Also, for each document owned by Plaintiff, Defendant has been requested to produce corresponding "previews" indicative of how each document was displayed in a blurred fashion on Defendant's website. Each document is believed to have multiple associated previews, thus requiring the production of potentially tens of thousands of additional documents by Defendant. Defendant has yet to produce <u>any</u> of these preview documents.

For these reasons, and given the upcoming holidays and end of the academic term for Post University employees assisting with the review process, Plaintiff respectfully requests an extension of the deadline for Substantial Completion of Document Production to April 14, 2022, and a corresponding extension of the dates which follow, as indicated in the accompanying **Appendix A**. In view of the above, Plaintiff submits that good cause exists to grant this motion.

Respectfully submitted this 30th day of November, 2022.

PLAINTIFF,
POST UNIVERSITY, INC.

By: /s/ *Timothy A. Johnson*
Timothy A. Johnson (ct25383)
Getz Balich LLC
10 Waterside Drive, Suite 205
Farmington, CT   06032
(860) 470-4703 Phone
(860) 606-9818 Fax
tjohnson@getzbalich.com

Benjamin J. Lehberger (ct26880)
Dilworth IP, LLC
470 James Street, Suite 007
New Haven, CT 06513
(203) 220-8496 Phone
(203) 293-9176 Fax
blehberger@dilworthip.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was filed through the ECF system on the 30th day of November, 2022, and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

*/s/Timothy A. Johnson*

**Appendix A**

| Activity | Current Due Date | Proposed Due Date | Delta |
|---|---|---|---|
| Substantial Completion of Document Production | December 16, 2022 | April 14, 2022 | Approx. 4 months |
| Fact Depositions Completed | February 23, 2023 | June 23, 2023 | Approx. 4 months |
| Parties will designate all trial experts (including damages experts) and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) ("Opening expert reports") | March 23, 2023 | July 21, 2023 | Approx. 4 months |
| Rebuttal expert reports will be provided | April 20, 2022 | August 25, 2023 | Approx. 4 months |
| Depositions of experts will be completed | Depositions of Plaintiff's experts by May 18, 2022<br><br>Deposition of Defendant's experts by June 15, 2023 | Depositions of Plaintiff's experts by September 22, 2023<br><br>Deposition of Defendant's experts by October 20, 2023 | Approx. 4 months |
| All Discovery Completed | June 15, 2023 | October 20, 2023 | Approx. 4 months |
| Summary Judgment Motions | July 13, 2023 | November 17, 2023 | 4 months |

| Joint Trial Memorandum | If no dispositive motions are filed: August 10, 2023 | If no dispositive motions are filed: December 15, 2023 | If no dispositive motions are filed: Approx. 4 months |
| --- | --- | --- | --- |
| | If dispositive motions are filed: 30 days after ruling on dispositive motions | If dispositive motions are filed: 30 days after ruling on dispositive motions | If dispositive motions are filed: no change |
| Trial Readiness | If no dispositive motions are filed: September 4, 2023 | If no dispositive motions are filed: January 15, 2023 | If no dispositive motions are filed: Approx. 4 months |
| | If dispositive motions are filed: February 19, 2024 | If dispositive motions are filed: May 13, 2024 | If dispositive motions are filed: Approx. 3 months |