**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| POST UNIVERSITY, INC.<br><br>Plaintiff,<br><br>v.<br><br>COURSE HERO, INC.<br><br>Defendant. | Civil Action No. 3:21-cv-01242-JBA |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff, Post University, Inc. and Defendant, Course Hero, Inc., respectfully move this Court, pursuant to Fed. R. Civ. P. 6(b) and L.R. 7(b), to amend the Scheduling Order and extend the deadlines in this action. The Parties state the following in support of this motion:

1. On January 18, 2022, the Parties submitted a 26(f) Report of the Parties' Planning Meeting proposing a schedule for this action (Dkt. 16).

2. On January 20, 2022, the Court entered a Scheduling Order based at least in part on the Parties' proposed schedule (Dkt. 17).

3. On August 2, 2022, the Court granted a first motion to amend the Scheduling Order (Dkt. 30).

4. On February 2, 2023, the Court granted a second motion to amend the Scheduling Order (Dkt. 46).

5. The Parties have been working diligently to meet the current discovery schedule. However, unforeseen issues have delayed discovery. For example, an issue was discovered in Defendant's document production necessitating the reproduction of tens of thousands of documents. Defendant has completed that reproduction, though the Parties need time for additional discovery which is dependent on Plaintiff's review of the reproduction.

6. The Parties have also been diligently working to provide Plaintiff and its experts with access to Defendant's source code. The Parties have negotiated a revised Protective Order which has been submitted to the Court for consideration.

7. The Parties submit that good cause exists to amend the Scheduling Order and extend the deadlines under Fed. R. Civ. P. 6(b) and L.R. 7(b). The deadlines cannot reasonably be met despite the diligence of the Parties.

8. The Parties jointly agree to this motion.

9. In view of the above, the Parties respectfully request that this Court amend the Scheduling Order and extend the deadlines therein as shown in the proposed schedule attached hereto as Appendix A.

Respectfully submitted this 11th day of April, 2023.

PLAINTIFF,
POST UNIVERSITY, INC.

By: /s/ *Timothy A. Johnson*
Timothy A. Johnson (ct25383)
Getz Balich LLC
10 Waterside Drive, Suite 205
Farmington, CT 06032
(860) 470-4703 Phone
(860) 606-9818 Fax
tjohnson@getzbalich.com

Benjamin J. Lehberger (ct26880)
Dilworth IP, LLC
470 James Street, Suite 007
New Haven, CT 06513
(203) 220-8496 Phone
(203) 293-9176 Fax
blehberger@dilworthip.com

DEFENDANT,
COURSE HERO, INC.

By: /s/ *Patrick M. Fahey*
Patrick M. Fahey (ct13862)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Telephone: 806-251-5824
Facsimile: 806-251-5219
Email: pfahey@goodwin.com

Joseph C. Gratz (*pro hac vice*)
Annie A. Lee (*pro hac vice*)
Allyson R. Bennett (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415-268-7522
Email: jgratz@mofo.com; annielee@mofo.com;
abennett@mofo.com
**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed through the ECF system on the 11th day of April, 2023, and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

/s/ Timothy A. Johnson

**Appendix A**

| Activity | Current Due Date | Proposed Due Date | Delta |
|---|---|---|---|
| Substantial Completion of Document Production | April 14, 2023 | June 16, 2023 | 2 months |
| Fact Depositions Completed | June 23, 2023 | August 23, 2023 | 2 months |
| Parties will designate all trial experts (including damages experts) and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) ("Opening expert reports") | July 21, 2023 | September 22, 2023 | 2 months |
| Rebuttal expert reports will be provided | August 25, 2023 | October 25, 2023 | 2 months |
| Depositions of experts will be completed | Depositions of Plaintiff's experts by September 22, 2023<br>Deposition of Defendant's experts by October 20, 2023 | Deposition of experts by December 20, 2023 | 2 months |
| All Discovery Completed | October 20, 2023 | December 20, 2023 | 2 months |
| Summary Judgment Motions | November 17, 2023 | January 31, 2024 | 2.5 months |
| Joint Trial Memorandum | If no dispositive motions are filed: December 15, 2023<br>If dispositive motions are filed: 30 days after ruling on dispositive motions | If no dispositive motions are filed: February 15, 2024<br>If dispositive motions are filed: 30 days after ruling on dispositive motions | If no dispositive motions are filed: 2 months<br>If dispositive motions are filed: no change |

| | | | |
|---|---|---|---|
| Trial Readiness | If no dispositive motions are filed: January 15, 2024<br>If dispositive motions are filed: May 13, 2024 | If no dispositive motions are filed: March 18, 2024<br>If dispositive motions are filed: July 15, 2024 | If no dispositive motions are filed: 2 months<br>If dispositive motions are filed: 2 months |