UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Post University Inc., <br><br> Plaintiff, <br><br> v. <br><br> Course Hero Inc., <br><br> Defendant. | Civil Action No. 3:21-cv-01242 (JBA) <br><br><br><br> JUNE 30, 2023 |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned counsel respectfully moves to withdraw the appearance of Jessica E Lanier on behalf of Defendant Course Hero, Inc. ("Course Hero").  There is good cause for the Court to grant this motion because other counsel from Morrison & Foerster LLP have appeared for Course Hero and will continue to represent Course Hero in this action.  The undersigned hereby certifies that Ms. Lanier has notified Course Hero of this motion and of her intent to withdraw.

WHEREFORE, the undersigned respectfully requests that the Court grant this motion.

SG-20337887.1 - 6/30/2023 7:15 AM

-2-

DEFENDANT,
COURSE HERO, INC.,


By: */s/ Patrick M. Fahey*
    Patrick M. Fahey (ct13862)
    For SHIPMAN & GOODWIN LLP
    One Constitution Plaza
    Hartford, Connecticut 06103-1919
    Telephone:    806-251-5824
    Facsimile:    806-251-5219
    Email:  PFahey@goodwin.com

    Jessica E. Lanier (*pro hac vice*)
    MORRISON & FOERSTER LLP
    425 Market Street
    San Francisco, CA 94105, USA
    Telephone:    415-268-7000
    Facsimile:    415-268-7522
    Email: AnnieLee@mofo.com
    Email: JLanier@mofo.com

    Its Attorneys