## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____

POST UNIVERSITY, INC. :

Plaintiff, :

                                                  :      Civil Action No. 3:21-cv-01242-JBA

v. :

COURSE HERO, INC. :

Defendant. :
_____:

### JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff, Post University, Inc. and Defendant, Course Hero, Inc., respectfully move this Court, pursuant to Fed. R. Civ. P. 6(b) and L.R. 7(b), to amend the Scheduling Order and extend the deadlines in this action. The Parties state the following in support of this motion:

1.      On January 18, 2022, the Parties submitted a 26(f) Report of the Parties' Planning Meeting proposing a schedule for this action (Dkt. 16).

2.      On January 20, 2022, the Court entered a Scheduling Order based at least in part on the Parties' proposed schedule (Dkt. 17).

3.      On August 2, 2022, the Court granted a first motion to amend the Scheduling Order (Dkt. 30).

4.      On February 2, 2023, the Court granted a second motion to amend the Scheduling Order (Dkt. 46).

5.      On April 19, 2023, the Court granted a third motion to amend the Scheduling Order (Dkt 54).

6.      The Parties have been working diligently to meet the current discovery schedule. However, unforeseen issues have delayed discovery. For example, the parties have been working to schedule depositions for both Parties.  Due to conflicts in the schedules of both attorneys and witnesses, the Parties have determined that it is not feasible to host the necessary number of depositions prior to the current deadline of August 23, 2023.  The Parties have discussed a one-month extension to all deadlines in order to provide additional time to complete the depositions.

7.      The Parties have also been diligently working to provide Plaintiff and its experts with access to Defendant's source code; however, the Parties continue to work diligently to resolve disagreements.

8.      The Parties submit that good cause exists to amend the Scheduling Order and extend the deadlines under Fed. R. Civ. P. 6(b) and L.R. 7(b). The deadlines cannot reasonably be met despite the diligence of the Parties.

9.      The Parties jointly agree to this motion.

10.     In view of the above, the Parties respectfully request that this Court amend the Scheduling Order and extend the deadlines therein as shown in the proposed schedule attached hereto as Appendix A.


Respectfully submitted this 6th day of July, 2023.

PLAINTIFF,
POST UNIVERSITY, INC.

By: /s/ *Timothy A. Johnson*
Timothy A. Johnson (ct25383)
Getz Balich LLC
10 Waterside Drive, Suite 205
Farmington, CT   06032
(860) 470-4703 Phone
(860) 606-9818 Fax
tjohnson@getzbalich.com

Benjamin J. Lehberger (ct26880)
Dilworth IP, LLC
470 James Street, Suite 007
New Haven, CT 06513
(203) 220-8496 Phone
(203) 293-9176 Fax
blehberger@dilworthip.com

DEFENDANT,
COURSE HERO, INC.

By: /s/ *Patrick M. Fahey*
Patrick M. Fahey (ct13862)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Telephone: 806-251-5824
Facsimile: 806-251-5219
Email: pfahey@goodwin.com

Joseph C. Gratz (*pro hac vice*)
jgratz@mofo.com
MORRISON FOERSTER
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

Allyson R. Bennett (*pro hac vice*)
abennett@mofo.com
MORRISON FOERSTER
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: 213-992-4499
Facsimile: 415-236-6300

**<u>CERTIFICATE OF SERVICE</u>**

       I hereby certify that the foregoing document was filed through the ECF system on the 6th of July and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.


       /s/ Timothy A. Johnson       

**Appendix A**

| Activity | Current Due Date | Proposed Due Date | Delta |
|---|---|---|---|
| Fact Depositions Completed | August 23, 2023 | September 29, 2023 | 1 month |
| Parties will designate all trial experts (including damages experts) and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) ("Opening expert reports") | September 22, 2023 | October 27, 2023 | 1 month |
| Rebuttal expert reports will be provided | October 25, 2023 | November 22, 2023 | 1 month |
| Depositions of experts will be completed | Deposition of experts by December 20, 2023 | Deposition of experts by January 24, 2024 | 1 month |
| All Discovery Completed | December 20, 2023 | February 7, 2024 | 1.5 months |
| Summary Judgment Motions | January 31, 2024 | March 14, 2024 | 1.5 months |
| Joint Trial Memorandum | If no dispositive motions are filed: February 15, 2024<br><br>If dispositive motions are filed: 30 days after ruling on dispositive motions | If no dispositive motions are filed: March 28, 2024<br><br>If dispositive motions are filed: 30 days after ruling on dispositive motions | If no dispositive motions are filed: 1.5 month2<br><br>If dispositive motions are filed: no change |
| Trial Readiness | If no dispositive motions are filed: March 18, 2024<br><br>If dispositive motions are filed: July 15, 2024 | If no dispositive motions are filed: April 22, 2024<br><br>If dispositive motions are filed: August 19, 2024 | If no dispositive motions are filed: 1 month<br><br>If dispositive motions are filed: 1 month |