

10 Waterside Drive, Suite 205
Farmington, CT 06032
860.470.4700

getzbalich.com

Writer's Email: tjohnson@getzbalich.com
Writer's Telephone: 860-470-4703

July 7, 2023

Via CM/ECF

Judge Janet Bond Arterton
Senior U.S. District Judge for the District of Connecticut
141 Church Street
New Haven, CT 06510

      Re: *Post University Inc v. Course Hero, Inc.*, Case No. 3:21-cv-01242-JBA

Your Honor:

I am counsel for the Plaintiff, Post University Inc., in the above-captioned action and write to request that the oral argument on the Motion to Dismiss be rescheduled. Defendant consents to this request.

Oral argument on the Motion to Dismiss is presently set for August 2, 2023. (Dkt. 56.) Due to previously scheduled vacation plans, Plaintiff's counsel is not available on this date. The parties have conferred and propose that the hearing be rescheduled to either July 27, 2023 or August 17, 2023 or a later date that is convenient for the Court.

The parties are available to discuss this matter at the Court's convenience.

                                              Respectfully Submitted,

                                              Timothy A. Johnson
                                              tjohnson@getzbalich.com

cc: Counsel of Record (via CM/ECF)