Civil- (Dec-2008)

HONORABLE: Janet Bond Arterton

DEPUTY CLERK L. Barry          RPTR/ECRO/TAPE Corinne Thomas

TOTAL TIME: 0 hours 57 minutes
DATE: 8/17/2023     START TIME: 1:36     END TIME: 2:33
LUNCH RECESS     FROM:            TO:
RECESS (if more than ½ hr)   FROM:            TO:

CIVIL NO. 3:21-cv-01242-JBA

Post University Inc                                 Lehberger, Aronoff, Johnson
                                                    Plaintiff's Counsel
              vs
Course Hero, Inc.                                   Fahey, Ranieri, Lee
                                                    Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing                    ☐ Show Cause Hearing
☐ Evidentiary Hearing               ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑.....#47 Motion to Dismiss          ☐ granted ☐ denied ☑ advisement
☐.....#    Motion                    ☐ granted ☐ denied ☐ advisement
☐.....#    Motion                    ☐ granted ☐ denied ☐ advisement
☐.....#    Motion                    ☐ granted ☐ denied ☐ advisement
☐.....#    Motion                    ☐ granted ☐ denied ☐ advisement
☐.....#    Motion                    ☐ granted ☐ denied ☐ advisement
☐.....#    Motion                    ☐ granted ☐ denied ☐ advisement
☐.....      Oral Motion              ☐ granted ☐ denied ☐ advisement
☐.....      Oral Motion              ☐ granted ☐ denied ☐ advisement
☐.....      Oral Motion              ☐ granted ☐ denied ☐ advisement
☐.....      Oral Motion              ☐ granted ☐ denied ☐ advisement
☐.....      ☐ Briefs(s) due _____  ☐ Proposed Findings due_____  Response due_____
☐...........  _____        ☐ filed ☐ docketed
☐...........  _____        ☐ filed ☐ docketed
☐...........  _____        ☐ filed ☐ docketed
☐...........  _____        ☐ filed ☐ docketed
☐...........  _____        ☐ filed ☐ docketed
☐...........  _____        ☐ filed ☐ docketed
☐...........  Hearing continued until _____ at _____