UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| POST UNIVERSITY, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>COURSE HERO, INC.,<br><br>        Defendant. | Civil Action No. 3:21-cv-01242 (JBA)<br><br>September 26, 2023 |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff, Post University, Inc. and Defendant, Course Hero, Inc., respectfully move this Court, pursuant to Fed. R. Civ. P. 6(b) and L.R. 7(b), to amend the Scheduling Order and extend the deadlines in this action. The Parties state the following in support of this motion:

1.      On January 18, 2022, the Parties submitted a 26(f) Report of the Parties' Planning Meeting proposing a schedule for this action (Dkt. 16).

2.      On January 20, 2022, the Court entered a Scheduling Order based at least in part on the Parties' proposed schedule (Dkt. 17).

3.      On August 2, 2022, the Court granted a first motion to amend the Scheduling Order (Dkt. 30).

4.      On February 2, 2023, the Court granted a second motion to amend the Scheduling Order (Dkt. 46).

5.      On April 19, 2023, the Court granted a third motion to amend the Scheduling Order (Dkt. 54).

6.      On July 7, 2023, the Court granted a fourth motion to amend the Scheduling Order (Dkt. 61).

7.      The Parties have been working diligently to meet the current discovery schedule by taking sixteen fact witness depositions over the course of six weeks and finishing document productions. Supplemental discovery by both sides has necessitated the adjustment of certain fact witness depositions towards the end of the fact discovery deadline, which, in turn, has the potential to significantly compress the time within which expert reports and depositions can be completed, and that the existing expert deadlines cannot reasonably be met despite the diligence of the Parties.

8.      Accordingly, the Parties jointly and respectfully submit that good cause exists to amend the Scheduling Order to extend the expert deadlines and subsequent deadlines under Fed. R. Civ. P. 6(b) and L.R. 7(b).

9.      In view of the above, the Parties respectfully request that this Court amend the Scheduling Order and extend the expert discovery deadlines and subsequent deadlines as reflected in the proposed amended schedule attached hereto as Appendix A.

Respectfully submitted this 26th day of September, 2023.

| PLAINTIFF, | DEFENDANT, |
| --- | --- |
| POST UNIVERSITY, INC. | COURSE HERO, INC. |

By: /s/ *Timothy A. Johnson*
Timothy A. Johnson (ct25383)
Getz Balich LLC
10 Waterside Drive, Suite 205
Farmington, CT   06032
(860) 470-4703 Phone
(860) 606-9818 Fax
tjohnson@getzbalich.com

Benjamin J. Lehberger (ct26880)
Dilworth IP, LLC
470 James Street, Suite 007
New Haven, CT 06513
(203) 220-8496 Phone
(203) 293-9176 Fax
blehberger@dilworthip.com

Yonaton Aronoff (*pro hac vice*)
Harris St. Laurent & Wechsler LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(917) 512-9488 Phone
yaronoff@hs-law.com

By: /s/ *Patrick M. Fahey*
Patrick M. Fahey (ct13862)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Telephone: 806-251-5824
Facsimile: 806-251-5219
Email: pfahey@goodwin.com

Joseph C. Gratz (*pro hac vice*)
jgratz@mofo.com
MORRISON FOERSTER
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

Allyson R. Bennett (*pro hac vice*)
abennett@mofo.com
MORRISON FOERSTER
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: 213-992-4499
Facsimile: 415-236-6300

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was filed through the ECF system on the 26th day of September, 2023, and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

                            /s/ *Timothy A. Johnson*

## Appendix A

| Activity | Current Due Date | Proposed Due Date | Delta |
|---|---|---|---|
| Fact Depositions Completed | September 29, 2023 | September 29, 2023[1] | No change |
| Parties will designate all trial experts (including damages experts) and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) ("Opening expert reports") | October 27, 2023 | December 1, 2023 | 1 month, 4 days |
| Rebuttal expert reports will be provided | November 22, 2023 | January 22, 2023 | 2 months |
| Depositions of experts will be completed | Depositions of experts by January 24, 2024 | Depositions of experts by March 14, 2024 | <2 months |
| All Discovery Completed | February 7, 2024 | April 12, 2024 | <2 months |
| Summary Judgment Motions | March 14, 2024 | May 17, 2024 | 2 months |
| Joint Trial Memorandum | If no dispositive motions are filed: March 28, 2024<br><br>If dispositive motions are filed: 30 days after ruling on dispositive motions | If no dispositive motions are filed: May 31, 2024<br><br>If dispositive motions are filed: 30 days after ruling on dispositive motions | If no dispositive motions are filed: 2 months<br><br>If dispositive motions are filed: no change |
| Trial Readiness | If no dispositive motions are filed: April 22, 2024<br><br>If dispositive motions are filed: August 19, 2024 | If no dispositive motions are filed: June 28, 2024<br><br>If dispositive motions are filed: September 19, 2024 | If no dispositive motions are filed: <2 months<br><br>If dispositive motions are filed: 1 month |

---

[1] The parties agree that the previously noticed depositions of Abishek Rajendra, Gregor Carrigan, Reina Hashimoto, and Frank Monteiro may occur after this deadline, but will endeavor to complete them as soon as possible.