

December 29, 2023

**VIA ECF**
The Hon. Vernon D. Oliver
United States District Court
District of Connecticut
450 Main Street
Hartford, Connecticut 06103

**Re:** *Post University Inc v. Learneo, Inc.,* **No. 3:21-cv-01242 (VDO)**

Your Honor,

The parties write jointly in response to the Court's December 14, 2023, Order (Docket No. 107) to advise the Court as follows:

The parties have exchanged written settlement proposals but remain very far apart. The parties accept the Court's offer to refer this matter to a Magistrate Judge for purposes of a settlement conference. The parties also respectfully inform the Court that they are having discussions about hiring a private mediator and will update the Court about the status of those conversations on or before January 16, 2024.

                        Respectfully,

                        */s/ Yonaton Aronoff*

                        Yonaton Aronoff

YONATON ARONOFF   YARONOFF@HS-LAW.COM   DIRECT (917) 512-9488

HS-LAW.COM   MAIN (212) 397-3370 | FAX (212) 202-6206 | 40 WALL STREET, 53RD FLOOR, NEW YORK, NY 10005