UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| POST UNIVERSITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> LEARNEO, INC., <br><br> Defendant. | Case No. 3:21-cv-01242 |

**DECLARATION OF ANNIE A. LEE IN SUPPORT OF DEFENDANT LEARNEO, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

I, Annie A. Lee, declare as follows:

1. I am a lawyer at Morrison & Foerster LLP, counsel of record for Defendant Learneo, Inc. ("Learneo") in the above-captioned matter. I submit this declaration in support of Defendant's Opposition to Plaintiff Post University, Inc.'s ("Post") Motion to Compel.

2. Attached as **Exhibit A** is a true and correct copy of #1864611 Take Down of Post University Copyrighted Materials produced as CH0479384.

3. Attached as **Exhibit B** is a true and correct copy of #1971624 Take Down of Post University Copyrighted Materials produced as CH0479386.

4. Attached as **Exhibit C** is a true and correct copy of correspondence from Learneo counsel to Post counsel dated September 29, 2021 attaching a flyer titled "Course Hero Content Management Best Practices," produced as CH0480953.

5. Learneo has responded and objected to 68 requests for production, 70 requests for admission, and 22 interrogatories, and produced eight witnesses for depositions. Learneo has produced over 1.6 million pages of documents and made over 12,300 source code files available for Post's inspection.

6. Attached as **Exhibit D** is a true and correct copy of Defendant's Objections and Responses to Plaintiff's First Set of Requests for Production (1-26), served on February 22, 2022.

7. Attached as **Exhibit E** is a true and correct copy of Defendant's Objections and Responses to Plaintiff's Second Set of Requests for Production (27-46), served on October 5, 2022.

8. Attached as **Exhibit F** is a true and correct copy of Defendant's Objections and Responses to Plaintiff's Third Set of Requests for Production (47–53) served on December 16, 2022.

9. Attached as **Exhibit G** is a true and correct copy of correspondence from Learneo counsel to Post counsel dated April 2023.

10. Attached as **Exhibit H** is a true and correct copy of correspondence from Learneo counsel to Post counsel dated January 26, 2023.

11. Attached as **Exhibit I** is a true and correct copy of correspondence between Learneo and Post counsel scheduling the first source code review for June 1, 2023.

12. Attached as **Exhibit J** is a true and correct copy of correspondence between Learneo and Post counsel dated November 17, 2023 and November 28, 2023.

13. Attached as **Exhibit K** is a true and correct copy of Interrogatories 8, 9, and 20 served on October 31, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of January, 2024, at Oakland, California.

                                            ANNIE A. LEE