# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

POST UNIVERSITY, INC.,

                **Plaintiff,**

   v.

COURSE HERO, INC.,

                **Defendant.**

**Case No. 3:21-cv-01242**

**DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF
REQUESTS FOR PRODUCTION (1-26)**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and Local Rule 26, Defendant Course Hero, Inc. ("Course Hero") hereby objects and responds to Plaintiff Post University, Inc.'s ("Post University") First Set of Requests for Production to Defendant (1-26) ("Request(s)").

### INTRODUCTORY RESPONSE

Course Hero responds to the Requests on the basis of the best information available to it at the time the responsive information was gathered, within the limits of time, and subject to the objections described below.  Course Hero responds to the Requests as it interprets and understands each Request set forth herein.  If Post University subsequently asserts an interpretation of any of the Requests that differs from Course Hero's understanding, Course Hero reserves the right to supplement its objections and/or responses.

Course Hero's willingness to respond to any particular Request does not constitute an admission that Course Hero agrees with any characterization, definition, or assumption contained in the Request or an assumption or an acknowledgement by Course Hero that the Request is proper, that the information sought is within the proper bounds of discovery or that demands for similar information will be treated in similar fashion.  Furthermore, a statement that responsive documents will be produced in response to a particular Request does not mean that Course Hero knows any such document exists or is in its possession, custody, or control.

Course Hero's responses to the Requests contain, provide, or refer to information that is protected under the Protective Order entered in this matter and should therefore be treated accordingly.

Course Hero has not yet completed its discovery relating to this case and its investigation of the facts is ongoing.  Course Hero anticipates that additional information responsive to the

Requests may be obtained as discovery proceeds.  Course Hero's responses to the Requests are therefore made without prejudice to Course Hero's right to amend, correct or supplement its responses to the Requests.

**GENERAL OBJECTIONS**

1.      Course Hero objects to the Requests, including the Definitions and Instructions contained therein, to the extent that they:

a.      call for the discovery of information protected by the attorney-client privilege, the attorney work-product immunity and/or any other applicable privilege or immunity under federal, state or local law.  The inadvertent production of any information that is privileged or otherwise protected from discovery shall not constitute a waiver of any such privilege or protection;

b.      are vague, ambiguous, overly broad, unduly burdensome, unreasonably cumulative, overlapping, or duplicative;

c.      require disclosure of information that is neither relevant to the claims or defenses of any party in this action, nor proportional to the needs of the case;

d.      purport to require the disclosure of information already in the possession of Post University, available from public sources, as accessible to Post University as to Course Hero, or obtainable from another source that is more convenient, less burdensome or less expensive.  Course Hero provides these responses with the understanding that Post University already has access to such sources, including all materials on Course Hero's website;

e.      attempt to impose burdens that exceed or are different from the requirements of the Federal Rules of Civil Procedure and/or the applicable Local Rules, and relevant case law.  Course Hero will comply with its obligations under the Federal and Local

Rules, but will not comply with Instructions that are inconsistent with, or impose obligations beyond, applicable rules.  Course Hero stands ready to meet and confer to discuss the best and most efficient way to conduct discovery bilaterally;

       f.     call for information concerning documents that are no longer in existence or reasonably accessible, or documents not in Course Hero's possession, custody, or control. Course Hero will only provide relevant, non-privileged information that is within Course Hero's present possession, custody, or control and available after a reasonable investigation;

       g.     imprecisely specify the information sought.  Where imprecise terms are used, Course Hero will, therefore, provide only information that is responsive to the Request based on Course Hero's interpretation of the Request;

       h.     seek information concerning "all documents and things," or the like on the basis that providing a response to such Requests would be unduly burdensome;

       i.     are not limited to a reasonable time period.  Course Hero will produce documents from a reasonable time period as it relates to the case;

       j.     purport to impose a duty on Course Hero (a company with over 300 employees in the United States and other countries) to undertake a search for information beyond a reasonable search of its files as it relates to this case and where information responsive to the Request would reasonably be expected to be stored in the ordinary course of business;

       k.     seek discovery in violation of any applicable law;

       l.     are premature and require claim construction and/or the disclosure of expert discovery, opinions or analysis;

       m.     seek information that is the confidential and proprietary information of a third party, the joint confidential and proprietary information of Course Hero and a third party, or

the subject of a non-disclosure/confidentiality agreement between Course Hero and a third party. Course Hero will produce third-party confidential documents as set forth herein, subject to the terms of the protective order entered by the Court; or

    n.  seek information that is more efficiently or appropriately obtained through some other form of discovery.

  2.  Where the Request includes words and concepts involving a legal conclusion, any response is not an admission that such legal conclusions apply.

  3.  Course Hero reserves all objections to the competency, relevance, materiality, or admissibility at trial or any other proceeding of any information provided or document identified in response to the Requests.  The identification of any document or the provision of any information does not constitute an admission that such document or information exists or is relevant to the pending litigation.

  4.  Course Hero objects to Post University's definition of "Defendant," "Course Hero," and "You" to the extent it purports to include "each of its predecessors, successors, divisions, subsidiaries, and affiliates" as overly broad, unduly burdensome and disproportionate to the needs of this case and beyond the scope of permissible discovery under the Federal Rules of Civil Procedure.  Course Hero will construe these terms to refer to Defendant Course Hero, Inc. only.

  5.  Course Hero objects to Post University's definition of "Plaintiff" and "Post University" to the extent it purports to include "each of its predecessors, successors, divisions, subsidiaries, and affiliates" as overly broad, unduly burdensome and disproportionate to the needs of this case and beyond the scope of permissible discovery under the Federal Rules of

Civil Procedure.  Course Hero will construe these terms to refer to Plaintiff Post University, Inc. only.

6.     Course Hero objects to the requested production date as unreasonably burdensome.  Course Hero will produce documents at a reasonable time consistent with the case schedule.

7.     Course Hero objects to each Request to the extent that it seeks trade secrets or confidential or proprietary information of Course Hero.  Course Hero will produce confidential documents as set forth herein, subject to the terms of the Protective Order entered by the Court.

8.     Course Hero objects to the production of electronically stored information before an applicable ESI protocol has been entered.  Course Hero will produce electronically stored information as set forth herein, subject to the terms of a ESI protocol to be agreed upon by the parties.

9.     Course Hero objects to the instruction that purports to require Course Hero to identify documents that have been destroyed or discarded in the ordinary course of business.  Course Hero will not identify such documents, as the requests to do so is unreasonably burdensome and not proportional to the needs of this case.

10.    Course Hero objects to the instruction that purports to require Course Hero to describe documents withheld from production, regardless of the reason they are being withheld, including for example based on the reasons Course Hero identifies in response to a specific request for production.

Without waiving the foregoing General Objections but in express reliance thereon, Course Hero incorporates the foregoing objections into the responses below and responds to the individually numbered Requests as follows:

## SPECIFIC OBJECTIONS AND RESPONSES

**REQUEST FOR PRODUCTION NO. 1:**

All documents and/or Study Resources that are, or have at any time been, available and/or at least partially displayed on Course Hero's website and tagged or identified as being associated with Post University or any course associated with Post University, that refer or relate to Post University, and/or that bear any of the trademarks identified in Exhibits 32-37 of the Complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

Course Hero objects to the request for "All Documents and/or Study Resources" that have been "tagged or identified as being associated with" or "refer or relate to Post University" as overly broad, unduly burdensome, and disproportionate to the needs of this case, including because Post University has not alleged ownership of documents not created by Post University faculty or staff (*e.g.,* student assignments and notes). Course Hero objects to this Request to the extent it is not limited to a time period within the relevant statute of limitations (3 years). Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the common-interest privilege, the work-product doctrine, or any other applicable privilege or protection. Course Hero objects to this Request to the extent it seeks documents within Post University's possession, publicly-available documents, or documents where the burden of obtaining such documents will be substantially the same for either party. The Request thus falls outside the scope of permissible discovery under Federal Rule of Civil Procedure 26.

Subject to and without waiving Course Hero's General and Specific Objections, Course Hero will produce non-privileged documents currently available on Course Hero's website that were uploaded by users who categorized the documents as being associated with Post University,

to the extent such documents are in Course Hero's possession, custody or control and can be located after a reasonable search.

**REQUEST FOR PRODUCTION NO. 2:**

All documents and/or Study Resources that are, or have at any time been, available and/or at least partially displayed on Course Hero's website and tagged or identified as being associated with American Sentinel University or any course associated with American Sentinel University, and/or that refer or relate to American Sentinel University, SentinelU, Sentinel U, and/or Sentinel City.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

Course Hero objects to the request for "All Documents and/or Study Resources" that have been "tagged or identified as being associated with" or "refer or relate to American Sentinel University, SentinelU, Sentinel U and/or Sentinel City" as overly broad, unduly burdensome, and disproportionate to the needs of this case, including because Post University has not alleged ownership of documents not created by Post University faculty or staff (*e.g.,* student assignments and notes). Course Hero objects to this Request to the extent it is not limited to a time period within the relevant statute of limitations (3 years). Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the common-interest privilege, the work-product doctrine, or any other applicable privilege or protection. Course Hero objects to this Request to the extent it seeks documents within Post University's possession, publicly-available documents, or documents where the burden of obtaining such documents will be substantially the same for either party. The Request thus falls outside the scope of permissible discovery under Federal Rule of Civil Procedure 26.

Subject to and without waiving Course Hero's General and Specific Objections, Course Hero will produce non-privileged documents currently available on Course Hero's website that

were uploaded by users who categorized the documents as being associated with American Sentinel University, to the extent such documents are in Course Hero's possession, custody or control and can be located after a reasonable search.

**REQUEST FOR PRODUCTION NO. 3:**

All Preview Pages that are, or have at any time been, available and/or at least partially displayed on Course Hero's website and tagged or identified as being associated with Post University or any course associated with Post University, or that refer or relate to Post University, including but not limited to all Preview Pages associated with documents and/or Study Resources identified in response to Request No. 1.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

Course Hero objects to the request for "All Preview Pages" that have been "tagged or identified as being associated with" or "refer or relate to Post University" as overly broad, unduly burdensome, and disproportionate to the needs of this case, including because Post University has not alleged ownership of documents not created by Post University faculty or staff (*e.g.,* student assignments and notes), and because the term "Preview Pages" is vague and ambiguous. Course Hero objects to this Request to the extent it is not limited to a time period within the relevant statute of limitations (3 years). Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the common-interest privilege, the work-product doctrine, or any other applicable privilege or protection. Course Hero objects to this Request to the extent it seeks documents within Post University's possession or publicly-available documents. The Request thus falls outside the scope of permissible discovery under Federal Rule of Civil Procedure 26.

Subject to and without waiving Course Hero's General and Specific Objections, Course Hero states that the previews for each document on Course Hero's website are available for

inspection at Course Hero's website with the creation of an account.

**REQUEST FOR PRODUCTION NO. 4:**

All Preview Pages that are, or have at any time been, available and/or at least partially displayed on Course Hero's website and tagged or identified as being associated with American Sentinel University or any course associated with American Sentinel University, or that refer or relate to American Sentinel University, SentinelU, Sentinel U, and/or Sentinel City, including but not limited to all Preview Pages associated with documents and/or Study Resources identified in response to Request No. 2.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

Course Hero objects to the request for "All Preview Pages" that have been "tagged or identified as being associated with" or "refer or relate to American Sentinel University, SentinelU, Sentinel U and/or Sentinel City" as overly broad, unduly burdensome, and disproportionate to the needs of this case, including because Post University has not alleged ownership documents not created by Post University faculty or staff (*e.g.,* student assignments and notes), and because the term "Preview Pages" is vague and ambiguous. Course Hero objects to this Request to the extent it is not limited to a time period within the relevant statute of limitations (3 years). Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the common-interest privilege, the work-product doctrine, or any other applicable privilege or protection. Course Hero objects to this Request to the extent it seeks documents within Post University's possession or publicly-available documents. The Request thus falls outside the scope of permissible discovery under Federal Rule of Civil Procedure 26.

Subject to and without waiving Course Hero's General and Specific Objections, Course Hero states that the previews for each document on Course Hero's website are available for inspection at Course Hero's website with the creation of an account.

**REQUEST FOR PRODUCTION NO. 5:**

Documents sufficient to show each instance that any document and/or Study Resource, which has been tagged or identified as being associated with Post University and/or American Sentinel University or any course associated with Post University and/or American Sentinel University, or that refers or relates to Post University, American Sentinel University, SentinelU, Sentinel U, and/or Sentinel City, has been unlocked and/or downloaded from Course Hero's website.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

Course Hero objects to the request for "any document and/or Study Resource, which has been tagged or identified as being associated with" or that "refers or relates to Post University, American Sentinel University, SentinelU, Sentinel U, and/or Sentinel City" as overly broad, unduly burdensome, and disproportionate to the needs of this case, including because Post University has not alleged ownership of documents not created by Post University faculty or staff (*e.g.,* student assignments and notes). Course Hero objects to this Request to the extent it is not limited to a time period within the relevant statute of limitations (3 years). Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the common-interest privilege, the work-product doctrine, or any other applicable privilege or protection. Course Hero objects to this Request to the extent it seeks documents within Post University's possession or publicly-available documents. The Request thus falls outside the scope of permissible discovery under Federal Rule of Civil Procedure 26.

Subject to and without waiving Course Hero's General and Specific Objections, Course Hero will produce non-privileged documents sufficient to show each instance of an unlock or download of a document uploaded by a user that was categorized by the user as being associated with Post University or American Sentinel University, to the extent such documents are in Course Hero's possession, custody or control and can be located after a reasonable search.

**REQUEST FOR PRODUCTION NO. 6:**

Documents sufficient to show each instance that any document tagged or identified as being associated with Post University and/or American Sentinel University or any course associated with Post University and/or American Sentinel University, or that refers or relates to Post University, American Sentinel University, SentinelU, Sentinel U, and/or Sentinel City has received a rating and/or thumbs-up (as described at https://www.coursehero.com/free-access/) via Couse Hero's website.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

Course Hero objects to the request for "any document tagged or identified as being associated with" or that "refers or relates to Post University, American Sentinel University, SentinelU, Sentinel U, and/or Sentinel City" as overly broad, unduly burdensome, and disproportionate to the needs of this case, including because Post University has not alleged ownership of documents not created by Post University faculty or staff (*e.g.,* student assignments and notes). Course Hero objects to this Request to the extent it is not limited to a time period within the relevant statute of limitations (3 years). Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the common-interest privilege, the work-product doctrine, or any other applicable privilege or protection. Course Hero objects to this Request to the extent it seeks documents within Post University's

possession or publicly-available documents.  The Request thus falls outside the scope of permissible discovery under Federal Rule of Civil Procedure 26.

Subject to and without waiving Course Hero's General and Specific Objections, Course Hero will produce non-privileged documents sufficient to show each instance of a rating or thumbs-up of a document uploaded by a user that was categorized by the user as being associated with Post University or American Sentinel University, to the extent such documents are in Course Hero's possession, custody or control and can be located after a reasonable search.

**REQUEST FOR PRODUCTION NO. 7:**

All documents concerning the January 6, 2021 letter from Post University's counsel to Course Hero, the February 24, 2021 letter from Post University's counsel to Course Hero, Course Hero's responses thereto, and/or any actions taken or proposed in response to the letters from Post University's counsel, and any internal correspondence, memorandums, notes, meeting minutes, and/or drafts related thereto.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

Course Hero objects to the request for "All documents" including "any internal correspondence, memorandums, notes, meeting minutes, and/or drafts related thereto" as overly broad, unduly burdensome, and disproportionate to the needs of this case.  Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the common-interest privilege, the work-product doctrine, or any other applicable privilege or protection.  Course Hero objects to this Request to the extent it seeks documents within Post University's possession or publicly-available documents.  The Request thus falls outside the scope of permissible discovery under Federal Rule of Civil Procedure 26.

Course Hero responds that no memorandums, notes, or meeting minutes responsive to this request exist.  Subject to and without waiving Course Hero's General and Specific

Objections, Course Hero will produce non-privileged communications before the filing of the complaint regarding the January 6, 2021 and February 24, 2021 letters from Post University's counsel to Course Hero to the extent such communications are in Course Hero's possession, custody or control and can be located after a reasonable search.  Course Hero interprets this Request to exclude communications with outside litigation counsel, and any actions, if any, taken at the direction of litigation counsel.

**REQUEST FOR PRODUCTION NO. 8:**

All documents concerning any policies of Post University, including but not limited to documents referring or relating to Post University's academic policies and/or copyright ownership policies, and any internal correspondence, memorandums, notes, meeting minutes, and/or drafts related thereto.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

Course Hero objects to the request for "any policies" including "any internal correspondence, memorandums, notes, meeting minutes, and/or drafts related thereto" as overly broad, unduly burdensome, and disproportionate to the needs of this case.  For instance, Course Hero objects to the use of the term "any policies of Post University" as vague and ambiguous. Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the common-interest privilege, the work-product doctrine, or any other applicable privilege or protection.  Course Hero objects to this Request to the extent it seeks documents within Post University's possession or publicly-available documents.  The Request thus falls outside the scope of permissible discovery under Federal Rule of Civil Procedure 26.

In light of Course Hero's General and Specific Objections, Course Hero will produce any responsive, non-privileged or otherwise protected documents that are in its possession, custody, or control, and are located after a reasonable search, that mention Post University's copyright

policies during the relevant statute of limitations period.  Course Hero does not interpret this Request to require Course Hero to search Post's website for the policies to which it refers.

**REQUEST FOR PRODUCTION NO. 9:**

Documents sufficient to show all Course Hero subscribers, customers, and/or account holders who have uploaded documents associated with Post University and/or American Sentinel University, and/or are or have ever purported to be a student of Post University and/or American Sentinel University, and documents sufficient to identify all documents uploaded by each of such subscribers, customers, and/or account holders.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

Course Hero objects to the request for "all Course Hero subscribers, customers, and/or account holders who have uploaded documents associated with Post University and/or American Sentinel University, and/or are or have ever purported to be a student of Post University and/or American Sentinel University" as overly broad, unduly burdensome, and disproportionate to the needs of this case, including because Post University has not alleged ownership of documents not created by Post University faculty or staff (*e.g.,* student assignments and notes).  Course Hero objects to this Request to the extent it seeks personally identifying information without submitting a formal request pursuant to Section 17 U.S.C. 512(c), according to Course Hero's normal business practices.  Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the common-interest privilege, the work-product doctrine, or any other applicable privilege or protection.  Course Hero objects to this Request to the extent it seeks documents within Post University's possession or publicly-available documents.  The Request thus falls outside the scope of permissible discovery under Federal Rule of Civil Procedure 26.

Subject to and without waiving Course Hero's General and Specific Objections, Course Hero will produce non-privileged documents sufficient to show the usernames of Course Hero account holders, including whether those usernames are associated with educator accounts, that uploaded documents and categorized those documents as being associated with Post University and/or American Sentinel University.

**REQUEST FOR PRODUCTION NO. 10:**

Documents sufficient to show all holders of educator accounts on Course Hero who have uploaded documents associated with Post University and/or American Sentinel University, and/or are or have ever purported to be a faculty member or employee of Post University and/or American Sentinel University, and documents sufficient to identify all documents uploaded by each of such holders of educator accounts.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

Course Hero objects to the request for "all holders of educator accounts on Course Hero who have uploaded documents associated with Post University and/or American Sentinel University, and/or are or have ever purported to be a faculty member or employee of Post University and/or American Sentinel University" as overly broad, unduly burdensome, and disproportionate to the needs of this case, including because Post University has not alleged ownership of documents not created by Post University faculty or staff (*e.g.,* student assignments and notes). Course Hero objects to this Request to the extent it seeks personally identifying information without submitting a formal request pursuant to Section 17 U.S.C. 512(c), according to Course Hero's normal business practices. Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the common-interest privilege, the work-product doctrine, or any other applicable privilege or protection. Course Hero objects to this Request to the extent it seeks documents within Post University's possession

or publicly-available documents.  The Request thus falls outside the scope of permissible discovery under Federal Rule of Civil Procedure 26.

Subject to and without waiving Course Hero's General and Specific Objections, Course Hero will produce non-privileged documents sufficient to show the usernames of Course Hero account holders, including whether those usernames are associated with educator accounts, that uploaded documents and categorized those documents as being associated with Post University and/or American Sentinel University.

**REQUEST FOR PRODUCTION NO. 11:**

All correspondence to and/or with any present or former faculty member or employee of Post University and/or American Sentinel University, any persons who have ever purported to be a faculty member or employee of Post University and/or American Sentinel University, and/or any persons who Course Hero at any time believed to be a faculty member or employee of Post University and/or American Sentinel University, including but not limited to emails and electronic messages.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

Course Hero objects to the request for "All correspondence" with "any present or former faculty member or employee of Post University and/or American Sentinel University, any persons who have ever purported to be a faculty member or employee of Post University and/or American Sentinel University, and/or any persons who Course Hero at any time believed to be a faculty member or employee of Post University and/or American Sentinel University" as overly broad, unduly burdensome, and disproportionate to the needs of this case, including because it seeks "All correspondence" regardless of whether the correspondence is related to uploading or downloading documents on the Course Hero website.  Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the common-

16

interest privilege, the work-product doctrine, or any other applicable privilege or protection.

Course Hero objects to this Request to the extent it seeks documents within Post University's

possession or publicly-available documents.  The Request thus falls outside the scope of

permissible discovery under Federal Rule of Civil Procedure 26.

Subject to and without waiving Course Hero's General and Specific Objections, Course

Hero will produce non-privileged correspondence with @post.edu email addresses regarding

uploading or downloading documents on the Course Hero website during the relevant statute of

limitations period, to the extent such documents are in Course Hero's possession, custody or

control and can be located after a reasonable search.

**REQUEST FOR PRODUCTION NO. 12:**

All documents concerning any agreements with, and/or payments by or on behalf of

Course Hero to, any present or former faculty member or employee of Post University and/or

American Sentinel University, including but limited to any agreements with and/or payments to

any holders of educator accounts on Course Hero who have uploaded documents associated with

Post University and/or American Sentinel University, and/or any persons who have ever

purported to be a faculty member or employee of Post University and/or American Sentinel

University.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

Course Hero objects to the request for "any agreements with, and/or payments . . . to"

"any holders of educator accounts on Course Hero who have uploaded documents associated

with Post University and/or American Sentinel University, and/or any persons who have ever

purported to be a faculty member or employee of Post University and/or American Sentinel

University" as overly broad, unduly burdensome, and disproportionate to the needs of this case,

including because it seeks any agreements or payments regardless of whether the agreement or

payment is related to uploading or downloading documents on the Course Hero website.  Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the common-interest privilege, the work-product doctrine, or any other applicable privilege or protection.  Course Hero objects to this Request to the extent it seeks documents within Post University's possession or publicly-available documents.  The Request thus falls outside the scope of permissible discovery under Federal Rule of Civil Procedure 26.

Subject to and without waiving Course Hero's General and Specific Objections, Course Hero will produce documents sufficient to show non-privileged agreements with or payments to Post University faculty members or employees made in connection with an uploading or downloading of documents on the Course Hero website, if any, during the relevant statute of limitations period, to the extent such documents are in Course Hero's possession, custody or control and can be located after a reasonable search.

**REQUEST FOR PRODUCTION NO. 13:**

All documents concerning any marketing and/or advertising, and/or decisions or proposals to market or advertise, by or on behalf of Course Hero to any present or former students, faculty members, and/or employees of Post University and/or American Sentinel University.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

Course Hero objects to the request for "All documents concerning marketing and/or advertising" as overly broad, unduly burdensome, and disproportionate to the needs of this case, including because it seeks documents regardless of whether the advertising and/or marketing is related to uploading or downloading documents on the Course Hero website.  Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the common-interest privilege, the work-product doctrine, or any other

applicable privilege or protection.  Course Hero objects to this Request to the extent it seeks documents within Post University's possession or publicly-available documents.  The Request thus falls outside the scope of permissible discovery under Federal Rule of Civil Procedure 26.

## REQUEST FOR PRODUCTION NO. 14:

All documents concerning the design, creation, and/or display of Preview Pages on Course Hero's website and/or the decision to and/or criteria for the design, creation, and/or display of Preview Pages, including but not limited to procedures, guidelines, templates, layouts, rules, processes, strategies, and/or algorithms for creating Preview Pages.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 14:

Course Hero objects to the request for "All documents. . . including but not limited to procedures, guidelines, templates, layouts, rules, processes, strategies, and/or algorithms for creating Preview Pages" as overly broad, unduly burdensome, and disproportionate to the needs of this case, including because Post University has not alleged ownership of documents not associated with Post University or documents not created by Post University faculty or staff (*e.g.,* student assignments and notes).  Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the common-interest privilege, the work-product doctrine, or any other applicable privilege or protection.  Course Hero objects to this Request to the extent it seeks documents within Post University's possession or publicly-available documents.  The Request thus falls outside the scope of permissible discovery under Federal Rule of Civil Procedure 26. Course Hero objects to this Request as duplicative of Request Nos. 3-4.

Subject to and without waiving Course Hero's General and Specific Objections, Course Hero states that the previews for each document on Course Hero's website are available for inspection at Course Hero's website with the creation of an account.

**REQUEST FOR PRODUCTION NO. 15:**

All documents concerning any limitations on a number of Preview Pages available for viewing by visitors to Course Hero's website and/or the decision to limit a number of Preview Pages.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

Course Hero objects to the request for "All documents" as overly broad, unduly burdensome, and disproportionate to the needs of this case, including because Post University has not alleged ownership of documents not associated with Post University or documents not created by Post University faculty or staff (*e.g.,* student assignments and notes). Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the common-interest privilege, the work-product doctrine, or any other applicable privilege or protection. Course Hero objects to this Request to the extent it seeks documents within Post University's possession or publicly-available documents. The Request thus falls outside the scope of permissible discovery under Federal Rule of Civil Procedure 26.

Subject to and without waiving Course Hero's General and Specific Objections, Course Hero will produce non-privileged documents sufficient to show any limitations on a number of Preview Pages available for viewing by visitors to Course Hero's website, to the extent Post such documents are in Course Hero's possession, custody or control and can be located after a reasonable search, once Post specifically identifies ownership and alleges infringement of the underlying documents.

**REQUEST FOR PRODUCTION NO. 16:**

All documents concerning any processing of and/or modifications by Course Hero to any documents and/or Study Resources that have been available and/or at least partially displayed on Course Hero's website, and documents concerning the decision to process and/or modify such

documents and/or Study Resources, including but limited to adding water marks, headers, and/or footers and/or the addition or removal of metadata.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

Course Hero objects to the request for "All documents concerning any processing of and/or modifications" as overly broad, unduly burdensome, and disproportionate to the needs of this case, including because Post University has not alleged ownership of documents not associated with Post University or documents not created by Post University faculty or staff (*e.g.,* student assignments and notes).  Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the common-interest privilege, the work-product doctrine, or any other applicable privilege or protection.  Course Hero objects to this Request to the extent it seeks documents within Post University's possession or publicly-available documents.  The Request thus falls outside the scope of permissible discovery under Federal Rule of Civil Procedure 26.

Subject to and without waiving Course Hero's General and Specific Objections, Course Hero will produce non-privileged documents sufficient to show software functions performed by Course Hero's system after a user uploads a document to Course Hero's website in connection with the storage and display of documents uploaded by users during the relevant statute of limitations period, to the extent such documents are in Course Hero's possession, custody or control and can be located after a reasonable search, once Post specifically identifies ownership and alleges infringement of the underlying documents.

**REQUEST FOR PRODUCTION NO. 17:**

All documents concerning copyright notices and/or copyright information on documents and/or Study Resources that are, or have at any time been, available and/or at least partially displayed on Course Hero's website, including but not limited to documents referring and/or

relating to any recognition of copyright notices and/or copyright information on documents, and/or documents referring and/or relating to procedures, guidelines, rules, processes, and/or strategies for modifying, blurring, blocking, taking down, or otherwise handling documents which include copyright notices and/or copyright information.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

Course Hero objects to the request for "All documents concerning copyright notices and/or copyright information on documents" as overly broad, unduly burdensome, and disproportionate to the needs of this case, and vague and ambiguous as to the terms "copyright notices" and "copyright information".  Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the common-interest privilege, the work-product doctrine, or any other applicable privilege or protection.  Course Hero objects to this Request to the extent it seeks documents within Post University's possession or publicly-available documents.  The Request thus falls outside the scope of permissible discovery under Federal Rule of Civil Procedure 26.

Subject to and without waiving Course Hero's General and Specific Objections, Course Hero interprets the request's reference to "copyright notices" and "copyright information" to refer to the title, the author, copyright owner, and any express terms and conditions for use of the work (collectively, "copyright management information").  Course Hero will produce responsive, non-privileged or otherwise protected documents that are in its possession, custody, or control, and are located after a reasonable search, that are sufficient to show Course Hero's policies related to such copyright management information contained in documents uploaded by users of Course Hero's website.

**REQUEST FOR PRODUCTION NO. 18:**

All documents concerning Course Hero's alleged compliance with the DMCA, including but limited to all policies, procedures, guidelines, and/or practices for complying with or intended to comply with the Digital Millennium Copyright Act, and all documents supporting or refuting Course Hero's Second Affirmative Defense (Safe Harbor).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

Course Hero objects to the request for "All documents concerning Course Hero's alleged compliance with the DMCA" as overly broad, unduly burdensome, and disproportionate to the needs of this case.  Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the common-interest privilege, the work-product doctrine, or any other applicable privilege or protection.  Course Hero objects to this Request to the extent it seeks documents within Post University's possession or publicly-available documents.  The Request thus falls outside the scope of permissible discovery under Federal Rule of Civil Procedure 26.

Subject to and without waiving Course Hero's General and Specific Objections, Course Hero will produce responsive, non-privileged or otherwise protected documents that are in its possession, custody, or control, and are located after a reasonable search, that are sufficient to show Course Hero's compliance with the DMCA.

**REQUEST FOR PRODUCTION NO. 19:**

All documents concerning any subscriber and/or account holder that has ever been reported to Course Hero as a repeat infringer in accordance with 17 U.S.C. § 512(i) and/or terminated by Course Hero based on being or alleged to be a repeat infringer.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

Course Hero objects to the request for "All documents concerning any subscriber and/or account holder that has ever been reported . . . and/or terminated" as "a repeat infringer" as overly broad, unduly burdensome, and disproportionate to the needs of this case. Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the common-interest privilege, the work-product doctrine, or any other applicable privilege or protection. Course Hero objects to this Request to the extent it seeks documents within Post University's possession or publicly-available documents. The Request thus falls outside the scope of permissible discovery under Federal Rule of Civil Procedure 26.

Subject to and without waiving Course Hero's General and Specific Objections, Course Hero will produce responsive, non-privileged or otherwise protected documents that are in its possession, custody, or control, and are located after a reasonable search, that are sufficient to show Course Hero's compliance with the DMCA, including Course Hero's policies and procedures for addressing repeat infringers.

**REQUEST FOR PRODUCTION NO. 20:**

All documents concerning policies, procedures, practices, and/or mechanisms for copyright owners and/or purported copyright owners to access the Course Hero website, search documents and/or Study Resources, and/or filter documents and/or Study Resources, including but not limited to documents evidencing policies, procedures, practices, and/or mechanisms available to the public and documents evidencing any other policies, procedures, practices, and/or mechanisms that are available or that have at any time been offered or implemented upon request or demand.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

Course Hero objects to the request for "All documents" as overly broad, unduly burdensome, and disproportionate to the needs of this case.  Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the common-interest privilege, the work-product doctrine, or any other applicable privilege or protection.  Course Hero objects to this Request to the extent it seeks documents within Post University's possession or publicly-available documents.  The Request thus falls outside the scope of permissible discovery under Federal Rule of Civil Procedure 26.  Course Hero objects to this Request insofar as it calls for third-party confidential or proprietary documents, including documents subject to a protective order.

Subject to and without waiving Course Hero's General and Specific Objections, Course Hero will produce non-privileged documents sufficient to show the ways that copyright owners could access Course Hero's website and the documents that users have uploaded thereto during the relevant statute of limitations period, to the extent such documents are in Course Hero's possession, custody or control and can be located after a reasonable search.

**REQUEST FOR PRODUCTION NO. 21:**

Copies of any and all correspondence and agreements between Defendant and any third party regarding any allegations of copyright infringement, and/or settlements of copyright infringement allegations or claims, associated with documents and/or Study Resources that have at any time been displayed on Course Hero's website.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

Course Hero objects to this request as overly broad, unduly burdensome, and disproportionate to the needs of this case insofar as it seeks all correspondence and agreements concerning any allegations of copyright infringement associated with any documents ever

displayed on Course Hero's website.  Course Hero objects to this Request to the extent it seeks

information protected by the attorney-client privilege, including the common-interest privilege,

the work-product doctrine, or any other applicable privilege or protection.  Course Hero objects

to this Request to the extent it seeks documents within Post University's possession or publicly-

available documents.  The Request thus falls outside the scope of permissible discovery under

Federal Rule of Civil Procedure 26.  Course Hero objects to this Request insofar as it calls for

third-party confidential or proprietary documents, including documents subject to a protective

order.

**REQUEST FOR PRODUCTION NO. 22:**

All documents concerning any licenses, expressed or implied, to Course Hero to use

documents associated with Post University and/or American Sentinel University, and/or display

documents and/or Study Resources associated with Post University and/or American Sentinel

University, on the Course Hero website, including but not limited to documents concerning the

express or implied license(s) referred to in Course Hero's Fourth Affirmative Defense.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

Course Hero objects to this request for "All documents concerning any licenses" as

overly broad, unduly burdensome, and disproportionate to the needs of this case.  Course Hero

objects to this Request to the extent it seeks information protected by the attorney-client

privilege, including the common-interest privilege, the work-product doctrine, or any other

applicable privilege or protection.  Course Hero objects to this Request to the extent it seeks

documents within Post University's possession or publicly-available documents.  The Request

thus falls outside the scope of permissible discovery under Federal Rule of Civil Procedure 26.

Subject to and without waiving Course Hero's General and Specific Objections, Course

Hero will produce responsive, non-privileged or otherwise protected documents that are

sufficient to show express or implied licenses referred to in Course Hero's Fourth Affirmative Defense to the extent such documents are in Course Hero's possession, custody or control and can be located after a reasonable search.

**REQUEST FOR PRODUCTION NO. 23:**

All documents reviewed, relied upon, and/or considered in preparing the Answer, Affirmative Defenses And Claim for Attorneys' Fees dated December 22, 2021 and any amendments thereto.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the common-interest privilege, the work-product doctrine, or any other applicable privilege or protection.  Course Hero objects to this Request to the extent it seeks documents within Post University's possession or publicly-available documents.

Subject to and without waiving Course Hero's General and Specific Objections, Course Hero will produce, at the time required under the scheduling order governing this matter and the Federal and Local Rules of Civil Procedure, responsive, non-privileged or otherwise protected documents that are in its possession, custody, or control that it locates after a reasonable search and on which it intends to rely at trial.

**REQUEST FOR PRODUCTION NO. 24:**

All documents concerning, supporting, and/or refuting any of Course Hero's defenses to the allegations in this case and/or any of the affirmative defenses recited in the Answer, Affirmative Defenses And Claim for Attorneys' Fees dated December 22, 2021 and any amendments thereto.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the common-interest privilege, the work-product doctrine, or any other applicable privilege or protection.  Course Hero objects to this Request to the extent it seeks documents within Post University's possession or publicly-available documents.  Course Hero objects to this request as overbroad, unduly burdensome, and as not stating with reasonable particularity what it seeks to have produced.

Subject to and without waiving Course Hero's General and Specific Objections, Course Hero will produce at the time required under the scheduling order governing this matter and the Federal and Local Rules of Civil Procedure, responsive, non-privileged or otherwise protected documents that are in its possession, custody, or control that it locates after a reasonable search and on which it intends to rely at trial.

**REQUEST FOR PRODUCTION NO. 25:**

All documents referenced in, and/or reviewed, relied upon, and/or considered in preparing Defendant's Initial Disclosures and any amendments or supplements thereto.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the common-interest privilege, the work-product doctrine, or any other applicable privilege or protection.  Course Hero objects to this Request to the extent it seeks documents within Post University's possession or publicly-available documents.

Subject to and without waiving Course Hero's General and Specific Objections, Course Hero will produce, at the time required under the scheduling order governing this matter and the Federal and Local Rules of Civil Procedure, responsive, non-privileged or otherwise protected

documents that are in its possession, custody, or control that it locates after a reasonable search and on which it intends to rely at trial.

**REQUEST FOR PRODUCTION NO. 26:**

All documents and evidence that Course Hero intends to introduce at trial.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including the common-interest privilege, the work-product doctrine, or any other applicable privilege or protection. Course Hero objects to this request on the grounds that it is premature under the scheduling order governing this matter and the Federal and Local Rules of Civil Procedure. Course Hero objects to this Request to the extent it seeks documents within Post University's possession or publicly-available documents.

Subject to and without waiving Course Hero's General and Specific Objections, Course Hero will produce at the time required under the scheduling order governing this matter and the Federal and Local Rules of Civil Procedure, responsive, non-privileged or otherwise protected documents that are in its possession, custody, or control that it locates after a reasonable search and on which it intends to rely at trial.

Dated:  February 22, 2022                    AS TO OBJECTIONS.

By: */s/ Allyson R. Bennett*
　　　Patrick M. Fahey (ct13862)
　　　SHIPMAN & GOODWIN LLP
　　　One Constitution Plaza
　　　Hartford, Connecticut 06103-1919
　　　Telephone:    806-251-5824
　　　Facsimile:    806-251-5219
　　　Email: PFahey@goodwin.com

　　　Joseph C. Gratz (Admitted *pro hac vice*)
　　　Annie A. Lee (Admitted *pro hac vice*)
　　　DURIE TANGRI LLP
　　　217 Leidesdorff Street

29

San Francisco, CA 94111
Telephone:    415-362-6666
Facsimile:     415-236-6300
Email: jgratz@durietangri.com
            alee@durietangri.com

Allyson R. Bennett (Admitted *pro hac vice*)
DURIE TANGRI LLP
953 East 3rd Street
Los Angeles, CA 90013
Telephone:    213-992-4499
Facsimile:     415-236-6300
Email: abennett@durietangri.com

Attorneys for Defendant
COURSE HERO, INC.

## PROOF OF SERVICE

I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made.  I am over the age of eighteen years, and not a party to the within action.  My business address is 217 Leidesdorff Street, San Francisco, CA 94111.

On February 22, 2022, I served the following documents in the manner described below:

**DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION (1-26)**

| X | (BY ELECTRONIC SERVICE) By electronically mailing a true and correct copy through Durie Tangri's electronic mail system from adupree@durietangri.com to the email addresses set forth below. |

On the following part(ies) in this action:

Benjamin J. Lehberger
DILWORTH IP, LLC
2 Corporate Drive, Suite 206
Trumbull, CT 06611
Email:  blehberger@dilworthip.com

*Attorney for Plaintiff*
*Post University, Inc.*

Timothy Andrew Johnson
GETZ BALICH LLC
10 Waterside Drive, Suite 205
Farmington, CT 06032
Email: tjohnson@getzbalich.com
        shenry@getzbalich.com

*Attorney for Plaintiff*
*Post University, Inc.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 22, 2022, at Oakland, California.

_____
*/s/ Andréa M. Duprée*
        Andréa M. Duprée