# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **POST UNIVERSITY, INC.,** | **Case No. 3:21-cv-01242** |
|                 **Plaintiff,** | |
| v. | |
| **COURSE HERO, INC.,** | |
|                 **Defendant.** | |

**DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S THIRD SET OF REQUESTS FOR PRODUCTION (47-53)**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and Local Rule 26, Defendant Course Hero, Inc. ("Course Hero") hereby objects and responds to Plaintiff Post University, Inc.'s ("Post University") Third Set of Requests for Production to Defendant (47-53) ("Request(s)").

## **INTRODUCTORY RESPONSE**

Course Hero responds to the Requests on the basis of the best information available to it at the time the responsive information was gathered, within the limits of time, and subject to the objections described below.  Course Hero responds to the Requests as it interprets and understands each Request set forth herein.  If Post University subsequently asserts an interpretation of any of the Requests that differs from Course Hero's understanding, Course Hero reserves the right to supplement its objections and/or responses.

Course Hero's willingness to respond to any particular Request does not constitute an admission that Course Hero agrees with any characterization, definition, or assumption contained in the Request or an assumption or an acknowledgement by Course Hero that the Request is proper, that the information sought is within the proper bounds of discovery or that demands for similar information will be treated in similar fashion.  Furthermore, a statement that responsive documents will be produced in response to a particular Request does not mean that Course Hero knows any such document exists or is in its possession, custody, or control.

Course Hero's responses to the Requests contain, provide, or refer to information that is protected under the Protective Order entered in this matter and should therefore be treated accordingly.

Course Hero has not yet completed its discovery relating to this case and its investigation of the facts is ongoing.  Course Hero anticipates that additional information responsive to the

1

Requests may be obtained as discovery proceeds. Course Hero's responses to the Requests are therefore made without prejudice to Course Hero's right to amend, correct or supplement its responses to the Requests.

## **GENERAL OBJECTIONS**

1. Course Hero objects to the Requests, including the Definitions and Instructions contained therein, to the extent that they:

    a. call for the discovery of information protected by the attorney-client privilege, the attorney work-product immunity and/or any other applicable privilege or immunity under federal, state or local law. The inadvertent production of any information that is privileged or otherwise protected from discovery shall not constitute a waiver of any such privilege or protection;

    b. are vague, ambiguous, overly broad, unduly burdensome, unreasonably cumulative, overlapping, or duplicative;

    c. require disclosure of information that is neither relevant to the claims or defenses of any party in this action, nor proportional to the needs of the case;

    d. purport to require the disclosure of information already in the possession of Post University, available from public sources, as accessible to Post University as to Course Hero, or obtainable from another source that is more convenient, less burdensome or less expensive. Course Hero provides these responses with the understanding that Post University already has access to such sources, including all materials on Course Hero's website;

    e. attempt to impose burdens that exceed or are different from the requirements of the Federal Rules of Civil Procedure and/or the applicable Local Rules, and relevant case law. Course Hero will comply with its obligations under the Federal and Local

Rules, but will not comply with Instructions that are inconsistent with, or impose obligations beyond, applicable rules.  Course Hero stands ready to meet and confer to discuss the best and most efficient way to conduct discovery bilaterally;

   f. call for information concerning documents that are no longer in existence or reasonably accessible, or documents not in Course Hero's possession, custody, or control.  Course Hero will only provide relevant, non-privileged information that is within Course Hero's present possession, custody, or control and available after a reasonable investigation;

   g. imprecisely specify the information sought.  Where imprecise terms are used, Course Hero will, therefore, provide only information that is responsive to the Request based on Course Hero's interpretation of the Request;

   h. seek information concerning "all documents and things," or the like on the basis that providing a response to such Requests would be unduly burdensome;

   i. are not limited to a reasonable time period.  Course Hero will produce documents from a reasonable time period as it relates to the case;

   j. purport to impose a duty on Course Hero (a company with over 300 employees in the United States and other countries) to undertake a search for information beyond a reasonable search of its files as it relates to this case and where information responsive to the Request would reasonably be expected to be stored in the ordinary course of business;

   k. seek discovery in violation of any applicable law;

   l. are premature and require claim construction and/or the disclosure of expert discovery, opinions or analysis;

   m. seek information that is the confidential and proprietary information of a third party, the joint confidential and proprietary information of Course Hero and a third party, or

the subject of a non-disclosure/confidentiality agreement between Course Hero and a third party. Course Hero will produce third-party confidential documents as set forth herein, subject to the terms of the protective order entered by the Court; or

        n.        seek information that is more efficiently or appropriately obtained through some other form of discovery.

        2.        Where the Request includes words and concepts involving a legal conclusion, any response is not an admission that such legal conclusions apply.

        3.        Course Hero reserves all objections to the competency, relevance, materiality, or admissibility at trial or any other proceeding of any information provided or document identified in response to the Requests. The identification of any document or the provision of any information does not constitute an admission that such document or information exists or is relevant to the pending litigation.

        4.        Course Hero objects to Post University's definition of "Defendant," "Course Hero," and "You" to the extent it purports to include "each of its predecessors, successors, divisions, subsidiaries, and affiliates" as overly broad, unduly burdensome and disproportionate to the needs of this case and beyond the scope of permissible discovery under the Federal Rules of Civil Procedure. Course Hero will construe these terms to refer to Defendant Course Hero, Inc. only.

        5.        Course Hero objects to Post University's definition of "Plaintiff" and "Post University" to the extent it purports to include "each of its predecessors, successors, divisions, subsidiaries, and affiliates" as overly broad, unduly burdensome and disproportionate to the needs of this case and beyond the scope of permissible discovery under the Federal Rules of

Civil Procedure. Course Hero will construe these terms to refer to Plaintiff Post University, Inc. only.

6. Course Hero objects to the requested production date as unreasonably burdensome. Course Hero will produce documents at a reasonable time consistent with the case schedule.

7. Course Hero objects to each Request to the extent that it seeks trade secrets or confidential or proprietary information of Course Hero. Course Hero will produce confidential documents as set forth herein, subject to the terms of the Protective Order entered by the Court.

8. Course Hero objects to the production of electronically stored information before an applicable ESI protocol has been entered. Course Hero will produce electronically stored information as set forth herein, subject to the terms of an ESI protocol to be agreed upon by the parties.

9. Course Hero objects to the instruction that purports to require Course Hero to identify documents that have been destroyed or discarded in the ordinary course of business. Course Hero will not identify such documents, as the requests to do so is unreasonably burdensome and not proportional to the needs of this case.

10. Course Hero objects to the instruction that purports to require Course Hero to describe documents withheld from production, regardless of the reason they are being withheld, including for example based on the reasons Course Hero identifies in response to a specific request for production.

Without waiving the foregoing General Objections but in express reliance thereon, Course Hero incorporates the foregoing objections into the responses below and responds to the individually numbered Requests as follows:

## SPECIFIC OBJECTIONS AND RESPONSES

**REQUEST FOR PRODUCTION NO. 47:**

Copies and/or inspection of any software and/or automated process used by Course Hero, at any time since September 17, 2015, to process documents uploaded to Course Hero's website and/or prepare Previews, including but not limited to any software and/or automated process for converting an uploaded document to a PDF, converting that PDF into a text document with extracted text and HTML documents, creating thumbnails of the document, splitting the HTML documents into multiple other HTML documents, generating blurred versions of the HTML documents and the split HTML documents, and/or sending to the user's browser the appropriate split HTML documents with HTML overlays elements, and all documents concerning such software and/or automated processes including but not limited to any version histories, development instructions or manuals, meeting minutes, and internal correspondence.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 47:**

Course Hero objects to this Request to the extent it is not limited to a time period within the relevant statute of limitations (3 years). Course Hero objects to this Request to the extent it seeks any software and/or automated process within Post's University's possession or publicly-available documents. Course Hero objects to this Request as overly broad, unduly burdensome, and disproportionate to the needs of this case to the extent it seeks version histories and development instructions or manuals. Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including common-interest privilege, the work-product doctrine, or any other applicable privilege or protection. Course Hero objects to this Request as compound.

Subject to and without waiving Course Hero's General and Specific Objections, and subject to the parties agreeing to a reasonable source code protective order, Course Hero will

6

make available for inspection software sufficient to show how Course Hero currently processes documents uploaded to Course Hero's website and prepares previews.  Software for sending split HTML files and overlay elements to the user's browser is available for inspection on Course Hero's website.  Course Hero will also produce non-privileged internal correspondence and meeting minutes regarding Course Hero's document processing and preview generation processes since September 17, 2018, to the extent such documents are in Course Hero's possession, custody, or control, and can be located after a reasonable search.

**REQUEST FOR PRODUCTION NO. 48:**

Copies of any manuals and/or instructions prepared and/or used by Course Hero, at any time since September 17, 2015, for responding to DMCA takedown notices, and any version histories, meeting minutes, and/or internal correspondence concerning such manuals and/or instructions.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 48:**

Course Hero objects to this Request to the extent it is not limited to a time period within the relevant statute of limitations (3 years).  Course Hero objects to this Request as overly broad, unduly burdensome, and disproportionate to the needs of this case to the extent it seeks "any manuals and/or instructions" prepared or used by Course Hero "at any time" including "any version histories."  Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including common-interest privilege, the work-product doctrine, or any other applicable privilege or protection.

Subject to and without waiving Course Hero's General and Specific Objections, Course Hero has already produced internal documents, including manuals and instructions, sufficient to show Course Hero's compliance with the DMCA.  Course Hero will also produce non-privileged internal correspondence and meeting minutes regarding Course Hero's policies and processes for

responding to DMCA takedown notices since September 17, 2018, to the extent such documents are in Course Hero's possession, custody, or control, and can be located after a reasonable search.

**REQUEST FOR PRODUCTION NO. 49:**

All documents concerning compliance with and/or enforcement of the Course Hero Honor Code (e.g., as referenced at https://www.coursehero.com/honor-code/) since September 17, 2015, including but not limited documents concerning any requests received by Course Hero from educators, publishers, and/or rights holders to enforce the Course Hero Honor Code, actions by Course Hero to monitor compliance with the Course Hero Honor Code, actions taken by Course Hero to enforce the Course Hero Honor Code, and any policies and procedures concerning compliance with the Course Hero Honor Code.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 49:**

Course Hero objects to this Request to the extent it is not limited to a time period within the relevant statute of limitations (3 years).  Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including common-interest privilege, the work-product doctrine, or any other applicable privilege or protection.  Course Hero objects to this Request as irrelevant, overly broad, unduly burdensome, and disproportionate to the needs of this case on the ground that "compliance with and/or enforcement of the Course Hero Honor Code" is not relevant to the claims asserted in this case. On the basis of these objections, Course Hero will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 50:**

All documents concerning compliance with and/or enforcement of any Academic Integrity Policies (e.g., as referenced at https://www.coursehero.com/academic-integrity-

policies/) since September 17, 2015, including but not limited documents concerning any requests received by Course Hero from educators, publishers, and/or rights holders to enforce any Academic Integrity Policies, actions by Course Hero to monitor compliance with Academic Integrity Policies, actions taken by Course Hero to enforce any Academic Integrity Policies, and any policies and procedures concerning compliance with Academic Integrity Policies.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 50:**

Course Hero objects to this Request to the extent it is not limited to a time period within the relevant statute of limitations (3 years). Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including common-interest privilege, the work-product doctrine, or any other applicable privilege or protection. Course Hero objects to this Request as irrelevant, overly broad, unduly burdensome, and disproportionate to the needs of this case on the ground that "compliance with and/or enforcement of any Academic Integrity Policies" is not relevant to the claims asserted in this case. On the basis of these objections, Course Hero will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 51:**

To the extent not already produced in response to request no. 49 or 50, all documents concerning compliance with and/or enforcement of the Course Hero Terms of Use and/or any Applicable Laws (e.g., as referenced at https://www.coursehero.com/terms-of-use/) other than the DCMA since September 17, 2015, including but not limited documents concerning any requests received by Course Hero from educators, publishers, and/or rights holders to enforce the Course Hero Terms of Use and/or any Applicable Laws (other than the DMCA), actions by Course Hero to monitor compliance with the Course Hero Terms of Use and/or any Applicable Laws (other than the DCMA), actions taken by Course Hero to enforce the Course Hero Terms

9

of Use and/or any Applicable Laws (other than the DCMA), and any policies and procedures concerning compliance with the Course Hero Terms of Use and/or any Applicable Laws (other than the DCMA).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 51:**

Course Hero objects to this Request to the extent it is not limited to a time period within the relevant statute of limitations (3 years).  Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including common-interest privilege, the work-product doctrine, or any other applicable privilege or protection.  Course Hero objects to this Request as vague and ambiguous with respect to the phrase "compliance with and/or enforcement of the Course Hero Terms of Use and/or any Applicable Laws . . . other than the DMCA."  Course Hero objects to this Request as irrelevant, overly broad, unduly burdensome, and disproportionate to the needs of this case on the ground that "compliance with and/or enforcement of the Course Hero Terms of Use and/or any Applicable Laws . . . other than the DMCA" is not relevant to the claims asserted in this case.  On the basis of these objections, Course Hero will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 52:**

All documents concerning communications with account holders who receive at least one "strike" for uploading allegedly infringing works, including but not limited to a copy of the quiz presented to recipients of at least a first strike, warning notices and/or templates thereof sent to recipients of two or more strikes, and termination notices and/or templates thereof sent to recipients of three or more (or six or more in the case of educator account holders) strikes, and including any and all versions of such quizzes and notices used by Course Hero since September 17, 2015 and any internal correspondence concerning the creation and/or revision of such quizzes and notices.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 52:**

Course Hero objects to this Request to the extent it is not limited to a time period within the relevant statute of limitations (3 years).  Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including common-interest privilege, the work-product doctrine, or any other applicable privilege or protection.  Course Hero objects to this Request to the extent it seeks documents already produced to Post University.  Course Hero objects to this Request as irrelevant, overly broad, unduly burdensome, and disproportionate to the needs of this case to the extent it seeks "all documents," warning and termination notices sent to recipients that would reveal the identity of those recipients, and documents completely unrelated to Post University's copyrighted works at issue in this lawsuit.

Subject to and without waiving Course Hero 's General and Specific Objections, Course Hero will produce templates of warning notices and termination notices sent to recipients for uploading allegedly infringing works, and all versions of the quiz presented to users who receive a first strike since September 17, 2018.  Course Hero will also produce non-privileged internal correspondence regarding the creation of such quizzes and warning and termination notices since September 17, 2018, to the extent such documents are in Course Hero's possession, custody, or control, and can be located after a reasonable search.

**REQUEST FOR PRODUCTION NO. 53:**

All documents concerning any insurance agreements under which an insurance business may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse for payments made to satisfy a judgment (as was required with Course Hero's initial disclosures under Fed. R. Civ. P. 26(a)(1)(A)(iv)), and all correspondence with any such insurance business concerning this action.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 53:**

Course Hero objects to this Request to the extent it seeks information protected by the attorney-client privilege, including common-interest privilege, the work-product doctrine, or any other applicable privilege or protection. Course Hero objects to this Request as irrelevant, overly broad, unduly burdensome, and disproportionate to the needs of this case to the extent it seeks "all documents" and "all correspondence." No responsive documents exist.


Dated:  December 16, 2022                           AS TO OBJECTIONS.

By: _____
Annie A. Lee (*pro hac vice*)
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   415-362-6666
Facsimile:    415-236-6300
Email: alee@durietangri.com

Attorneys for Defendant
COURSE HERO, INC.

**PROOF OF SERVICE**

I am employed in San Francisco County, State of California, and a member of the bar of this Court. I am over the age of eighteen years, and not a party to the within action. My business address is 217 Leidesdorff Street, San Francisco, CA 94111.

On November 16, 2021, I served the following documents in the manner described below:

> **DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S THIRD SET OF REQUESTS FOR PRODUCTION (47-53)**

[X]  (BY ELECTRONIC SERVICE) By electronically mailing a true and correct copy through Durie Tangri's electronic mail system from alee@durietangri.com to the email addresses set forth below.

On the following part(ies) in this action:

| | |
|---|---|
| Benjamin J. Lehberger<br>DILWORTH IP, LLC<br>2 Corporate Drive, Suite 206<br>Trumbull, CT 06611<br>Email: blehberger@dilworthip.com<br><br>*Attorney for Plaintiff*<br>*Post University, Inc.* | Timothy Andrew Johnson<br>GETZ BALICH LLC<br>10 Waterside Drive, Suite 205<br>Farmington, CT 06032<br>Email: tjohnson@getzbalich.com<br>           shenry@getzbalich.com<br><br>*Attorney for Plaintiff*<br>*Post University, Inc.* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 16, 2022, at San Francisco, California.

_____<br>Annie A. Lee