# EXHIBIT G

| | |
|---|---|
| **From:** | Timothy Johnson |
| **To:** | Lee, Annie A.; Bennett, Allyson R.; Gratz, Joseph C.; Lanier, Jesse E.; Bennett, Ian A. |
| **Cc:** | Benjamin Lehberger; Sarah Henry |
| **Subject:** | RE: Post v. Course Hero - Open Document Discovery Issues |
| **Date:** | Wednesday, April 26, 2023 9:39:34 AM |
| **Attachments:** | image001.png |

**External Email**

Annie:

We are available for a meet & confer to discuss the open issues associated with document production on

- Friday (April 28): noon-3pm EST (9am – noon PST) or
- Monday (May 1): noon-4pm EST (9am – 1pm PST

Please let us know if either of those time slots works for your team.  If they do not, please suggest alternative times.  Thank you.

Regards,
Tim




**Timothy A. Johnson**
Partner
Getz Balich LLC
10 Waterside Drive, Suite 205
Farmington, CT 06032
Tel: (860) 470-4703 (direct)
Tel: (860) 470-4700 (office)
Tel: (203) 541-0691 (mobile)

tjohnson@getzbalich.com
www.getzbalich.com


The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this

message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Lee, Annie A. <AnnieLee@mofo.com>
**Sent:** Monday, April 17, 2023 5:30 PM
**To:** Timothy Johnson <tjohnson@getzbalich.com>; Bennett, Allyson R. <ABennett@mofo.com>; Gratz, Joseph C. <JGratz@mofo.com>; Lanier, Jesse E. <JLanier@mofo.com>; Bennett, Ian A. <IBennett@mofo.com>
**Cc:** Benjamin Lehberger <blehberger@dilworthip.com>; Sarah Henry <shenry@getzbalich.com>
**Subject:** RE: Post v. Course Hero - Open Document Discovery Issues

Tim,

Please see our responses to each of your concerns below.  We are not available during the times you propose but if you believe a meet and confer is still necessary in light of our responses, we are available Friday 9-10am PT/12-1pm ET and 12-1:30pm PT / 3-4:30pm ET.

1. RFP Nos. 49-51

Post has not alleged academic integrity violations in its complaint, and the attenuated theories of relevance you articulate below do not justify a fishing expedition into Course Hero's internal processes regarding academic integrity complaints.  In the interest of compromise, however, we are discussing with our client and will supplement our responses to RFP Nos. 49-50 concerning compliance with the Course Hero's Honor Code and Academic Integrity Policies.  We disagree that RFP No. 51 seeking "all documents concerning compliance with and/or enforcement of the Course Hero Terms of Use and/or any Applicable Laws" is relevant to this litigation beyond those already sought by RFP Nos. 49-50 and accordingly are not supplementing that response.

As to Post's demands that more than 20,000 student works be taken down, we will be following up shortly with a letter on that issue.

2. RFP Nos. 54-59

In the interest of compromise, we will supplement our responses RFP Nos. 58-59 regarding Course Hero's current processes related to tiered compliance agents and training.  We have also produced CH1637861-CH1637819 and will supplement that production should additional responsive documents arise.  As to RFP Nos. 54-57, each of those requests was limited to processes "as detailed in document CH0479863."  Our responses make clear that the tiering system in CH0479863 was never implemented by Course Hero, and so any documents concerning the processes detailed in document CH0479863, if any, would be entirely irrelevant to this litigation.  Supplementation of those responses is therefore unnecessary.

3. RFP No. 60

Regarding RFP No. 16, we strongly disagree with your characterization that "few documents if any

documents have been produced in response to RFP #16." Not only has Course Hero produced internal documentation of its technical processes for uploading and downloading documents, Course Hero has also produced thousands of emails hitting on search terms related to those topics. Further, Post will have the opportunity to review relevant portions of Course Hero's source code. We will, nevertheless, update our search of documents in connection with RFP No. 16 in light of the updated response to Interrogatory No. 4.

   4. RFP Nos. 61, 38

We can confirm that Course Hero's documents produced include documents within the scope of its responses and objections served October 5, 2022, without exclusion of documents sufficient to show Course Hero's presently used processes and procedures to comply with the DMCA. We trust this resolves your concerns.

   5. RFP Nos. 45, 46, 62-66

We disagree with your characterization that Course Hero is "unwilling" to provide data regarding the "types of previews." As your email acknowledges, we have explained multiple times that Course Hero does not maintain such data in the normal course of business. And we have now produced the data that Course Hero does have, the number of locked v. unlocked views. Post has not demonstrated why it needs additional data beyond that produced, nor why it should be entitled to "gain access to the necessary databases." We are available to meet and confer regarding these requests.

   6. RFP No. 67

As with RFP Nos. 45, 46, 62-66, Course Hero cannot provide the percentages of preview documents distributed by type for the works in suit because Course Hero does not maintain such data in the normal course of business. We will discuss with our client whether there exist any documents showing the relative percentages of preview documents distributed by type across the Course Hero website, but will not stipulate that such percentages would apply to each Post document.

---

**From:** Timothy Johnson <tjohnson@getzbalich.com>
**Sent:** Thursday, April 13, 2023 10:41 AM
**To:** Lee, Annie A. <AnnieLee@mofo.com>; Bennett, Allyson R. <ABennett@mofo.com>; Gratz, Joseph C. <JGratz@mofo.com>; Lanier, Jesse E. <JLanier@mofo.com>; Bennett, Ian A. <IBennett@mofo.com>
**Cc:** Benjamin Lehberger <blehberger@dilworthip.com>; Sarah Henry <shenry@getzbalich.com>
**Subject:** Post v. Course Hero - Open Document Discovery Issues

**External Email**

Annie:

Thank you for the meet & confer of March 27, 2023 to discuss open document production issues. We see the following issues as the most pressing. While the Consent Motion proposes calendar extensions equal to approximately 2 months, we intend to resolve these as soon as possible.

1. As we discussed during our meet & confer, Post is entitled to receive any documents associated with RFP Nos. 49-51.

    As you know, Post University has identified more than 20,000 documents in the Course Hero library that have been deemed to violate the Post University Academic Integrity Policy and provided Course Hero with clear notification of the determinations. None of those documents have been removed. We understand that Course Hero has refused to remove the materials while it is attempting to insert itself into the determinations for each and every document; however, Post University has consistently – and *appropriately* – refused because the only parties involved in the determination of a violation of a Post University Academic Integrity violation are the school and the student.

    With respect to RFP Nos. 49-51, Post is entitled to have these documents produced. Course Hero posts on its website – in the Terms & Conditions, the Honor Code and the Academic Integrity Policy – that it does not permit documents to be posted to its site. Yet, as mentioned above, Course Hero provides no guidance on its website regarding the process for removing documents associated with an Academic Integrity Violation.

    Course Hero's alleged prohibition of certain types of documents and its present refusal to remove the documents shows their right and ability to control the content on its site. Course Hero's right and ability to control the content on their website is directly related to Post's copyright claims.
    In addition, Post University has alleged Unfair Competition claims in the complaint. Course Hero offering content – including, but not limited to answers to assessments, message board posts, and submitted papers – that violates Post's Academic Integrity Policy without providing any guidance for having the materials removed certainly makes the business of running a University significantly more difficult. Post is certainly entitled to understand the process (or lack thereof) Course Hero has put in place for removing documents that violate its Academic Integrity Policy. We do not see a need for an additional meet & confer on this topic. If Course Hero refuses to produce these documents, we will seek relief from the court.

2. With respect to RFP Nos. 54-59, Post is entitled to these documents. As detailed in the letter from Ben Lehberger on March 22, 2023, Course Hero details an evolving procedure for handling DMCA take down requests and copyright infringement claims. As admitted in the most recent update to Interrogatory No. 7, Course Hero's current procedure involves Tiers 1, 2 and 3. To date, Course Hero has stated that the two letters sent by were correctly handled under the Course Hero policies and procedures that were in place at the time the letters were received. However, Course Hero's answer in the most recent supplemental answer tends to

indicate that they were not.  Course Hero argued in our most recent meet & confer that documents associated with the current process and procedure are not discoverable because they represent Subsequent Remedial Measure.  This is not accurate.  While FRE 407 notes that Subsequent Remedial Measures cannot be used to prove, e.g., negligence, culpable conduct, a defect in a product or its design or a need for a warning or instruction, they can be admissible for other purposes – e.g., impeachment or the feasibility of precautionary methods.  Either way, the materials are certainly discoverable.

Please indicate whether Course Hero intends to reverse course and produce the documents associated with these requests.  We also do not see a need for another meet and confer on this topic.  If Course Hero refuses to produce these documents, we will seek relief from the court.

3. With respect to RFP #60, we disagree with your objections that the non-privileged documents reviewed for the purpose of providing an answer to Interrogatory #4 amount to work product.  However, we note that RFP #16 requests documents associated with *inter alia* the modification of documents via watermarks and/or metadata.  Course Hero responded to RFP #16 noting that it would provide documents in connection with that request.  Provided that Course Hero can confirm that all documents have been or will be provided in connection with RFP #16, Post is willing to forego pursuing RFP #60 further.  To date, it seems that few if any documents have been produced in response to RFP #16.  For example, in the most recent update to Interrogatory #4, Course Hero admitted that it uses the software LibreOffice to convert uploaded documents that are non-Excel and non-PDF documents to PDF documents upon receipt, as well as to add watermarks prior to download.  There is not a single document that has the terms "Libre" or "LibreOffice" included in Course Hero's production.  We are dubious that Course Hero does not have a single document that details the process and procedure for adding watermarks and does not mention the name of the software used.  Accordingly, we request that Course Hero update its search of documents in connection with RFP #16 in light of the updated response to Interrogatory No. 4.

We are open to a meet & confer on this topic.  Our availability is provided below.

4. With respect to RFP #61, we also disagree with your objections that the non-privileged documents reviewed for the purpose of providing an answer to Interrogatory #7 amount to work product.  However, in light of the fact that RFP #38 (and 62-66, discussed below) already request all documents associated with Course Hero's compliance with the DMCA, we do not see a need to pursue this further – provided, Course Hero confirms that documents provided include all documents that detail the various processes and procedures utilized by Course Hero up to and including the presently used process and procedure.

We are also open to a meet & confer on this topic.

5. With respect to RFP Nos. ##45, 46, 62-66, the Preview data Course Hero has agreed to provide (i.e., the single value representing the number of times a Preview has been distributed to a user since September 2018, regardless of the type of Preview distributed) is insufficient for Post's needs.  We understand that, based on your email of March 6, 2023, Course Hero has does not maintain – in the normal course of business – Preview data that

differentiates Previews based on the type of Preview.  However, it is clear that different types of Previews alter (e.g., blur and/or cover with a banner) the original document to different degrees.  Therefore, Post will need information pertaining to the number of times each document owned by Post has been Previewed in a manner that details the Previews by type.  Alternatively, if Course Hero is unwilling to provide Preview data broken down as detailed above, Post should be entitled to gain access to the necessary databases for determining the breakdown of which Preview documents were displayed.

   We are open to discussing the above in another meet & confer.

6. With respect to RFP #67, we are also open to discuss this refusal in connection with the discussion pertaining to RFP Nos. 45, 46, 62-66.  For example, if Course Hero is able to provide an acceptable breakdown of the percentages of Preview documents distributed by type (and stipulate that the percentage would apply to all of Post's documents), Post would be willing to consider accepting this information in lieu of actual numbers from the Course Hero databases.


   We are also open to discussing the above in another meet & confer.

We are available next Monday (Apr 17) 1-4:30pm EST, next Tuesday (Apr 18) 1-4:30pm EST and next Wednesday (Apr 19) from 2-4pm EST.  Please let us know your availability.

Regards,
Tim



**Timothy A. Johnson**
Partner
Getz Balich LLC
10 Waterside Drive, Suite 205
Farmington, CT 06032
Tel: (860) 470-4703 (direct)
Tel: (860) 470-4700 (office)
Tel: (203) 541-0691 (mobile)

tjohnson@getzbalich.com
www.getzbalich.com



The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby

notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

======================================================================================


This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's [Privacy Policy](#).
.