# EXHIBIT H

| | |
|---|---|
| **From:** | Benjamin Lehberger |
| **To:** | Lee, Annie A.; Timothy Johnson |
| **Cc:** | Gratz, Joseph C.; Bennett, Allyson R.; Lanier, Jesse E.; Bennett, Ian A. |
| **Subject:** | RE: Post v. Course Hero - Source Code |
| **Date:** | Friday, January 27, 2023 11:22:43 AM |
| **Attachments:** | image002.png |
| | image003.png |

**External Email**

Annie,

We have reviewed your proposal for inspection of the software and the draft protective order and do not agree. First, we are not willing to only inspect the software at your office. We need to receive full copies of the software, as called for by our request, so that counsel and experts can have sufficient time to review it. Second, our request specifically calls for past and present versions of the software. We believe that changes have been made, even since this lawsuit was filed, so receiving only the current version is not sufficient. Please confirm that previous versions will also be provided.

Finally, with respect to the protective order, we do not see a need to exclude designated in-house individuals from receiving information about the source code. This is not a case where the parties are competitors with respect to software and there is a risk of misappropriation. Post University has no intention of developing document blurring software. However, it may be necessary for its General Counsel to understand aspects of the software for purposes of this case.

We propose having a meet and confer to discuss this. Please let us know your availability next week.



**Benjamin J. Lehberger**
**Partner**
Phone: (203) 220-8496 |  Fax: (203) 293-9176

This message from DILWORTH IP, LLC, including attachments, is intended for the exclusive use of the addressee and may contain proprietary, confidential, or privileged information.  If you are not the intended recipient, any dissemination, use, distribution, or copying is strictly prohibited.  If you have received this e-mail in error, please notify me via return e-mail, permanently delete the original message, and destroy all copies.

**From:** Lee, Annie A. <AnnieLee@mofo.com>
**Sent:** Thursday, January 26, 2023 8:37 PM
**To:** Timothy Johnson <tjohnson@getzbalich.com>; Benjamin Lehberger <blehberger@dilworthip.com>
**Cc:** Gratz, Joseph C. <JGratz@mofo.com>; Bennett, Allyson R. <ABennett@mofo.com>; Lanier, Jesse E. <JLanier@mofo.com>; Bennett, Ian A. <IBennett@mofo.com>
**Subject:** Post v. Course Hero - Source Code

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you have any concerns, please forward this email to the

appropriate contact within your organization.

Counsel,

Pursuant to interrogatory no. 47, I am following up regarding Post's intentions to inspect Course Hero's source code, which is available at Morrison Foerster's San Francisco offices located at 425 Market St., San Francisco, CA 94105.  Please let us know as soon as possible when you intend to have a reviewer come and review so that we can make the appropriate arrangements.

As we noted in our responses, we believe an amended protective order would be appropriate before the review takes place.  Attached again for your convenience is the protective order we previously proposed on December 16, 2022, which includes draft source code provisions based on the N.D. Cal. model protective order for litigation involving patents (available at https://www.cand.uscourts.gov/forms/model-protective-orders/).  Please let me know if this is ok with you, or if you would like to discuss.

In case it is helpful for your reviewer to know in advance, the review computer is a Microsoft Surface 2 laptop running Windows 10 and has the following additional software installed: Notepad++, Adobe Acrobat, Chrome, 7-Zip.

Sincerely,

**Annie Lee**
Associate
AnnieLee@mofo.com
T +1 (415) 268-6092
M +1 (415) 319-5487



===========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.