# EXHIBIT I

| | |
|---|---|
| **From:** | Bennett, Ian A. |
| **To:** | Timothy Johnson; Benjamin Lehberger; Lee, Annie A.; Bennett, Allyson R.; Gartman, Cody A. |
| **Cc:** | HERO-COPYRIGHT |
| **Subject:** | RE: Post v. Course Hero - Source Code inspection |
| **Date:** | Monday, June 5, 2023 8:25:33 AM |
| **Attachments:** | image001.png |
| | image002.png |

Tim,

Your experts can return to the Austin office on Wednesday, June 7 to continue their inspection. Our monitor has to leave at 4:30pm, so we will need to end the inspection at that time. If your experts wish to start before 9 am, please let us know.

Best,
Ian

**Ian Bennett**
Associate
ibennett@mofo.com
M +1 (415) 231-9415



**From:** Timothy Johnson <tjohnson@getzbalich.com>
**Sent:** Friday, June 2, 2023 6:21 PM
**To:** Bennett, Ian A. <IBennett@mofo.com>; Benjamin Lehberger <blehberger@dilworthip.com>; Lee, Annie A. <AnnieLee@mofo.com>; Bennett, Allyson R. <ABennett@mofo.com>; Gartman, Cody A. <CGartman@mofo.com>
**Cc:** HERO-COPYRIGHT <HERO-COPYRIGHT@mofo.com>
**Subject:** Re: Post v. Course Hero - Source Code inspection

**External Email**

Ian:

Our IT experts wish to return to the Austin office this coming Wednesday (June 7) for additional inspection.  Please confirm this will be possible.  Thank you.

Regards,
Tim

Timothy A. Johnson

Partner

Getz Balich, LLC

Office: 860-470-4703 | Mobile 203-541-0691

www.getzbalich.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Bennett, Ian A. <IBennett@mofo.com>
**Sent:** Tuesday, May 30, 2023 7:27:56 PM
**To:** Benjamin Lehberger <blehberger@dilworthip.com>; Lee, Annie A. <AnnieLee@mofo.com>; Bennett, Allyson R. <ABennett@mofo.com>; Gartman, Cody A. <CGartman@mofo.com>
**Cc:** HERO-COPYRIGHT <HERO-COPYRIGHT@mofo.com>; Timothy Johnson <tjohnson@getzbalich.com>
**Subject:** RE: Post v. Course Hero - Source Code inspection

Benjamin,

Morrison & Foerster's Austin office is prepared for the source code review to begin on Thursday, June 1 at 9 AM CT. Please have the three experts you named ask for Cody Gartman on their arrival at the office.

Best,

Ian

**Ian Bennett**

Associate

ibennett@mofo.com

M +1 (415) 231-9415



---

**From:** Benjamin Lehberger <blehberger@dilworthip.com>
**Sent:** Friday, May 26, 2023 12:02 PM
**To:** Lee, Annie A. <AnnieLee@mofo.com>; Bennett, Allyson R. <ABennett@mofo.com>
**Cc:** HERO-COPYRIGHT <HERO-COPYRIGHT@mofo.com>; Timothy Johnson <tjohnson@getzbalich.com>
**Subject:** Post v. Course Hero - Source Code inspection

**External Email**

---

Annie, Ally,

We would like to schedule time next week for our expert and his team to do an initial inspection of the source code. Please let us know if they can get access in your Austin office on Wednesday May 31st or Thursday June 1st starting at 9am CT. The attendees will be Monty Myers, Rodney Muras, and Dawson Turechek.



**Benjamin J. Lehberger**
**Partner**
470 James Street, Suite 007
New Haven, CT 06513

office: (203) 220-8496
mobile: (203) 913-5244
blehberger@dilworthIP.com

www.dilworthIP.com



This message from DILWORTH IP, LLC, including attachments, is intended for the exclusive use of the addressee and may contain proprietary, confidential, or privileged information. If you are not the intended recipient, any dissemination, use, distribution, or copying is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail, permanently delete the original message, and destroy all copies.

=========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.