

January 16, 2024

**VIA ECF**
The Hon. Vernon D. Oliver
United States District Court
District of Connecticut
450 Main Street
Hartford, Connecticut 06103

**Re:** *Post University Inc v. Learneo, Inc.,* **No. 3:21-cv-01242 (VDO)**

Your Honor,

The parties write further to our joint letter dated December 29, 2023 (Docket no. 113) and in further response to the Court's December 14, 2023, Order (Docket No. 107). The parties wish to advise the Court that we have retained the services of a private mediator and have a mediation session scheduled for March 5, 2024. In the meantime, the parties are proceeding with expert discovery and will continue to keep the Court updated about any further developments.

    Respectfully,

    */s/ Yonaton Aronoff*
    Yonaton Aronoff