Civil- (Dec-2008)

HONORABLE: Maria E. Garcia

DEPUTY CLERK: Sarah Santos   RPTR/ECRO/TAPE: Courtsmart

TOTAL TIME: ___ hours  35 minutes
DATE: 1/19/2024   START TIME: 1:34 p.m.   END TIME: 2:09 p.m.
LUNCH RECESS   FROM: ___   TO: ___
RECESS (if more than ½ hr)   FROM: ___   TO: ___

CIVIL NO. 3:21-cv-01242 (VDO)

Post University, Inc

vs

Learneo, Inc.

Benjamin J. Lehberger
Plaintiff's Counsel

Vera Ranieri
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing   ☐ Show Cause Hearing
☐ Evidentiary Hearing   ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ #104 Motion to Compel — ☐ granted ☐ denied ☑ advisement
☑ #108 Motion to Compel (Public Version of Dkt 104) — ☐ granted ☐ denied ☑ advisement
☑ #115 Motion to Seal Opposition to Plaintiffs Motion to Compel — ☐ granted ☐ denied ☑ advisement
☐ #___ Motion ___ — ☐ granted ☐ denied ☐ advisement
☐ #___ Motion ___ — ☐ granted ☐ denied ☐ advisement
☐ #___ Motion ___ — ☐ granted ☐ denied ☐ advisement
☐ #___ Motion ___ — ☐ granted ☐ denied ☐ advisement
☐ Oral Motion ___ — ☐ granted ☐ denied ☐ advisement
☐ Oral Motion ___ — ☐ granted ☐ denied ☐ advisement
☐ Oral Motion ___ — ☐ granted ☐ denied ☐ advisement
☐ Oral Motion ___ — ☐ granted ☐ denied ☐ advisement
☐ Briefs(s) due ___   ☐ Proposed Findings due ___   Response due ___
☐ ___ ☐ filed ☐ docketed
☐ ___ ☐ filed ☐ docketed
☐ ___ ☐ filed ☐ docketed
☐ ___ ☐ filed ☐ docketed
☐ ___ ☐ filed ☐ docketed
☐ ___ ☐ filed ☐ docketed
☐ Hearing continued until ___ at ___

Notes: