

March 25, 2024

**VIA ECF**
The Hon. Vernon D. Oliver
United States District Court
District of Connecticut
450 Main Street
Hartford, Connecticut 06103

**Re:** *Post University Inc v. Learneo, Inc.,* **No. 3:21-cv-01242 (VDO)**

Your Honor,

The parties write further to our joint letters dated December 29, 2023 (Docket No. 113) and January 16, 2024 (Docket No. 119). The parties wish to advise the Court that they attended a private mediation session on March 5, 2024. Unfortunately, the mediation was not successful in resolving this case. Pursuant to the Court's December 14, 2023 Order (Docket No. 107), the parties believe this case would benefit from a referral to a settlement conference before a Magistrate Judge for further settlement efforts and respectfully request that a settlement conference be scheduled at the Court's convenience.

Respectfully,

Yonaton Aronoff

YONATON ARONOFF   YARONOFF@HS-LAW.COM   DIRECT (917) 512-9488

HS-LAW.COM   MAIN (212) 397-3370 | FAX (212) 202-6206 | 40 WALL STREET, 53RD FLOOR, NEW YORK, NY 10005