UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| POST UNIVERSITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> LEARNEO, INC., <br><br> Defendant. | Case No. 3:21-cv-01242 (VDO) |

## JOINT STATUS REPORT

Plaintiff Post University, Inc. ("Post") and Defendant Learneo, Inc. ("Learneo") (together, the "Parties") hereby submit this Joint Status Report pursuant to the Court's June 18, 2024 Order (ECF 148) (the "Order"), to certify the close of fact discovery and to respond to the inquiries contained in the Order. The Parties have conferred and jointly represent the following:

**1.      Jurisdiction of Magistrate Judge**

The Parties do not consent to the jurisdiction of a magistrate judge for trial.

**2.      Estimated Length of Trial**

The Parties anticipate that the length of trial will be two-weeks (i.e., 10 court days).

**3.      Settlement Conference**

The parties attended a settlement conference with Magistrate Robert A. Richardson on June 12, 2024, which did not resolve the case.

1

Dated: August 26, 2024

Respectfully submitted,

| HARRIS ST. LAURENT & WECHSLER LLP | MORRISON & FORESTER LLP |
|---|---|
| By: /s/ Yonaton Aronoff<br>Yonaton Aronoff (*pro hac vice*)<br>yaronoff@hs-law.com<br>Alisha L. McCarthy (*pro hac vice*)<br>amccarthy@hs-law.com<br>Ashley Robinson (*pro hac vice*)<br>arobinson@hs-law.com<br>Jaclyn D. Newman (*pro hac vice*)<br>jnewman@hs-law.com<br>40 Wall Street, 53rd Floor<br>New York, New York 10005<br>Tel.: 212-397-3370<br><br>DILWORTH IP, LLC<br>Benjamin J. Lehberger (ct26880)<br>2 Corporate Drive, Suite 206<br>Trumbull, CT 06611<br>blehberger@dilworthip.com<br>Tel.: 203-220-8496<br><br>GETZ BALICH LLC<br>Timothy Andrew Johnson (ct25383)<br>10 Waterside Drive, Suite 205<br>Farmington, CT 06032<br>tjohnson@getzbalich.com<br>Tel.: 860-470-4703<br><br>*Attorneys for Plaintiff Post University, Inc.* | By: /s/ Allyson R. Bennett<br>Allyson R. Bennett (*pro hac vice*)<br>abennett@mofo.com<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017-3543<br>Telephone: 213.892.5200<br><br>Joseph C. Gratz (*pro hac vice*)<br>jgratz@mofo.com<br>Vera Ranieri (*pro hac vice*)<br>vranieri@mofo.com<br>Annie A. Lee (*pro hac vice*)<br>annielee@mofo.com<br>Ian Bennett (*pro hac vice*)<br>ibennett@mofo.com<br>Justin K. Rezkalla (*pro hac vice*)<br>jrezkalla@mofo.com<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Telephone: 415.268.7000<br><br>SHIPMAN & GOODWIN LLP<br>Patrick M. Fahey (ct13862)<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>pfahey@goodwin.com<br>Telephone: 860.251.5824<br><br>*Attorneys for Defendant Learneo, Inc.* |