# Appendix A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| POST UNIVERSITY, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>LEARNEO, INC.,<br><br>        Defendant. | Case No. 3:21-cv-01242-VDO |

**DEFENDANT LEARNEO, INC.'S PRELIMINARY LOCAL RULE 56(A) STATEMENT OF UNDISPUTED FACTS**

**FILED UNDER SEAL**

1. Defendant Learneo, Inc. ("Learneo"), formerly known as Course Hero, Inc., operates and owns the website located at https://www.coursehero.com/ where users can create free Student or Educator accounts. Dkt. No. 31 ("Am. Compl.") ¶¶ 13, 18; Dkt. No. 89 ("Ans.") ¶¶ 13, 18; Dkt. No. 99-1; Learneo Decl.

2. Users may upload documents to Course Hero's library of study resources. Am. Compl. ¶ 14; Ans. ¶ 14.

3. Educator accounts are given free unlocks every month and have been given other benefits. Learneo Decl.; CH0194156.

4. When a user visits the webpage for a locked document on the Course Hero website, they are shown a preview of the document on the Course Hero website, as shown in Exhibit 1 of the Amended Complaint. Am. Compl. ¶ 18, Dkt. No. 31-2 (Ex. 1); Ans. ¶ 18.

5. A document preview will display a partially or fully blurred representation of the document. A fully blurred preview is shown once the user has reached their "preview maximum," which is a set number of previews a user is permitted to view on the Course Hero website. Am. Compl. ¶¶ 20, 27, 40, Dkt. Nos. 31-02, 31-07 (Exs. 1, 6); Ans. ¶¶ 20, 27, 40; Expert Report of Monty Myers ("Myers Report") ¶¶ 143, 145; Learneo Decl; Wentworth Tr. 139:18-140:25.

6. A user can "unlock" a document to view the full document. Am. Compl. ¶¶ 18, 40, 43, 44, Dkt. No. 31-14 (Ex. 13); Ans. ¶¶ 18, 40, 43, 44.

7. Users can obtain unlocks by either paying a subscription fee or uploading study resources to the website. Am. Compl. ¶¶ 43-44; Ans. ¶¶ 43-44.

8. When a user unlocks a document, the user has the ability to download the document. Am. Compl. ¶ 42, Dkt. No. 31-14 (Ex. 13); Ans. ¶ 42; Myers Report ¶ 83.

9. Learneo's code for the upload process on the Course Hero website includes a copyright filter that automatically prevents filtered documents from being made available on the Course Hero website. Learneo Decl.

10. During the upload stage, Course Hero automatically filters documents based on ▮▮▮▮▮▮▮▮▮▮. Learneo Decl; Myers Tr. 97:20-99:9, 107:13-109:7.

11. Post's technical expert witness testified that adding Post University to the copyright filter "would help, certainly on a move-forward basis." He also testified that the term "Copyright Post University" should be added to the copyright filter. Myers Tr. 102:10-103:7; 105:18-20.

12. Post has never ▮▮▮▮▮▮▮▮▮▮ Course Hero's copyright filter. Learneo Decl; Learneo Attorney Decl.

13. When a rightsholder ▮▮▮▮▮▮▮▮▮▮ Learneo Decl; CH1639903; CH0479858.

14. Pinpoint allows a user to upload their copyrighted content to identify similar content for removal and to prevent future uploads of matching content. Learneo Decl; Wentworth Tr. 241:22-244:15; CH1639903; CH0479858.

15. Learneo has offered Post access to Pinpoint multiple times, most recently in a communication dated June 3, 2024. CH0481072 at -073; Learneo Attorney Decl.

16. As of September 26, 2023, Learneo had provided access to Course Hero's Pinpoint tool to over ▮▮▮▮▮. Learneo Decl.

17. Learneo offers a tool called Claim a Course, which allows an educator to list

themselves as the instructor of record for a course and receive notifications of uploaded documents associated with that course.  CH1637974 at -977; CH1640805.

18. Learneo provides any educator or publisher ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  Learneo Decl.

19. As of September 26, 2023, Learneo had provided ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  Learneo Decl.

20. Learneo has a DMCA takedown process for users to submit take down requests for content on the Course Hero website.  Learneo Decl; Carrigan Tr. 98:17-99:14.

21. From January through December 2020, Course Hero received ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.  From January through December 2021, Course Hero received ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  In 2020 and 2021, it took ▇▇▇▇▇▇▇▇ on average for Course Hero to remove content identified pursuant to compliant DMCA requests.  Learneo Decl.

22. At the end of 2021, there were over 95 million documents on the Course Hero website.  The ▇▇▇ DMCA takedown notices in 2021 represented takedown requests of ▇▇▇▇ the documents on the Course Hero website.  Learneo Decl; CH1637987.

23. Post sent two letters to Course Hero in January and February 2021 identifying documents for takedown under the DMCA.  Both times, Course Hero removed the documents identified within eight days of receipt.  CH0193938; CH0193930; CH0479386; CH0479384.

24. When asked if any Post professors or employees sent a DMCA takedown notice to Course Hero prior to 2021, Post stated, "Not to my knowledge."  Bauer Tr. 69:5-10.

25. When asked if Post has ever sent a DMCA takedown request or similar communication asking a website or another company to take down copyrighted materials, other than to Course Hero, Post stated, "I don't think so."  Bauer Tr. 106:7-11.

26.     When asked if Post takes any steps to proactively monitor or review websites for infringement of its copyrighted materials, Post stated, "Not to my knowledge." Bauer Tr. 107:7-19.

27.     Learneo makes documents on the Course Hero website available to search engines like Google, such that the search engine is able to access and search all content in those documents. Learneo Decl; Wentworth Tr. 83:15-84:5, 89:6-90:20, 127:7-14; 264:8-22.

28.     By making the content of documents available, Learneo enables search engines like Google to provide users with search results that direct them to a preview of the document most relevant to their search. Learneo Decl; Wentworth Tr. 205:11-207:23.

29.     When a user uploads a document to the Course Hero website, the user is prompted to provide identifying information about the document, including the School Name and Course Title. Learneo Decl.

30.     When a user views a document on the Course Hero website (whether locked or unlocked), Course Hero displays the School Name, Course Title, and Uploader associated with the document. Learneo Decl; Am. Compl., Dkt. Nos. 31-02-31-07 (Exs. 1-6).

31.     The Course Hero website has a search bar that a user can use to search for documents by search term. The search can be narrowed by school name. Learneo Decl.

32.     For documents associated with Post University by the uploader, the Course Hero website displays "Post University" above the document. Learneo Decl. Am. Compl., Ex. 1; Monteiro Tr. Ex. 18.

33.     When asked about the phrase "Post University" displayed above a document on the Course Hero website, Post stated, "the phrase Post University here is clearly stating that this is a Post University document for anyone who is searching that." Monteiro Tr. 155:22-156:20.

4

34. To create a Course Hero account, a user must agree to Course Hero's Terms of Use. Learneo Decl; Wentworth Tr. 105:3-7.

35. To upload a document to the Course Hero website, a user must agree to Course Hero's Terms of Use. Learneo Decl; Wentworth Tr. 202:23-203-22.

36. A Course Hero user must be logged into a Course Hero account to upload a document. Learneo Decl; Wentworth Tr. 101:16-103:5.

37. Before a user uploads a document to the Course Hero website, they are provided with a reminder that Course Hero's Terms of Use, Copyright Policy, and Honor Code apply and links to each policy. Learneo Decl; CH0481253.

38. Course Hero's Terms of Use prohibit "uploading or submitting copyright infringing materials[.]" Carrigan Tr., Ex. 15 at 4.

39. Course Hero's Terms of Use state, "Course Hero does not claim any ownership rights in your Submissions." Carrigan Tr., Ex. 15 at 3.

40. By agreeing to Terms of Use, a user uploading content to the Course Hero website "represent[s] and warrant[s] [they] have all rights necessary to do so[.]" Carrigan Tr., Ex. 15.

41. A user who agrees to Course Hero's Terms of Use agrees to the provisions in Course Hero's Copyright Policy and Honor Code. Carrigan Tr., Ex. 15 at 1; Myers Report ¶ 108; CH0193900; CH1638433.

42. Course Hero's Honor Code instructs users not to "[u]pload another person's study materials to Course Hero and claim them as your own[.]" CH0193900.

43. Course Hero's Copyright Policy states, "users are prohibited from uploading or submitting copyright infringing content. In other words, only submit your original work and not

5

works created by someone else without their express authorization."  CH1638433.

44. Watermarks are added to downloaded documents to enable Course Hero to identify that the document was downloaded from Course Hero, who it was downloaded by, when it was downloaded, and the document URL.  Learneo Decl.

45. The purpose of placing HTML overlay banners on the Course Hero website is to encourage users to create an account and/or upload study resources.  Learneo Decl.

46. Certain documents downloaded from the Course Hero website have included metadata that states: (1) the userID of the uploader and downloader of the document; (2) the string "CHDL-UGC-Meta" in the "Keywords" field; and (3) the version of the watermarking software (TCPDF).  Learneo Decl.

47. The string "CHDL-UGC-Meta" is added to the metadata of watermarked documents downloaded from the Course Hero website to ███████████████████  ███████████████████  Learneo Decl; Wentworth Tr. 149:21-151:3; CH1640994.

48. Certain documents downloaded from the Course Hero website have included a diagonal watermark that states, "This study resource was shared via CourseHero.com."  Am. Compl., Dkt. Nos. 31-08-31-12 (Exs. 7-11).

49. Certain documents downloaded from the Course Hero website have included a footer watermark that states, "This study source was downloaded by [downloader user id] from CourseHero.com on [date and time of download]," followed by a Course Hero URL linking to the document.  Am. Compl., Dkt. Nos 31-08-31-12 (Exs. 7-11); Monteiro Tr. 159:13-160:1.

50. Learneo displays a copyright notice at the bottom of all webpages on its website. Am. Compl., Dkt. Nos. 31-02-31-07 (Exs. 1-6); *see also* https://www.coursehero.com/.

51. At the time Post filed suit, Learneo's Copyright Notice stated, "Copyright ©

2021. Course Hero, Inc." Am. Compl., Dkt. Nos. 31-2-31-06, 31-13 (Exs. 1-5, 12).

52. Learneo retains online tutors to provide Course Hero users with on-demand 24/7 homework help. Am. Compl. ¶ 14; Ans. ¶ 14.

53. The location of Course Hero webpage bannering on study resources (e.g. Am. Compl. Ex. 1, "Stuck? We have tutors online 24/7 who can help you get unstuck," etc.) is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Learneo Decl.

54. The location of the bannering is determined ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Learneo Decl.

55. The userID of the uploader is a 15-digit identifier Learneo associates with the user who uploaded the document to the Course Hero website. Learneo Decl.

56. The userID of the downloader is a 15-digit identifier Learneo associates with the user who downloaded the document to the Course Hero website. Learneo Decl.

57. The string "CHDL-UGC-Meta" stands for "Course Hero Download – User Generated Content – Meta." Learneo Decl.

58. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Learneo Decl.

59. Learneo has developed ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Learneo Decl; Wentworth Tr. 234:12-235:11.

60. A "split" is a segment of a document used to display previews on the Course Hero website. Learneo Decl; Wentworth Tr. 199:4-200:13.

61. Splits are generated ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Learneo

Decl; Wentworth Tr. 142:12-143:2; 181:19-182:4; 199:4-204:24; Myers Report ¶¶ 72, 73.

62. Split files are generated ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. Learneo Decl.

63. Course Hero's upload, preview, unlock, and download processes are performed ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. Learneo Decl; Wentworth Tr. 113:19-24; 204:25-205:6.

64. Course Hero's upload process performs ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. Learneo Decl; Wentworth Tr. 114:18-119:5; 142:12-143:2; CH0479551 at -552.

65. Course Hero's upload process includes ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. Learneo Decl.

66. The split files generated during the upload process are stored on Course Hero's systems and made available to users in response to a browser request at the preview stage. Learneo Decl.

67. When a document is uploaded to the Course Hero website, the original document is ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. Learneo Decl; Carrigan Tr. 158:2-160:3.

68. The Course Hero website ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ Learneo Decl, Wentworth Tr. 138:18-24.

69. When a user visits a Course Hero webpage with a document preview, the user's browser sends a request to Learneo's servers for that webpage, Learneo's servers send back the HTML and associated files for that webpage, and the webpage is rendered by the user's browser on the user's device.  Learneo Decl.

8

70. The purpose of previews is █████████████████████████████████████████████████████████████████████████. Learneo Decl.

71. When a user visits a Course Hero webpage with an unlocked document, the user's browser sends a request to Learneo's servers for that webpage, Learneo's servers send back the HTML and associated files for that webpage, and the webpage is rendered by the user's browser on the user's device. Learneo Decl.

72. When a user downloads a document from Course Hero, the user's browser sends a request to Learneo's servers for that document, and Learneo's servers send back the document for download. Learneo Decl.

73. When watermarking is added to a downloaded document, ███████████████████████████████████████████████████████████████ Learneo Decl; Carrigan Tr. 170:24-172:23.

74. Learneo did not become aware that ████████████████████████████████████████████████████ until after the initiation of this lawsuit. Learneo Decl.

75. When asked "[o]n a day-to-day basis, does Post use metadata to identify potentially infringing copies of its copyrighted documents," Post responded, "[n]o." Bauer Tr. 110:14-18.

76. When a document preview is displayed on the Course Hero website, the document preview is not provided with any means of downloading, printing, saving, or emailing the document. Learneo Decl.

77. When asked how the blurring of Post's logo on a document uploaded to the Course Hero website causes harm, Post stated, "I never said the blurring of the Post logo was

causing harm." Monteiro Tr. 153:1-5.

78. When asked whether any harm was caused by the fact that Post's logo is blurred in a document uploaded to the Course Hero website, Post stated it "can't specifically tie it to that." Monteiro Tr. 198:11-16; Monteiro Tr., Ex. 18.

79. When asked to identify whether a document uploaded to the Course Hero website with Post's logo blurred was a Post document, Post stated, "It's obvious it's a Post document . . . . I'm not blind." Monteiro Tr. 155:1-21; Monteiro Tr., Ex. 18.

80. When asked whether blurring of Post's logo on a document uploaded to the Course Hero website makes it easier or harder for students to cheat, Post stated, "It's clearly a Post document, okay. I'm not a moron." Monteiro Tr. 153:7-24.

81. When asked whether harm was caused by the language at the bottom of a document webpage on the Course Hero website that states, "Copyright 2021 Course Hero, Inc.," Post stated it "can't testify to that." Monteiro Tr. 198:18-199:3, Ex. 18.

82. When asked whether harm was caused by the addition of a watermark that identifies a study resource as being "shared via Course Hero," Post stated, "the harm has already been done" and confirmed "the watermark, in fact, makes it easier to figure out where the document came from[.]" Monteiro Tr. 167:12-168:7.

83. There are 2,342 documents ("Works in Suit" or "WIS") subject to Post's claims under 17 U.S.C. § 1202. Myers Report, Ex. AAA.

84. At least 1,036 of the WIS under 17 U.S.C. § 1202 are "student works," i.e., "work that was clearly created by someone not employed by Post University." Myers Report ¶¶ 190-191; Ex. AAA.

85. Post does not claim ownership of student works. Monteiro Tr. 205:6-16; Bauer

10

Tr. 197:7-11, 204:3-7; Moriarty Tr. 180:19-181:4.

86. At least 93 of the WIS under 17 U.S.C. § 1202 are documents owned by Post's subsidiary American Sentinel University ("ASU"). Myers Report ¶ 335; Ex. AAA.

87. In July 2023, Learneo agreed not to remove certain works in suit from the Course Hero website at Post's request so that the documents could be accessed during expert discovery. Learneo removed those documents after the close of expert discovery. Learneo Attorney Decl.

88. At the time of the allegedly unauthorized preview displays and unlocks, Post had not told Learneo that Post uses its copyright notice to police infringement of its copyright rights.

89. At the time of the allegedly unauthorized unlocks and downloads, Post had not told Learneo that Post documents contain Post-identifying metadata.

90. At the time of the alleged downloads, Learneo did not believe the accused watermarks were false CMI. Learneo Decl.

91. At the time of the alleged downloads, Learneo did not believe the accused metadata was false CMI. Learneo Decl.

92. At the time of the alleged preview displays and unlocks, Learneo did not believe the website copyright notice was false CMI. Learneo Decl.

93. At the time of the alleged preview displays, Learneo did not believe the website bannering was false CMI. Learneo Decl.

94. Learneo has never provided or distributed the alleged false CMI with the intent to induce, enable, facilitate, or conceal infringement of the works in suit. Learneo Decl.

95. Learneo has never intended to remove or alter any CMI in the works in suit. Learneo Decl.

96. At the time of the allegedly unauthorized uploads, preview displays, unlocks, and

downloads, Learneo did not know of CMI in the works in suit.  Learneo Decl.

97. At the time of the allegedly unauthorized uploads, preview displays, unlocks, and downloads, Learneo did not know or have reasonable grounds to know that any CMI in the works in suit had been removed or altered.  Learneo Decl.

98. At the time of the allegedly unauthorized uploads, preview displays, unlocks, and downloads, Learneo did not know or have reasonable grounds to know that any of the works in suit were infringing.  Learneo Decl.

99. At the time of the allegedly unauthorized uploads, Learneo did not know or have reasonable grounds to know that creating splits of the works in suit would induce, enable, facilitate, or conceal an infringement of the works in suit.  Learneo Decl.

100. At the time of the allegedly unauthorized previews displays, Learneo did not know or have reasonable grounds to know that the display of previews of the works in suit would induce, enable, facilitate, or conceal an infringement of the works in suit.  Learneo Decl.

101. At the time of the allegedly unauthorized unlocks, Learneo did not know or have reasonably grounds to know that not displaying metadata on the webpage of the works in suit would induce, enable, facilitate, or conceal an infringement of the works in suit.  Learneo Decl.

102. At the time of the allegedly unauthorized downloads, Learneo did not know or have reasonable grounds to know that not including certain metadata with the works in suit would induce, enable, facilitate, or conceal an infringement of the works in suit.  Learneo Decl.