**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| POST UNIVERSITY, INC., | Case No. 3:21-cv-01242 (VDO) |
| Plaintiff, | |
| v. | |
| LEARNEO, INC., | |
| Defendant. | |

## PLAINTIFF'S PRELIMINARY LOCAL RULE 56(A)2 COUNTERSTATEMENT OF MATERIAL FACTS IN OPPOSITION TO SUMMARY JUDGMENT

## PRELIMINARY COUNTERSTATEMENT OF MATERIAL FACTS

1.     Post University, Inc. ("Post") is a for-profit higher education institution based in Waterbury, Connecticut. Bauer Tr. 51:13-14; Monteiro Tr. 48:17-20; Declaration of Post representative(s) ("Post Decl.").

2.     Post students can earn their degrees by taking courses on the main campus, online, or via a hybrid learning model. Bauer Tr. 72:9-10; Monteiro Tr. 55:4-56:1, 58:21-59:3; Post Decl.

3.     Post invests substantial dollars in creating its own custom course materials. Post is the owner of the course materials created by its faculty and staff. Bauer Tr. 117:2-10; Monteiro Tr. 139:16-140:16, 197:12-198:10; Schechter Tr. 153:2-155:5, 158:15-159:23, 160:13-161:21.

4.     Post works with subject matter experts ("SMEs") to develop "Master Course" materials. Bauer Tr. 121:7-11; Johnson Tr. 60:20-61:3, 155:2-6.

5.     SMEs work with instructional design teams and program chairs to develop courses and related course materials, such as syllabi, exams, homework prompts, and practice tests. Bauer Tr. 121:12-122:3, 124:18-125:15, 133:21-134:6; Johnson Tr. 60:20-61:3; Jones Tr. 61:5-62:13.

6.     All SMEs sign master course development agreements. Bauer Tr. 126:5-127:8, 130:16-25, 145:12-22, 147:6-148:2.

7.     Course material templates contain Post's colors, logos, fonts, and similar structure and flow, as well as Post's copyright statement. Bauer Tr. 135:2-136:20, 145:12-22, 147:6-148:2.

8.     Master Course materials are generally updated every three years. Monteiro Tr. 139:11-140:16; Bauer Tr. 137:10-16.

9.     Post is the owner of approximately 20 Trademarks registered with the U.S.P.T.O. PU00002702-6583; PU0060169-269; 5/2/22 Post Response to Interrogatories ("Post Rog Resp.") and 3/9/23 Post Rog Resp. at Rog 1; 11/21/22 Post Rog Resp. and 3/16/23 Post Rog Resp. at Rog

16; Post Decl.

10.    Defendant Learneo, Inc. ("Learneo" or "Course Hero" or "CH") owns and operates the "Course Hero" website. Van Horne Tr. 36:16-37:1; Dkt. 89 ("Ans.") ¶ 13; Dkt. 99-1 ¶¶ 1-7.

11.    The CH website purports to offer educational resources to students enrolled at various post-secondary schools. Post Decl. (CH Website); CH0194162.

12.    The "resources" offered by Learneo include millions of school- and course-specific materials created by others. Post Decl. (CH Website).

13.    CH uses sophisticated technology and employs many engineers. 4/23/24 Rebuttal Expert Report of Monty G. Myers ("Myers Rebuttal Report") ¶ 74; Wentworth Tr. 20:23-21:3.

14.    CH offers student and educator accounts. Park Tr. 139:25-140:3; 5/2/22 CH Response to Interrogatories ("CH Rog Resp."), 12/16/22 CH Rog Resp., and 10/31/23 CH Rog Resp. at Rog 1; Ans. ¶ 18; CH0194152-163; Post Decl. (CH Website).

15.    Educator accounts are free for individual educators but not companies or institutions (such as Post). CH0194152-163; Post Decl. (CH Website).

16.    For student accounts CH offers free and premier options. Free accounts let users pay for à la carte tutor services. Premier members may unlock up to 30 documents per month. Park Tr. 208:4-9; 5/2/22 CH Rog Resp., 12/16/22 CH Rog Resp., and 10/31/23 CH Rog Resp. at Rog 1; Post Decl. (CH Website).

17.    ███████████████████████. Wentworth Tr. 286:8-23.

18.    Student accountholders can obtain additional free unlocks by uploading new course materials. Carrigan Tr. 136:1-7; Post Decl. (CH Website); CH1641148-1200.

19.    The vast majority of CH's revenue ████████████████. As of 12/15/21 CH reportedly had a $3.6B valuation. Van Horne Tr. 88:3-10, 89:21-90:2; Van Horne Ex. 36.

20.     To obtain a student or educator account a user must agree to CH's Terms of Use. Carrigan Ex. 14; Carrigan Tr. 202:14-203:22; Park Tr. 146:4-8, 147:3-13, 213:9-214:1; Park Ex. 11; 10/31/23 CH Rog Resp. at Rog 5; 3/20/23 CH Resp. to Requests for Admission ("CH RFA Resp.") at RFA 12; Post Decl. (CH Website).

21.     CH's Terms of Use include a jury waiver and limit recovery of damages to the greater of (i) $100 or (ii) the amounts paid by such user to CH during the 12 months preceding a claim. Park Ex. 11; Park Tr. 148:4-149:2; Carrigan Ex. 15 at 8; Post Decl. (CH Website).

22.     CH controls the design, use, selection, and execution of the source code and software on its platform. *See generally* Wentworth Tr.; Carrigan Tr.

23.     The "life cycle" of a document on the CH website consists of upload, preview, unlock, and download. Post alleges that CH violates 17 U.S.C. § 1202(a), (b)(1), and/or (b)(3) at each of these stages. 5/1/24 Expert Report of Monty G. Myers ("Myers Report") ¶¶ 71-84; 8/29/23 Post Rog Resp. at Rog 2.

24.     When a user uploads a document ███████████████████████. Frederiksen-Cross Tr. 281:22-283:5; Carrigan Ex. 14; Carrigan Tr. 206:13-207:11; Park Tr. 128:21-25; Myers Report ¶¶ 97a, 111-114; CH0479454.

25.     The copyright filter was designed and created by CH ████████████████. Frederiksen-Cross Tr. 281:22-283:5; Park Tr. 129:16-130:1; Carrigan Tr. 206:13-207:14, 208:2-13; Myers Report ¶¶ 113-114.

26.     CH controls its copyright filter. Frederiksen-Cross Tr. 281:22-283:5; Wentworth Tr. 191:6-10; Wentworth Ex. 7.

27.     The copyright filter ██████████████████████████████████ ████████████. Frederiksen-Cross Tr. 281:22-283:5; Park Ex. 10; Carrigan Exs. 14, 16-

17, 24; Carrigan Tr. 217:11-12, 219:11-220:11, 223:3-7, 223:13-224:13, 225:3-24, 289:4-291:10, 304:3-4, 304:14-305:25; Wentworth Tr. 118:9-119:5; CH0479454.

28. ███████████████████████████████████████████████████████. Carrigan Exs. 16-17, 24; Carrigan Tr. 219:11-224:13, 225:3-24, 289:4-291:10, 304:3-4, 304:14-305:3, 305:21-25; Frederiksen-Cross Tr. 289:22-293:19.

29. The use of a copyright filter is not publicized on CH's website. CH RFA Resp. at RFA 25-26; Post Decl. (CH Website).

30. CH's copyright filter ████████████████████████████████████████████ ████████. Myers Report ¶¶ 97a, 113-114; Myers Tr. 97:20-99:9; Post Decl. (list of terms).

31. CH's copyright filter ████████████████████████████████████████████ ██████████████████████████. Park Ex. 10; Frederiksen-Cross Tr. 281:22-283:5, 315:10-316:6; Myers Tr. 97:20-99:9.

32. The words "Post" or "Post University" or "American Sentinel" or "ASU" are not in CH's copyright filter but ██████████████████████. *See e.g.*, Park Ex. 10; Frederiksen-Cross Tr. 281:22-283:5, 315:10-316:6; Myers Tr. 97:20-99:9; Wentworth Ex. 7.

33. Materials uploaded to CH by users are maintained behind a paywall. Myers Report ¶ 67; CH0479534; Post Decl. (CH Website).

34. ███████████████████████████████████████████████████████. January 12, 2024 Expert Report of Barbara A. Frederiksen-Cross ("Frederiksen-Cross Report") ¶ 65; Wentworth Tr. 139:4-17.

35. ████████████████████████████. 5/2/22 CH Rog Resp., 12/16/22 CH Rog Resp., and 10/31/23 CH Rog Resp. at Rogs 2-3; CH RFA Resp. at RFA 67-70.

36. Instead, website visitors are shown a preview created by CH. Myers Report ¶¶ 73-

74, 115, 142-146; Post Decl. (CH Website).

37.     Metadata is data embedded within an electronic file and may include information about a file's author and creation date. It can be useful in identifying who owns and/or authored a document. Myers Report ¶¶ 40-41, 121, 154-159; Myers Rebuttal Report ¶¶ 17-22; Myers Tr. 180:17-181:14; Frederiksen-Cross Report ¶ 18-19; Frederiksen-Cross Tr. 126:14-127:10, 145:14-147:24, 154:9-155:20.

38.     CH intentionally makes the full contents of documents available to Google and other search engines to increase website traffic and generate revenue. Rajendra Tr. 57:13-58:11; Myers Report ¶¶ 97, 142-144; Wentworth Tr. 93:4-94:17.

39.     CH creates previews from "splits" or "assets" created from each uploaded document. Kidder Tr. 30:4-31:12; 5/2/22 CH Rog Resp., 12/16/22 CH Rog Resp., and 10/31/23 CH Rog Resp. at Rog 2; Myers Report ¶¶ 33-34, 86-87, 115, 141; CH0479534.

40.     A preview is a modified version of a document in which some or all of the content is intentionally blurred/truncated ████████████. CH blurs portions of documents so that users cannot see the entire document without an unlock token. Myers Report ¶¶ 142-146; CH RFA Resp. at RFA 67-70; 5/2/22 CH Rog Resp., 12/16/22, and 10/31/23 CH Rog Resp. at Rogs 2-3; Frederiksen-Cross Report ¶ 69; Kidder Tr. 112:20-113:14; Rajendra Tr. 58:24-59:7.

41.     ████████████████████. Myers Report ¶ 144.

42.     ████████████████████. Carrigan Ex. 19; Carrigan Tr. 230:11-12, 231:18-25, 235:20-236:20, 237:4-9; CH RFA Resp. at RFA 67-70.

43.     Previews are displayed on the CH website surrounded by CH logos, a CH HTML overlay banner (including advertisements for other CH services) and a CH copyright notice. Am. Compl. ¶¶ 20-24, 27, Exs. 1-6; Myers Report ¶¶ 78, 146.

44.    The CH copyright notice confuses consumers. 2/13/24 Expert Report of Yoram (Jerry) Wind ("Wind Report") ¶¶ 29-30, 32-33; Wind Re-Tabulations App'x 3b, 3c at Figures 6-8.

45.    ████████████████████████████████████████████ ████. Hashimoto Tr. 130:19-21, 130:23-131:1-14, 131:23-132:5, 142:2-20, 142:23-143:7, 143:9-10, 149:9-16, 149:19-150:9; 5/2/22 CH Rog Resp. at Rog 6; 12/16/22 CH Rog Resp. at Rogs 2, 6; CH0479534.

46.    A free student accountholder or non-accountholder can view three or four partially blurred previews before CH intentionally displays fully blurred previews. Kidder Tr. 112:20-113:14; Hashimoto Tr. 171:17-172:15, 172:18-22, 173:4-5, 173:7-21; 5/2/22 CH Rog Resp., 12/16/22 CH Rog Resp., and 10/31/23 CH Rog Resp. at Rog 3; CH0479534.

47.    CH users can unlock a document by purchasing a premium subscription or uploading unique materials. Myers Report ¶¶ 38-39, 68, 148; Post Decl. (CH Website).

48.    Premium subscription holders must pay extra for more than 30 unlocks per month. Myers Report ¶ 68; Post Decl. (CH Website).

49.    When a document is unlocked, the unblurred contents of the document are made visible to the user on a custom CH webpage alongside CH banners, logos, prompts, and the CH copyright notice. Frederiksen-Cross Report ¶ 70; Kidder Tr. 32:21-25; Am. Compl. ¶ 42, Ex. 13; Myers Report ¶¶ 78, 146; Post Decl. (CH Website).

50.    Unlocked documents ████████████████████. Am. Compl. Ex. 13; Myers Rebuttal Report ¶ 73.

51.    Unlocked documents may be downloaded by the unlocking user. Frederiksen-Cross Report ¶ 71; Kidder Tr. 33:6-11; Post Decl. (CH Website).

52.    Most documents downloaded during the damages period ████████████

████████████████████████████ and new metadata, a diagonal CH watermark, and CH footer were added. Myers Report ¶ 83; Frederiksen-Cross Report ¶¶ 71-85, 89, 94, 97.

53.    CH could have written code to ensure that ██████████████████. Frederiksen-Cross Report ¶¶ 71-85, 89, 94, 97; Frederiksen-Cross Tr. 122:2-123:13; Myers Tr. 161:13-21.

54.    The footers and diagonal watermark confuse consumers. Wind Report ¶¶ 29-30, 34-35; Wind Re-Tabulations App'x 3b, 3c at figs. 6-7, 9.

55.    CH stopped adding a diagonal watermark after this lawsuit was filed. Carrigan Tr. 181:13-182:4; Carrigan Ex. 12 at 4.

56.    CH adds metadata to downloaded documents to maximize its revenue. Frederiksen-Cross Report ¶ 84; Myers Rebuttal Report ¶ 80.

57.    Post polices its proprietary content to the best of its abilities. Bauer Tr. 68:2-15, 71:18-23, 80:19-81:16, 81:25-82:8, 85:12-87:8, 91:25-92:6, 102:3-103:14, 111:6-11, 112:6-16, 120:17-121:6, 126:13-127:8, 135:16-137:2; Schechter Tr. 87:18-89:4, 168:24-170:2.

58.    Post utilizes a third-party software program called SafeAssign to identify potential cheating, plagiarism, and other academic integrity violations. Bauer Tr. 19:22-24, 23:9-20.

59.    During 2020, Post faculty expressed increasing concerns about CH as the source of academic integrity violations. Bauer Tr. 78:25-79:23, 93:2-94:12; 5/2/22 Post Rog Resp. at Rog 6.

60.    Post identified dozens of documents on the CH website and sent DMCA takedown requests on 1/6/21 and 2/24/21. The letters demanded CH remove *all* Post documents from the CH site. Park Tr. 41:4-13; Park Exs. 26, 29; Am. Compl. ¶¶ 47-52, Exs. 16-21; Bauer Tr. 23:21-24:10; Monteiro Tr. 170:6-172:4; 5/2/22 Post Rog Resp. at Rog 6.

61.    CH Compliance Associate Chris Chew was assigned to process the 1/6/21 letter. Park Tr. 233:9-234:13; Chew Tr. 55:2-5, 55:11-57:3; 10/10/22 CH Rog Resp. at Rog 7.

62.    Mr. Chew testified that there were no documented procedures surrounding the processing of takedown notices. Chew Tr. 32:23-33:23, 38:5-39:3.

63.    Mr. Chew had the specific documents removed from the CH site but did not escalate the 1/6/21 letter; CH did not search for additional Post content on the CH website. Park Ex. 24; Park Tr. 242:5-11, 255:6-16, 265:9-266:4, 288:2-11, 291:9-14, 291:24-292:6, 292:24-293:7; Chew Tr. 65:23-66:9, 88:13-17, 89:6-19; Monteiro Tr. 170:6-16.

64.    CH Director of Compliance Terry Park was assigned the 2/24/21 letter. Park Ex. 29; Park Tr. 262:9-17; 10/10/22 CH Rog Resp. at Rog 7.

65.    Mr. Park removed the specific documents from the CH site but did not otherwise escalate the 2/24/21 letter; CH did not search for additional Post content on the CH website. Park Ex. 25; Park Tr. 277:22-278:9, 288:2-11, 291:9-14, 291:24-292:6, 292:24-293:7; Monteiro Tr. 170:6-19.

66.    Post's 1/6/21 and 2/24/21 letters should have been escalated to CH's Legal Department per CH policy. Park Exs. 26, 29; Van Horne Tr. 36:14-15, 56:15-19, 57:2-10, 58:17-24, 60:1-7, 62:4-13, 63:4-64:5, 75:19-78:25, 79:1-25.

67.    CH did not offer Post ███████████ in response to its letters. Park Tr. 291:24-292:6, 292:24-293:7; CH RFA Resp. at RFA 24; 8/14/23 CH Rog Resp. at Rog 15.

68.    ████████████████████████████████████████
████████████████████████████. Park Ex. 23; Park Tr. 228:12-230:1; Chew Tr. 105:3-6, 105:12-13, 108:2-5, 108:10-11.

69.    ████████████████████████████████████████
████████. Park Ex. 23; Park Tr. 228:12-230:1; 10/5/22 CH Rog Resp. at Rogs 10-11; 10/31/23 CH Rog Resp. at Rog 11; Post Decl. (CH Website).

70. ███████████████████████████████████████████████.
Chew Tr. 136:16-18, 136:24-138:6; Park Ex. 12; Park Tr. 197:15-198:10; 10/5/22 CH Rog Resp.
at Rogs 10-11; 10/31/23 CH Rog Resp. at Rog 11.

71. ███████████████████████████████████████████████.
Chew Tr. 136:16-18, 136:24-138:6; Park Ex. 12; Park Tr. 197:15-198:10.

72. Rightsholders are required to agree to CH's Terms of Use to gain access to ████.
Carrigan Ex. 4; Carrigan Tr. 109:13-110:23.

73. Only approximately ████████ have ever been offered ████. Kidder Ex.
23; CH1637987; 10/31/23 CH Rog Resp. at Rog 11.

74. CH did not offer Post ████████████████ in response to its letters
but could have done so. Park Tr. 297:1-299:18; Am. Compl. ¶¶ 49, 52; 55/2/22 CH Rog Resp. and
12/16/22 CH Rog Resp. at Rog 9; 10/31/23 CH Rog Resp. at Rogs 9, 15.

75. CH knows that metadata helps police content. Carrigan Tr. 178:18-21.

76. Post identified 2,342 "unique" infringing documents on the CH platform. 8/29/23
Post Rog Resp. at Rogs 2, 23, 24; 1/12/23 Expert Report of Douglas Kidder ("Kidder Report") ¶
15; Myers Report ¶¶ 120-123, 126-134; Myers Report Ex. AAA; 1/12/24 Expert Report of Drew
D. Mooney ("Mooney Report") ¶¶ 42-44; 10/31/23 Post Rog Resp. at Rog 22.

77. Post has identified hundreds of thousands of separate DMCA violations under 17
U.S.C. §1202(a) and (b). Myers Report ¶¶ 3, 175, Ex. AAA; Mooney Report Ex. 6-9; 8/29/23 Post
Rog Resp. at Rog 2.

78. Post's statutory damages range from approximately $2.1 billion to $33.8 billion
pursuant to 17 U.S.C. § 1202. Myers Report Exs. AAA-EEE; Mooney Report ¶¶ 69-95, Exs. 6-9.

## POST'S RESPONSES TO LEARNEO'S PRELIMINARY STATEMENT OF FACTS

1.      Defendant Learneo, Inc. ("Learneo"), formerly known as Course Hero, Inc., operates and owns the website located at https://www.coursehero.com/ where users can create free Student or Educator accounts.  Dkt. No. 31 ("Am. Compl.") ¶¶ 13, 18; Dkt. No. 89 ("Ans.") ¶¶ 13, 18; Dkt. No. 99-1; Learneo Decl.

**RESPONSE:** Denied, except admit that qualifying individual users (*i.e.*, not institutions such as Post) who agree to CH's Terms of Use may obtain Student or Educator accounts. However, student users must upload course materials or upgrade to a paid account to download course materials. Carrigan Tr. 202:14-203:22; Park Tr. 146:4-15, 147:3-14; CH RFA Resp. at RFA 12; 10/31/23 CH Rog Resp. at Rog 5; Post Decl. (CH Website).

2.      Users may upload documents to Course Hero's library of study resources.  Am. Compl. ¶ 14; Ans. ¶ 14.

**RESPONSE:** Denied, except admit that CH ███████████████████████████. *See* Myers Report ¶ 67; Post Decl. (CH Website); Wentworth Exs. 3, 4.

3.      Educator accounts are given free unlocks every month and have been given other benefits.  Learneo Decl.; CH0194156.

**RESPONSE:** Denied, except admit that verified educators (*i.e.*, not institutions such as Post) who agree to CH's Terms of Use may obtain Educator accounts. Carrigan Tr. 202:14-203:22; Park Tr. 146:4-8, 147:3-13, 291:9-14, 291:24-292:6, 292:24-293:7; CH RFA Resp. at RFA 12; 8/14/23 CH Am. Rog Resp. at Rog 15; 5/2/22 Post Rog Resp. at Rog 5; Post Decl. (CH Website).

4.      When a user visits the webpage for a locked document on the Course Hero website, they are shown a preview of the document on the Course Hero website, as shown in Exhibit 1 of the Amended Complaint.  Am. Compl. ¶ 18, Dkt. No. 31-2 (Ex. 1); Ans. ¶ 18.

**RESPONSE:** Denied, except admit that CH creates and displays partially or fully blurred and truncated previews of documents to users ███████████████████████████████ ████████████████████████████. Carrigan Ex. 19; Carrigan Tr. 231:18-25, 235:20-236:20, 237:2-9; Post Decl. (CH Website); Am. Compl. Exs. 1-6.

5.      A document preview will display a partially or fully blurred representation of the document.  A fully blurred preview is shown once the user has reached their "preview maximum," which is a set number of previews a user is permitted to view on the Course Hero website.  Am. Compl. ¶¶ 20, 27, 40, Dkt. Nos. 31-02, 31-07 (Exs. 1, 6); Ans. ¶¶ 20, 27, 40; Expert Report of Monty Myers ("Myers Report") ¶¶ 143, 145; Learneo Decl; Wentworth Tr. 139:18-140:25.

**RESPONSE:** Denied, except admit that fully blurred previews are displayed to a user who has already viewed three or four partially blurred previews. 12/16/22 CH Rog Resp. at Rog 3.

6.      A user can "unlock" a document to view the full document.  Am. Compl. ¶¶ 18, 40, 43, 44, Dkt. No. 31-14 (Ex. 13); Ans. ¶¶ 18, 40, 43, 44.

**RESPONSE:** Denied, except admit that a user may only unlock a document if s/he has unused unlock tokens. Unlocked documents are displayed on a CH-created unique webpage and ████████████████████████████.[1] Post Decl. (CH Website); Am. Compl. Ex. 13.

7.      Users can obtain unlocks by either paying a subscription fee or uploading study resources to the website.  Am. Compl. ¶¶ 43-44; Ans. ¶¶ 43-44.

**RESPONSE:** Denied, except admit that users who want more unlocks can only obtain them by uploading documents or paying a fee. Carrigan Tr. 136:1-7; Am. Compl. Ex. 14; Post Decl. (CH Website); CH0194154.

8.      When a user unlocks a document, the user has the ability to download the

---

[1] Learneo incorrectly relies on Am. Compl. ¶ 18 and Ans. ¶ 18 to support its contention. ¶ 18 of the Am. Compl. and Ans. do not address the Unlock process on the Course Hero website.

document.  Am. Compl. ¶ 42, Dkt. No. 31-14 (Ex. 13); Ans. ¶ 42; Myers Report ¶ 83.

      **RESPONSE:** Denied, except admit that after unlocking a document, a user ordinarily may download ███████████████ the original document with ███████████████████ new metadata added by CH, and with a CH diagonal watermark and footer added. Post Decl. (CH Website); 12/16/22 CH Rog Resp., 3/14/23 CH Rog Resp., and 1/10/24 CH Rog Resp. at Rog 4.

      9.     Learneo's code for the upload process on the Course Hero website includes a copyright filter that automatically prevents filtered documents from being made available on the Course Hero website.  Learneo Decl.

      **RESPONSE:** Denied. CH employs only ████████████████████████████████ ██████████████████████████████████. Frederiksen-Cross Tr. 281:22-283:5, 315:10-316:6; Myers Tr. 97:20-99:9; *see e.g.*, Carrigan Exs. 16-17, 24; Carrigan Tr. 289:4-291:10, 217:11-13, 219:11-220:11, 223:3-7, 223:13-224:13, 225:3-24, 304:3-4, 304:14-305:25; Post Decl.



      10.    During the upload stage, Course Hero automatically filters documents based on ████ ████████████████████ Learneo Decl; Myers Tr. 97:20-99:9, 107:13-109:7.

      **RESPONSE:** Denied, except admit that CH's filtering tool ██████████████████████ ████████████████████████████████████████████ ████████████████████████████. Frederiksen-Cross Tr. 281:22-283:5, 315:10-316:6; Carrigan Exs. 16-17, 24; Carrigan Tr. 289:4-291:10, 217:11-13, 219:11-220:11, 223:3-7, 223:13-224:13, 225:3-24, 304:3-4, 304:14-305:25.

      11.    Post's technical expert witness testified that adding Post University to the copyright filter "would help, certainly on a move-forward basis."  He also testified that the term "Copyright Post University" should be added to the copyright filter.  Myers Tr. 102:10-103:7; 105:18-20.

      **RESPONSE:** Denied as irrelevant and immaterial. CH can add new terms to the copyright

filter at any time it wishes and has not added terms that would screen for Post documents. Frederiksen-Cross Tr. 281:22-283:5, 315:10-316:6.

      12.    Post has never ████████████████ Course Hero's copyright filter.  Learneo Decl; Learneo Attorney Decl.

      **RESPONSE:** Denied as irrelevant and immaterial. CH can ██████████ to the copyright filter at any time it wishes and has not ████████████████████████. Frederiksen-Cross Tr. 281:22-283:5, 315:10-316:6; Post Decl. (CH Website).

      13.    When a rightsholder ██████████████████████████████████████████████████████████████ ████████████ Learneo Decl; CH1639903; CH0479858.

      **RESPONSE:** Denied. ████████████████████████████████████████████████████████████████████████████████████████████. Post Decl.; Chew Tr. 136:16, 136:24-138:7; Carrigan Ex. 4; Carrigan Tr. 109:13-110:23; Park Tr. 197:15-198:10, 297:1-299:18; 3/14/23 CH Rog Resp. at Rog 7; 10/5/22 CH Rog Resp. at Rog 11; 10/31/23 CH Rog Resp. to Rogs 11, 15.

      14.    Pinpoint allows a user to upload their copyrighted content to identify similar content for removal and to prevent future uploads of matching content.  Learneo Decl; Wentworth Tr. 241:22-244:15; CH1639903; CH0479858.

      **RESPONSE:** Denied as irrelevant and immaterial. *See* response to ¶ 13.

      15.    Learneo has offered Post access to Pinpoint multiple times, most recently in a

communication dated June 3, 2024.  CH0481072 at -073; Learneo Attorney Decl.

      **RESPONSE:** Denied. ███████████████████████████████, despite CH's

receipt of two letters from Post demanding access to the CH site. Park Tr. 297:1-299:20; Park Exs.

26, 29; Am. Compl. ¶¶ 47-52, Exs. 16-21; 8/14/23 CH Rog Resp. at Rog 15.

      16.     As of September 26, 2023, Learneo had provided access to Course Hero's Pinpoint

tool to over ███████  Learneo Decl.

      **RESPONSE:** Denied as irrelevant and immaterial. *See* response to ¶ 13.

      17.     Learneo offers a tool called Claim a Course, which allows an educator to list

themselves as the instructor of record for a course and receive notifications of uploaded documents

associated with that course.  CH1637974 at -977; CH1640805.

      **RESPONSE:** Denied as irrelevant and immaterial. Post has made abundantly clear that it

does not want to be in any way affiliated with CH or have any of its materials on the CH website.

Park Exs. 26, 29; Park Tr. 255:6-16, 265:9-266:4, 288:2-11, 291:9-14, 291:24-292:6, 292:24-

293:7; Chew Tr. 88:13-17, 89:12-19; Am. Compl. ¶¶ 47-52, Exs. 16-21; Monteiro Tr. 170:6-25.

      18.     Learneo provides any educator or publisher ██████████████████████

███████████████████████████. Learneo Decl.

      **RESPONSE:**  Denied. ████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

and CH ignored Post's 2021 demands for full access. Park Tr. 213:9-214:1; Carrigan Ex. 14;

Carrigan Tr. 202:14-203:22; 3/14/23 CH Rog Resp. at Rog 7; Am. Compl. ¶¶ 47-52, Exs. 16-21.

      19.     As of September 26, 2023, Learneo had provided ████████████████

███████████  Learneo Decl.

**RESPONSE:** Denied as irrelevant and immaterial. CH did not offer ▮▮▮▮ to Post prior to this lawsuit. Park Tr. 291:9-14, 291:24-292:6, 292:24-293:7; 3/14/23 CH Rog Resp. at Rog 7; Am. Compl. ¶¶ 47-52, Exs. 16-21; 5/2/22 Post Rog Resp. at Rog 5.

20.    Learneo has a DMCA takedown process for users to submit take down requests for content on the Course Hero website.  Learneo Decl; Carrigan Tr. 98:17-99:14.

**RESPONSE:** Denied, except admit that CH has an ineffective DMCA takedown process. Post Decl. (CH Website); Park Exs. 26, 29; Park Tr. 255:6-16, 265:9-266:4, 288:2-11, 291:9-14, 291:24-292:6, 292:24-293:7; Chew Tr. 88:13-17, 89:12-19; 10/31/23 CH Rog Resp. at Rog 15; 5/2/22 Post Rog Resp. at Rog 5; Am. Compl. ¶¶ 47-52, Exs. 16-21.

21.    From January through December 2020, Course Hero received ▮▮▮▮▮▮



▮▮▮▮▮▮.  From January through December 2021, Course Hero received ▮▮▮▮▮▮ ▮▮▮▮▮▮.  In 2020 and 2021, it took ▮▮▮▮▮▮ on average for Course Hero to remove content identified pursuant to compliant DMCA requests.  Learneo Decl.

**RESPONSE:** Denied as irrelevant and immaterial. The specific demands submitted by Post with its takedown notices on 1/6/21 and 2/24/21 were ignored by CH. Park Exs. 26, 29; Park Tr. 255:6-16, 265:9-266:4, 288:2-11, 291:9-14, 291:24-292:6, 292:24-293:7; Chew Tr. 88:13-17, 89:12-19; 10/31/23 CH Rog Resp. at Rog 15; 5/2/22 Post Rog Resp. at Rog 5; Am. Compl. ¶¶ 47-52, Exs. 16-21; Monteiro Tr. 170:6-25.

22.    At the end of 2021, there were over 95 million documents on the Course Hero website.  The ▮▮▮▮▮ DMCA takedown notices in 2021 represented takedown requests of ▮▮▮ ▮ the documents on the Course Hero website.  Learneo Decl; CH1637987.

**RESPONSE:** Denied as irrelevant and immaterial. Rightsholders cannot police their documents on CH without waiving rights. Discovery revealed more than 47,000 Post documents

residing on the CH website without Post's permission, and despite Post sending multiple takedown demands in 2021. Post has identified 2,342 unique documents amounting to a nearly ▉ rate of infringing documents. Carrigan Ex. 14; Carrigan Tr. 202:14-203:22; Post Decl.; Park Exs. 11, 26, 29; Bauer Tr. 160:18-161:9, 162:13-163:23; CH0000001-CH0193881; CH0213221-CH0478650; 10/31/23 Post Rog Resp. at Rog 22; 10/31/23 CH Rog Resp. at Rog 5.

23.    Post sent two letters to Course Hero in January and February 2021 identifying documents for takedown under the DMCA.  Both times, Course Hero removed the documents identified within eight days of receipt.  CH0193938; CH0193930; CH0479386; CH0479384.

**RESPONSE:** Denied, except admit that Post sent letters in January and February 2021 demanding that certain specific documents be removed, that Post be given full access to the CH site, and that all Post documents be removed. CH ignored those demands for many months, did not offer Post ▬▬▬▬ or otherwise take steps to investigate or address Post's concerns, ultimately forcing Post to file this lawsuit. Park Tr. 255:6-16, 265:9-266:4, 288:2-11, 291:9-14, 291:24-292:6, 292:24-293:7; Park Exs. 26, 29; Chew Tr. 88:13-17, 89:12-19; Am. Compl. ¶¶ 47-52, Exs. 16-21; 10/31/23 CH Rog Resp. at Rog 15; 5/2/22 Post Rog Resp. at Rog 5.

24.    When asked if any Post professors or employees sent a DMCA takedown notice to Course Hero prior to 2021, Post stated, "Not to my knowledge."  Bauer Tr. 69:5-10.

**RESPONSE:** Denied as irrelevant and immaterial. *See* response to ¶ 22.

25.    When asked if Post has ever sent a DMCA takedown request or similar communication asking a website or another company to take down copyrighted materials, other than to Course Hero, Post stated, "I don't think so."  Bauer Tr. 106:7-11.

**RESPONSE:** Denied as irrelevant and immaterial. *See* response to ¶ 22.

26.    When asked if Post takes any steps to proactively monitor or review websites for

infringement of its copyrighted materials, Post stated, "Not to my knowledge." Bauer Tr. 107:7-19.

**RESPONSE:** Denied as irrelevant and immaterial. *See* response to ¶ 22 and counterstatement at ¶ 57 above. Bauer Tr. 19:17-24, 23:6-20, 78:25-80:6, 92:23-94:12; 5/2/22 Post Rog Resp. at Rog 6.

27.    Learneo makes documents on the Course Hero website available to search engines like Google, such that the search engine is able to access and search all content in those documents. Learneo Decl; Wentworth Tr. 83:15-84:5, 89:6-90:20, 127:7-14; 264:8-22.

**RESPONSE:** Denied, except admit that CH gives Google greater access to its document library than rightsholders to drive traffic to its website and increase its revenue. Carrigan Ex. 14; Carrigan Tr. 61:23-62:15, 202:14-203:22; Park Tr. 146:4-8, 147:3-13, 213:9-214:1; Park Ex. 11; Rajendra Tr. 57:13-58:11; Van Horne Tr. 114:18-115:23, 199:23-202:6.

28.    By making the content of documents available, Learneo enables search engines like Google to provide users with search results that direct them to a preview of the document most relevant to their search. Learneo Decl; Wentworth Tr. 205:11-207:23.

**RESPONSE:** *See* response to ¶ 27.

29.    When a user uploads a document to the Course Hero website, the user is prompted to provide identifying information about the document, including the School Name and Course Title. Learneo Decl.

**RESPONSE:** Denied, except admit that CH relies on users to identify certain information about uploaded documents. Post Decl.; 10/31/23 CH Rog Resp. at Rog 5; CH1714385; CH0479467; CH0479409.

30.    When a user views a document on the Course Hero website (whether locked or

unlocked), Course Hero displays the School Name, Course Title, and Uploader associated with the document.  Learneo Decl; Am. Compl., Dkt. Nos. 31-02-31-07 (Exs. 1-6).

**RESPONSE:** *See* response to ¶ 29.

31.    The Course Hero website has a search bar that a user can use to search for documents by search term.  The search can be narrowed by school name.  Learneo Decl.

**RESPONSE:** Denied, except admit that the CH website has a search bar, but without unlocks users can only view partially or fully blurred previews. Park Ex. 11; Am. Compl. ¶¶ 27-28, Ex. 6; 5/2/22 CH Rog Resp., 12/16/22 CH Rog Resp., and 10/31/23 CH Rog Resp. at Rog 3.

32.    For documents associated with Post University by the uploader, the Course Hero website displays "Post University" above the document.  Learneo Decl.  Am. Compl., Ex. 1; Monteiro Tr. Ex. 18.

**RESPONSE:** *See* response to ¶ 30.

33.    When asked about the phrase "Post University" displayed above a document on the Course Hero website, Post stated, "the phrase Post University here is clearly stating that this is a Post University document for anyone who is searching that."  Monteiro Tr. 155:22-156:20.

**RESPONSE:** Denied, except admit that CH has a "Post University" tag on its website. Users would need to unlock documents to confirm whether they belong to Post. CH itself mis-identified documents as not having Post copyright management information ("CMI") despite the presence of the Post logo and other obvious identifying information. Post Decl. (CH Website); Carrigan Ex. 14; Carrigan Tr. 202:14-203:22; Kidder Exs. 7, 9-15; Park Tr. (Vol. II) 57:7-61:5; Kidder Report ¶ 19; Kidder Tr. 76:22-84:17, 94:19-95:8; 10/31/23 CH Rog Resp. at Rog 5.

34.    To create a Course Hero account, a user must agree to Course Hero's Terms of Use. Learneo Decl; Wentworth Tr. 105:3-7.

**RESPONSE:** Admitted.

35.     To upload a document to the Course Hero website, a user must agree to Course Hero's Terms of Use.  Learneo Decl; Wentworth Tr. 202:23-203-22.

**RESPONSE:** Admitted.

36.     A Course Hero user must be logged into a Course Hero account to upload a document.  Learneo Decl; Wentworth Tr. 101:16-103:5.

**RESPONSE:** Admitted.

37.     Before a user uploads a document to the Course Hero website, they are provided with a reminder that Course Hero's Terms of Use, Copyright Policy, and Honor Code apply and links to each policy.  Learneo Decl; CH0481253.

**RESPONSE:** Denied, except admit that CH relies on users to certify that they have permission to upload a document. Park Ex. 8; Park Tr. 104:24-105:14; 10/31/23 CH Rog Resp. at Rog 5; Post Decl. (CH Website).

38.     Course Hero's Terms of Use prohibit "uploading or submitting copyright infringing materials[.]"  Carrigan Tr., Ex. 15 at 4.

**RESPONSE:** Denied, except admit that CH relies on users to certify that they have permission to upload a document. *See e.g.,* Carrigan Exs. 16, 24; Carrigan Tr. 136:1-7, 217:11-13, 219:11-220:11, 223:3-224:14, 225:3-24, 289:4-291:10, 304:3-305:25; 10/31/23 Post Rog Resp. at Rog 22; 8/29/23 Post Rog Resp. at Rogs 23-24; Post Decl. (CH Website); Frederiksen-Cross Tr. 281:22-283:5, 315:10-316:6; Myers Tr. 97:20-99:9.

39.     Course Hero's Terms of Use state, "Course Hero does not claim any ownership rights in your Submissions."  Carrigan Tr., Ex. 15 at 3.

**RESPONSE:** Denied as irrelevant and immaterial. CH places a watermark and footer on

downloaded documents and shows its own logo and copyright information alongside uploaded documents, which confuses consumers as to the ownership of the document. Course Hero requires users to grant an extensive non-revocable license to uploaded documents. Wind Report ¶¶ 29-30, 34-35; Wind Re-Tabulations App'x 3b, 3c at figs. 6-7, 9; CH0193902 at 4-5.

40.    By agreeing to Terms of Use, a user uploading content to the Course Hero website "represent[s] and warrant[s] [they] have all rights necessary to do so[.]"  Carrigan Tr., Ex. 15.

**RESPONSE:** *See* response to ¶ 38.

41.    A user who agrees to Course Hero's Terms of Use agrees to the provisions in Course Hero's Copyright Policy and Honor Code.  Carrigan Tr., Ex. 15 at 1; Myers Report ¶ 108; CH0193900; CH1638433.

**RESPONSE:** *See* response to ¶ 38.

42.    Course Hero's Honor Code instructs users not to "[u]pload another person's study materials to Course Hero and claim them as your own[.]"  CH0193900.

**RESPONSE:** *See* response to ¶ 38.

43.    Course Hero's Copyright Policy states, "users are prohibited from uploading or submitting copyright infringing content. In other words, only submit your original work and not works created by someone else without their express authorization."  CH1638433.

**RESPONSE:** *See* response to ¶ 38.

44.    Watermarks are added to downloaded documents to enable Course Hero to identify that the document was downloaded from Course Hero, who it was downloaded by, when it was downloaded, and the document URL.  Learneo Decl.

**RESPONSE:** Denied, except admit that prior to the filing of this lawsuit CH applied diagonal watermarks to downloaded documents which confused consumers. Carrigan Ex. 20;

Carrigan Tr. 253:13-254:12; Wind Report ¶¶ 29-30, 34-35; Wind Re-Tabulations App'x 3b, 3c at figs. 6-7, 9; Am. Compl. ¶¶ 30-34, Exs. 7-11; 3/14/23 CH Rog Resp. at Rog 4.

45.    The purpose of placing HTML overlay banners on the Course Hero website is to encourage users to create an account and/or upload study resources.  Learneo Decl.

**RESPONSE:** Denied, except admit that CH applies overlay banners to document previews, impeding policing by rightsholders. Am. Compl. ¶¶ 20-23, Exs. 1-5.

46.    Certain documents downloaded from the Course Hero website have included metadata that states: (1) the userID of the uploader and downloader of the document; (2) the string "CHDL-UGC-Meta" in the "Keywords" field; and (3) the version of the watermarking software (TCPDF).  Learneo Decl.

**RESPONSE:** Denied, except admit that CH ███████████████████████████ ███████████████████████████ adds new metadata for its own commercial purposes. 3/14/23 CH Rog Resp., 10/31/23 CH Rog Resp., and 1/10/24 CH Rog Resp. at Rog 4.

47.    The string "CHDL-UGC-Meta" is added to the metadata of watermarked documents downloaded from the Course Hero website to ███████████████████████ ██████████████████ Learneo Decl; Wentworth Tr. 149:21-151:3; CH1640994.

**RESPONSE:** *See* response to ¶ 46.

48.    Certain documents downloaded from the Course Hero website have included a diagonal watermark that states, "This study resource was shared via CourseHero.com."  Am. Compl., Dkt. Nos. 31-08-31-12 (Exs. 7-11).

**RESPONSE:** Denied, except admit that prior to this case CH applied a watermark to downloaded documents which confused consumers. Carrigan Ex. 20; Carrigan Tr. 253:13-254:12; Wind Report ¶¶ 29-30, 34-35; Wind Re-Tabulations App'x 3b, 3c at figs. 6-7, 9; Am. Compl. ¶¶

30-34, Exs. 7-11; 3/14/23 CH Rog Resp., 10/31/23 CH Rog Resp., and 1/10/24 CH Rog Resp. at Rog 4; Bauer Tr. 193:19-195:11.

49.     Certain documents downloaded from the Course Hero website have included a footer watermark that states, "This study source was downloaded by [downloader user id] from CourseHero.com on [date and time of download]," followed by a Course Hero URL linking to the document.  Am. Compl., Dkt. Nos 31-08-31-12 (Exs. 7-11); Monteiro Tr. 159:13-160:1.

**RESPONSE:** Denied, except admit that CH adds a footer to documents made available for download. This footer confuses consumers as to the ownership of the documents. Am Compl. Exs. 7-11; Wind Report ¶¶ 29-30, 34-35; Wind Re-Tabulations App'x 3b, 3c at figs. 6-7, 9.

50.     Learneo displays a copyright notice at the bottom of all webpages on its website. Am. Compl., Dkt. Nos. 31-02-31-07 (Exs. 1-6); *see also* https://www.coursehero.com/.

**RESPONSE:** Denied, except admit that CH's use of a copyright notice indicates CH's understanding of the importance and value of protecting intellectual property. The CH copyright notice confuses consumers as to the ownership of the documents. Wind Report ¶¶ 29-30, 32-33; Wind Re-Tabulations App'x 3b, 3c at figs. 6-8; Am. Compl. Exs. 1-6.

51.     At the time Post filed suit, Learneo's Copyright Notice stated, "Copyright © 2021. Course Hero, Inc." Am. Compl., Dkt. Nos. 31-2-31-06, 31-13 (Exs. 1-5, 12).

**RESPONSE:** *See* response to ¶ 50.

52.     Learneo retains online tutors to provide Course Hero users with on-demand 24/7 homework help.  Am. Compl. ¶ 14; Ans. ¶ 14.

**RESPONSE:** Denied as irrelevant and immaterial.

53.     The location of Course Hero webpage bannering on study resources (e.g. Am. Compl. Ex. 1, "Stuck? We have tutors online 24/7 who can help you get unstuck," etc.) is

████████████████████████████ Learneo Decl.

**RESPONSE:** Denied. CH has full control over the source code used to operate its website.

54.    The location of the bannering is determined ████████████████ ████████████████████████████████████ ████████ Learneo Decl.

**RESPONSE:** Denied, except admit that CH ████████████ that, in combination with the blurring of at least some portions of documents and truncation of pages, obstructs the contents of documents. Am. Compl. Exs. 1-6.

55.    The userID of the uploader is a 15-digit identifier Learneo associates with the user who uploaded the document to the Course Hero website.  Learneo Decl.

**RESPONSE:** Denied as irrelevant and immaterial. CH refused to identify in discovery the uploaders of the infringing Post documents and historically has required court orders to provide that information. *See Berkovitz v. Does 1-5*, No. 2:22-CV-01628 (C.D. Cal. 2022).

56.    The userID of the downloader is a 15-digit identifier Learneo associates with the user who downloaded the document to the Course Hero website.  Learneo Decl.

**RESPONSE:** *See* response to ¶ 55.

57.    The string "CHDL-UGC-Meta" stands for "Course Hero Download – User Generated Content – Meta." Learneo Decl.

**RESPONSE:** *See* response to ¶ 46.

58.    ████████████████████████████████████ Learneo Decl.

**RESPONSE:** Denied as irrelevant and immaterial. CH tailors the functionality of ████ ████████ to meet its commercial objectives. Frederiksen-Cross Tr. 118:13-120:4.

59.     Learneo has developed ████████████████████████████████████

████████ : Learneo Decl; Wentworth Tr. 234:12-235:11.

**RESPONSE:** Denied, except admit that CH has developed sophisticated technological

means to ███████████████████████████ . CH0479534; 5/2/22 CH Rog Resp. and

12/16/22 CH Rog Resp. at Rog 6; Wentworth 235:12-21.

60.     A "split" is a segment of a document used to display previews on the Course Hero

website.   Learneo Decl; Wentworth Tr. 199:4-200:13.

**RESPONSE:** Denied, except admit that CH creates "splits" of uploaded documents and

uses those splits to construct previews. CH0479534; CH0479577; Kidder Tr. 30:4-31:12.

61.     Splits are generated ████████████████████████████████████

██████████████████████████████████████ Learneo Decl;

Wentworth Tr. 142:12-143:2; 181:19-182:4; 199:4-204:24; Myers Report ¶¶ 72, 73.

**RESPONSE:** Denied, except admit that CH generates splits to maximize CH's commercial

interests. CH0479534; Am. Compl. ¶¶ 20-27, Exs. 1-6; CH RFA Resp. at RFA 65-70; 5/2/22 CH

Rog Resp. at Rogs 2-3, 5-6; 12/16/22 CH Rog Resp. at Rogs 2-3, 5-6; 5/24/23 CH Rog Resp. at

Rog 2; 10/31/23 CH Rog Resp. at Rogs 3-5; 3/14/23 CH Rog Resp. and 1/10/24 CH Rog Resp. at

Rog 4; Kidder Tr. 30:4-31:12.

62.     Split files are generated ████████████████████████████████

████████████ Learneo Decl.

**RESPONSE:** *See* response to ¶ 61.

63.     Course Hero's upload, preview, unlock, and download processes are performed

████████████████████████████████████████████ Learneo Decl;

Wentworth Tr. 113:19-24; 204:25-205:6.

**RESPONSE:** Denied, except admit that CH exerts full control over the code used to operate its platform and that the functionality of the CH website is designed to maximize CH's commercial interests. Rajendra Tr. 58:24-59:7; CH0479534; CH0479577; Am. Compl. ¶¶ 20-42, Exs. 1-13; CH RFA Resp. at RFA 65-70; 5/2/22 CH Rog Resp. at Rogs 2-3, 5-6; 12/16/22 CH Rog Resp. at Rogs 2-3, 5-6; 5/24/23 CH Rog Resp. at Rog 2; 10/31/23 CH Rog Resp. at Rogs 3-5; 3/14/23 CH Rog Resp. and 1/10/24 CH Rog Resp. at Rog 4.

64.    Course Hero's upload process performs  Learneo Decl; Wentworth Tr. 114:18-119:5; 142:12-143:2; CH0479551 at -552.

**RESPONSE:** Denied, except admit that CH has developed sophisticated technological means ▓▓▓▓▓▓▓▓▓▓ to further CH's commercial interests. CH0479534; 5/2/22 CH Rog Resp. and 12/16/22 CH Rog Resp. at Rog 6; CH0479454.

65.    Course Hero's upload process includes ▓▓▓▓▓▓ ▓▓▓▓▓▓ Learneo Decl.

**RESPONSE:** *See* response to ¶ 61.

66.    The split files generated during the upload process are stored on Course Hero's systems and made available to users in response to a browser request at the preview stage.  Learneo Decl.

**RESPONSE:** Denied, except admit that CH makes specific splits available ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓. CH0479534; CH0479577; 5/2/22 CH Rog Resp. and 12/16/22 CH Rog Resp. at Rogs 2-3; 5/24/23 CH Rog Resp. at Rog 2; 10/31/23 CH Rog Resp. at Rog 3.

67.    When a document is uploaded to the Course Hero website, the original document

is 

Learneo Decl; Carrigan Tr. 158:2-160:3.

**RESPONSE:** Denied as irrelevant and immaterial. ███████████████ ████████████████ users are given access to ███████ document with ███████ ███████ false CMI added. 3/14/23 CH Rog Resp., 10/31/23 CH Rog Resp., and 1/10/24 CH Rog Resp. at Rog 4; Myers Report ¶¶ 72, 79-83.

68.    The Course Hero website ████████████████████ ████████████████ Learneo Decl, Wentworth Tr. 138:18-24.

**RESPONSE:** Denied, except admit that CH understands that metadata can be a tool for rightsholders to police content but ████████████████████████ ████████████. Carrigan Tr. 178:18-21; Chew Tr. 105:2-13, 108:2-11; CH0479534; CH0479577; 3/14/23 CH Rog Resp., 10/31/23 CH Rog Resp., and 1/10/24 CH Rog Resp. at Rog 4; 10/31/23 Post Rog Resp. at Rog 22.

69.    When a user visits a Course Hero webpage with a document preview, the user's browser sends a request to Learneo's servers for that webpage, Learneo's servers send back the HTML and associated files for that webpage, and the webpage is rendered by the user's browser on the user's device.  Learneo Decl.

**RESPONSE:** Denied, except admit that CH creates and displays ████████ previews ████ █████████████. CH0479534; CH0479577; 5/2/22 CH Rog Resp. at Rogs 2-3, 5-6; 12/16/22 CH Rog Resp. at Rogs 2-3, 5-6; 10/31/23 CH Rog Resp. at Rogs 3-5; 3/14/23 CH Rog Resp. and 1/10/24 CH Rog Resp. at Rog 4; 5/24/23 CH Rog Resp. at Rog 2.

70.    The purpose of previews is ████████████████████ ███████████████████████ Learneo Decl.

26

**RESPONSE:** Denied, except admit that ████████████████████████ by offering additional free unlocks. Carrigan Tr. 136:1-7; 10/31/23 CH Rog Resp. at Rog 5.

71.     When a user visits a Course Hero webpage with an unlocked document, the user's browser sends a request to Learneo's servers for that webpage, Learneo's servers send back the HTML and associated files for that webpage, and the webpage is rendered by the user's browser on the user's device. Learneo Decl.

**RESPONSE:** Denied, except admit that CH makes documents available to users in a manner designed to achieve CH's commercial objectives. Post Decl. (CH Website); Kidder Tr. 112:20-113:14; Am. Compl. Ex. 13.

72.     When a user downloads a document from Course Hero, the user's browser sends a request to Learneo's servers for that document, and Learneo's servers send back the document for download. Learneo Decl.

**RESPONSE:** Denied. Ordinarily, CH provides ████████████ the original document, with ████████████████████ false CMI added. 1/10/24 CH Rog Resp. at Rog 4.

73.     When watermarking is added to a downloaded document, ████████████████ ████████████████████████████ Learneo Decl; Carrigan Tr. 170:24-172:23.

**RESPONSE:** Denied, except admit that CH ████████████████████████ to meet its commercial objectives and could have ensured that ████████████████. 1/10/24 CH Rog Resp. at Rog 4; Frederiksen-Cross Tr. 122:2-123:13; Myers Tr. 161:13-21.

74.     Learneo did not become aware that ████████████████████████████ ████████████████ until after the initiation of this lawsuit.  Learneo Decl.

**RESPONSE:** Denied as irrelevant and immaterial. *See* response to ¶ 73.

27

75.     When asked "[o]n a day-to-day basis, does Post use metadata to identify potentially infringing copies of its copyrighted documents," Post responded, "[n]o."  Bauer Tr. 110:14-18.

**RESPONSE:** Denied as irrelevant and immaterial. Post used metadata to identify approximately 500 infringing documents that were missed during an initial visual review. 8/29/23 Post Rog Resp. at Rog 2; 10/31/23 Post Rog Resp. at Rog 22; Monteiro Tr. 170:6-172:4.

76.     When a document preview is displayed on the Course Hero website, the document preview is not provided with any means of downloading, printing, saving, or emailing the document.  Learneo Decl.

**RESPONSE:** Denied. CH has not provided any evidence that its platform prevents users from screenshotting previewed documents or printing the webpage contents.

77.     When asked how the blurring of Post's logo on a document uploaded to the Course Hero website causes harm, Post stated, "I never said the blurring of the Post logo was causing harm."  Monteiro Tr. 153:1-5.

**RESPONSE:** Denied. Post has provided ample evidence of harm. *See generally* Wind Report, Wind Re-Tabulations; Bauer Tr. 192:23-193:18, 194:9-195:11; Monteiro Tr. 139:11-140:16, 141:19-142:10, 144:6-21, 153:7-22, 166:22-167:11, 186:6-21, 188:11-189:10, 197:12-198:10, 198:18-199:3; Schechter Tr. 176:20-178:22.

78.     When asked whether any harm was caused by the fact that Post's logo is blurred in a document uploaded to the Course Hero website, Post stated it "can't specifically tie it to that." Monteiro Tr. 198:11-16; Monteiro Tr., Ex. 18.

**RESPONSE:** *See* response to ¶ 77.

79.     When asked to identify whether a document uploaded to the Course Hero website with Post's logo blurred was a Post document, Post stated, "It's obvious it's a Post document . . . .

I'm not blind."  Monteiro Tr. 155:1-21; Monteiro Tr., Ex. 18.

**RESPONSE:** Denied as irrelevant and immaterial. A single Post faculty member's ability to identify a blurred Post logo is not dispositive of how ordinary users experience the CH site.

80.    When asked whether blurring of Post's logo on a document uploaded to the Course Hero website makes it easier or harder for students to cheat, Post stated, "It's clearly a Post document, okay.  I'm not a moron."  Monteiro Tr. 153:7-24.

**RESPONSE:** *See* response to ¶ 79.

81.    When asked whether harm was caused by the language at the bottom of a document webpage on the Course Hero website that states, "Copyright 2021 Course Hero, Inc.," Post stated it "can't testify to that."  Monteiro Tr. 198:18-199:3, Ex. 18.

**RESPONSE:** Denied as irrelevant and immaterial. CH's copyright notice confuses consumers. Wind Report ¶¶ 29-30, 32-33; Wind Re-Tabulations App'x 3b, 3c at figs. 6-8.

82.    When asked whether harm was caused by the addition of a watermark that identifies a study resource as being "shared via Course Hero," Post stated, "the harm has already been done" and confirmed "the watermark, in fact, makes it easier to figure out where the document came from[.]"  Monteiro Tr. 167:12-168:7.

**RESPONSE:** Denied as irrelevant and immaterial. CH's watermark confuses consumers. Wind Report ¶¶ 29-30, 34-35; Wind Re-Tabulations App'x 3b, 3c at figs. 6-7, 9.

83.    There are 2,342 documents ("Works in Suit" or "WIS") subject to Post's claims under 17 U.S.C. § 1202.  Myers Report, Ex. AAA.

**RESPONSE:** Admitted.

84.    At least 1,036 of the WIS under 17 U.S.C. § 1202 are "student works," i.e., "work that was clearly created by someone not employed by Post University."  Myers Report ¶¶ 190191;

Ex. AAA.

**RESPONSE:** Denied. All documents identified as WIS are the result of Post determining that the documents were works created by Post employees and, therefore, owned by Post. 10/31/23 Post Rog Resp. at Rog 22; Myers Report ¶¶ 190-191; Ex. AAA.

85.     Post does not claim ownership of student works.  Monteiro Tr. 205:6-16; Bauer Tr. 197:7-11, 204:3-7; Moriarty Tr. 180:19-181:4.

**RESPONSE:** Denied. Where documents include both student- and Post-generated content, Post claims ownership over the portion of the document containing Post-generated content. Bauer Tr. 127:9-128:22; 8/29/23 Post Rog Resp. at Rog 22; 10/31/23 Post Rog Resp. at Rogs 23-24.

86.     At least 93 of the WIS under 17 U.S.C. § 1202 are documents owned by Post's subsidiary American Sentinel University ("ASU").  Myers Report ¶ 335; Ex. AAA.

**RESPONSE:** Admitted.

87.     In July 2023, Learneo agreed not to remove certain works in suit from the Course Hero website at Post's request so that the documents could be accessed during expert discovery. Learneo removed those documents after the close of expert discovery.  Learneo Attorney Decl.

**RESPONSE:** Denied as irrelevant and immaterial.

88.     At the time of the allegedly unauthorized preview displays and unlocks, Post had not told Learneo that Post uses its copyright notice to police infringement of its copyright rights.

**RESPONSE:** Denied as irrelevant and immaterial; this misstates copyright law.

89.     At the time of the allegedly unauthorized unlocks and downloads, Post had not told Learneo that Post documents contain Post-identifying metadata.

**RESPONSE:** *See* response to ¶ 88.

90.     At the time of the alleged downloads, Learneo did not believe the accused

watermarks were false CMI.  Learneo Decl.

> **RESPONSE:** Denied. Scienter must be resolved by the finder of fact at trial.

91.    At the time of the alleged downloads, Learneo did not believe the accused metadata was false CMI.  Learneo Decl.

> **RESPONSE:** Denied. Scienter must be resolved by the finder of fact at trial.

92.    At the time of the alleged preview displays and unlocks, Learneo did not believe the website copyright notice was false CMI.  Learneo Decl.

> **RESPONSE:** Denied. Scienter must be resolved by the finder of fact at trial.

93.    At the time of the alleged preview displays, Learneo did not believe the website bannering was false CMI.  Learneo Decl.

> **RESPONSE:** Denied. Scienter must be resolved by the finder of fact at trial.

94.    Learneo has never provided or distributed the alleged false CMI with the intent to induce, enable, facilitate, or conceal infringement of the works in suit.  Learneo Decl.

> **RESPONSE:** Denied. Scienter must be resolved by the finder of fact at trial.

95.    Learneo has never intended to remove or alter any CMI in the works in suit. Learneo Decl.

> **RESPONSE:** Denied. Scienter must be resolved by the finder of fact at trial.

96.    At the time of the allegedly unauthorized uploads, preview displays, unlocks, and downloads, Learneo did not know of CMI in the works in suit.  Learneo Decl.

> **RESPONSE:** Denied. Scienter must be resolved by the finder of fact at trial.

97.    At the time of the allegedly unauthorized uploads, preview displays, unlocks, and downloads, Learneo did not know or have reasonable grounds to know that any CMI in the works in suit had been removed or altered.  Learneo Decl.

**RESPONSE:** Denied. Scienter must be resolved by the finder of fact at trial.

98.    At the time of the allegedly unauthorized uploads, preview displays, unlocks, and downloads, Learneo did not know or have reasonable grounds to know that any of the works in suit were infringing.  Learneo Decl.

**RESPONSE:** Denied. CH admits that it receives ███████ DMCA take down notices each year and has terminated ███████ accounts annually. 5/2/22 CH Rog Resp. at Rog 8; Am. Compl. ¶¶ 47-52, Exs. 16-21.

99.    At the time of the allegedly unauthorized uploads, Learneo did not know or have reasonable grounds to know that creating splits of the works in suit would induce, enable, facilitate, or conceal an infringement of the works in suit.  Learneo Decl.

**RESPONSE:** Denied. Scienter must be resolved by the finder of fact at trial.

100.    At the time of the allegedly unauthorized previews displays, Learneo did not know or have reasonable grounds to know that the display of previews of the works in suit would induce, enable, facilitate, or conceal an infringement of the works in suit.  Learneo Decl.

**RESPONSE:** Denied. Scienter must be resolved by the finder of fact at trial.

101.    At the time of the allegedly unauthorized unlocks, Learneo did not know or have reasonably grounds to know that not displaying metadata on the webpage of the works in suit would induce, enable, facilitate, or conceal an infringement of the works in suit.  Learneo Decl.

**RESPONSE:** Denied. Scienter must be resolved by the finder of fact at trial.

102.    At the time of the allegedly unauthorized downloads, Learneo did not know or have reasonable grounds to know that not including certain metadata with the works in suit would induce, enable, facilitate, or conceal an infringement of the works in suit.  Learneo Decl.

**RESPONSE:** Denied. Scienter must be resolved by the finder of fact at trial.

Dated: September 10, 2024
       New York, New York

Respectfully submitted,

HARRIS ST. LAURENT & WECHSLER LLP

By: */s/ Yonaton Aronoff*
Yonaton Aronoff (*pro hac vice*)
yaronoff@hs-law.com
Alisha L. McCarthy (*pro hac vice*)
amccarthy@hs-law.com
Ashley Robinson (*pro hac vice*)
arobinson@hs-law.com
Jaclyn D. Newman (*pro hac vice*)
jnewman@hs-law.com
40 Wall Street, 53rd Floor
New York, New York 10005
Tel.: 212-397-3370

DILWORTH IP, LLC
Benjamin J. Lehberger (ct26880)
470 James Street, Suite 007
New Haven, CT 06513
blehberger@dilworthip.com
Tel.: 203-220-8496

GETZ BALICH LLC
Timothy Andrew Johnson (ct25383)
10 Waterside Drive, Suite 205
Farmington, CT 06032
tjohnson@getzbalich.com
Tel.: 860-470-4703

*Attorneys for Plaintiff Post University, Inc.*