UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

POST UNIVERSITY, INC.,

        Plaintiff,

    v.

LEARNEO, INC.,

        Defendant.

Case No. 3:21-cv-01242-VDO

NOVEMBER 8, 2024

**DEFENDANT LEARNEO, INC.'S MOTION FOR SUMMARY JUDGMENT**

For the reasons set forth more specifically in Defendant Learneo, Inc.'s ("Learneo") Memorandum of Law and Local Rule 56(a)1 Statement of Undisputed Material Facts in Support of Defendant Learneo, Inc.'s Motion for Summary Judgment, Learneo respectfully moves for summary judgment on the claims in Plaintiff Post University, Inc.'s ("Post") Amended Complaint, ECF No. 31 as detailed below:

- Defendant Learneo is entitled to judgment as a matter of law on Post's Digital Millennium Copyright Act claims brought under 17 U.S.C. § 1202 (Count IV) for lack of standing for all Works in Suit, and at least the works owned by students and Post's subsidiaries;

- Defendant Learneo is entitled to judgment as a matter of law on Post's Digital Millennium Copyright Act claims brought under 17 U.S.C. § 1202 (Count IV) for lack of double scienter;

- Defendant Learneo is entitled to judgment as a matter of law on Post's Digital Millennium Copyright Act claims brought under 17 U.S.C. § 1202(b)(3) (Count IV) against displays of previews on Course Hero because the alleged displays do

**ORAL ARGUMENT REQUESTED**

- 1 -

not constitute an actionable "distribution" under § 1202(b)(3);

- Post's trademark infringement claims brought under 15 U.S.C. §§ 1114 and 1125 (Count V) and false designation of origin claim brought under 15 U.S.C. § 1125 (Count VI) are barred under *Dastar Corp. v. Twentieth Century Fox Film Corp.*, 539 U.S. 23 (2003);

- Post's claims for violation of the Connecticut Unfair Trade Practices Act, unjust enrichment, and common law unfair competition (Counts VII-IX) are preempted by the federal Copyright Act.

This motion is made pursuant to Federal Rule of Civil Procedure 56 and is based on all the pleadings, files, records and proceedings herein, all supporting documents filed with this motion, and the arguments of counsel.  This Motion is filed with permission pursuant to the schedule proposed by the parties in ECF No. 172 and ordered at the pre-filing conference held on October 29, 2024.

//

//

//

//

//

//

//

//

//

//

DEFENDANT LEARNEO, INC.


By:   */s/ Joseph C. Gratz*

Patrick M. Fahey (ct13862)
Pfahey@goodwin.com
Elizabeth H. Buchanan (ct31230)
ebuchanan@goodwin.com
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Telephone:       806-251-5824
Facsimile:       806-251-5219

Joseph C. Gratz (*pro hac vice*)
jgratz@mofo.com
Vera Ranieri (*pro hac vice*)
vranieri@mofo.com
Annie A. Lee (*pro hac vice*)
annielee@mofo.com
Ian Bennett (*pro hac vice*)
ibennett@mofo.com
Justin K. Rezkalla (*pro hac vice*)
jrezkalla@mofo.com
MORRISON & FORESTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone:       415.268.7000
Facsimile:       415.268.7522

Carolyn M. Homer (*pro hac vice*)
cmhomer@mofo.com
MORRISON & FORESTER LLP
2100 L Street, NW, Suite 900
Washington, D.C., 20037
Telephone:       202.887.1500
Facsimile:       202.887.0763

Its Attorneys