UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| POST UNIVERSITY, INC., <br><br>          Plaintiff, <br><br>v. <br><br>LEARNEO, INC., <br><br>          Defendant. | Case No. 3:21-cv-01242-VDO <br><br> December 11, 2024 |

**JOINT MOTION FOR AN ORDER SETTING A BRIEFING SCHEDULE FOR LEARNEO'S MOTION TO EXCLUDE DR. WIND'S EXPERT OPINIONS**

Plaintiff Post University, Inc. ("Post") and Defendant Learneo, Inc. ("Learneo") respectfully move this Court for an Order setting a briefing schedule of Learneo's anticipated motion to exclude the expert opinions of Post expert Dr. Yoram (Jerry) Wind ("Dr. Wind"). The Parties state the following in support of this motion:

1. The Plaintiffs served the Opening Report of Dr. Wind on January 12, 2024, and the Rebuttal Report on April 23, 2024.

2. Learneo intends to move to exclude Dr. Wind's opinions.

3. In its August 26, 2024 Prefiling Conference Letter for Summary Judgment, Learneo stated "[t]he Parties understand Judge Oliver's trial preferences to be that the parties should raise evidentiary challenges made pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) at the time of the Joint Trial Memorandum and motions in limine." ECF No. 151.

4. At the October 29, 2024 Prefiling Conference, the Court stated that it would be amenable "if the parties agree that they perhaps want to carve out an earlier filing date with the

Court's permission for the *Daubert* claim separate from the remainder of the pretrial motions." ECF No. 176.

6. The Parties have since conferred and agree that an earlier filing date for Learneo's motion to exclude Dr. Wind's opinions would further the interests of judicial economy. After taking into account preplanned travel and other conflicts, the Parties have determined a briefing schedule that accommodates both Parties. The Parties understand that advancing the filing date for Learneo's motion to exclude Dr. Wind's opinions would not affect the Parties' abilities to file motions to exclude other expert testimony and evidence at a later date.

6. Accordingly, the Parties respectfully request the Court order the following briefing schedule for Learneo's intended motion to exclude the expert opinions of Dr. Wind:

- Learneo's Motion will be due on January 17, 2025;
- Post's Opposition will be due on February 21, 2025;
- Learneo's Reply will be due on March 14, 2025.

| | |
|---|---|
| PLAINTIFF,<br>POST UNIVERSITY, INC. | DEFENDANT,<br>LEARNEO, INC. |

By: /s/ *Yonaton Aronoff*
Timothy A. Johnson (ct25383)
Getz Balich LLC
10 Waterside Drive, Suite 205
Farmington, CT   06032
(860) 470-4703 Phone
(860) 606-9818 Fax
tjohnson@getzbalich.com

Benjamin J. Lehberger (ct26880)
Dilworth IP, LLC
470 James Street, Suite 007
New Haven, CT 06513
(203) 220-8496 Phone
(203) 293-9176 Fax
blehberger@dilworthip.com

Yonaton Aronoff (*pro hac vice*)
Harris St. Laurent & Wechsler LLP
40 Wall Street, 53rd Floor
New York, NY 10005
(917) 512-9488 Phone
yaronoff@hs-law.com

Its Attorneys

By: /s/ *Annie A. Lee*
Patrick M. Fahey (ct13862)
Pfahey@goodwin.com
Elizabeth H. Buchanan (ct31230)
ebuchanan@goodwin.com
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Telephone: 806-251-5824
Facsimile: 806-251-5219

Joseph C. Gratz (*pro hac vice*)
jgratz@mofo.com
Vera Ranieri (*pro hac vice*)
vranieri@mofo.com
Annie A. Lee (*pro hac vice*)
annielee@mofo.com
Ian Bennett (*pro hac vice*)
ibennett@mofo.com
Justin K. Rezkalla (*pro hac vice*)
jrezkalla@mofo.com
MORRISON & FORESTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

Carolyn M. Homer (*pro hac vice*)
cmhomer@mofo.com
MORRISON & FORESTER LLP
2100 L Street, NW, Suite 900
Washington, D.C., 20037
Telephone: 202.887.1500
Facsimile: 202.887.0763

Its Attorneys