## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

POST UNIVERSITY, INC.,

                Plaintiff,

v.

LEARNEO, INC.,

                Defendant.

Case No. 3:21-cv-01242 (VDO)

## PLAINTIFF POST UNIVERSITY, INC.'S LOCAL RULE 56(A)2
## STATEMENT OF FACTS IN OPPOSITION TO SUMMARY JUDGMENT

**TABLE OF EXHIBITS**

| Ex. # | Short Citation | Description |
|---|---|---|
| 1 | Mooney Report | January 12, 2024 Expert Report of Drew D. Mooney |
| 2 | Wind Report | February 13, 2024 Expert Report Of Professor Yoram (Jerry) Wind |
| 3 | Wind Rebuttal Report | April 23, 2024 Rebuttal Expert Report and Re-Tabulation of Data Presented with Opening Report of Dr. Yoram (Jerry) Wind |
| 4 | Wind Re-Tabulations App'x 3b | Wind Re-Tabulations App'x 3b |
| 5 | Wind Re-Tabulations App'x 3c | Wind Re-Tabulations App'x 3c |
| 6 | Post Website | Post website at the url https://degrees.post.edu/ |
| 7 | CH Website | Course Hero website at the url https://www.coursehero.com/ |
| 8 | CH Website | Course Hero website at the url https://www.coursehero.com/about-us/ |
| 9 | CH Website | Course Hero website at the url https://www.coursehero.com/study-materials/ |
| 10 | CH Website | Course Hero website at the url https://www.coursehero.com/file/245026259/ENG107-Syllabuspdf/ |
| 11 | CH Website | Course Hero website at the url https://www.coursehero.com/plans/ |
| 12 | CH Website | Course Hero website at the url https://www.coursehero.com/copyright-infringement/requirements/ |
| 13 | CH Website | Course Hero website at the url https://www.coursehero.com/register/ |
| 14 | September 27, 2021 Email | September 27, 2021 Email from Timothy Johnson re Good speaking with you re: CourseHero |
| 15 | October, 22, 2022 Letter | October, 22, 2022 Letter from Timothy Johnson re Post University, Inc. v. Course Hero, Inc. (Case No. 3:21-cv-01242) |
| 16 | November 1, 2022 Letter | November 1, 2022 Letter from Timothy Johnson re Post University, Inc. v. Course Hero, Inc. (Case No. 3:21-cv-01242) |
| 17 | November 8, 2022 Letter | November 8, 2022 Letter from Timothy Johnson re Post University, Inc. v. Course Hero, Inc. (Case No. 3:21-cv-01242) |
| 18 | December 23, 2022 Email | December 23, 2022 Email from Annie Lee re Post v. Course Hero - Works in Suit |

| 19 | VOL10.xlsx | Learneo VOL10.xlsx |
|---|---|---|
| 20 | CH1640993 | Document Match_Prod 8 and 10 (CH1640993) |
| 21 | CH1681040 | Prod010 to Prod039 Mapping (CH1681040) |
| 22 | Terms of Use | Course Hero website at the url https://www.coursehero.com/copyright/#/terms-of-use |
| 23 | Myers Report | Expert Report of Monty G. Myers Reissued March 1, 2024 |
| 24 | Myers Report Ex. AAA | Myers Report Ex. AAA |
| 25 | Myers Report Ex. BBB | Myers Report Ex. BBB |
| 26 | Myers Report Ex. CCC | Myers Report Ex. CCC |
| 27 | Myers Report Ex. DDD | Myers Report Ex. DDD |
| 28 | Myers Report Ex. EEE | Myers Report Ex. EEE |
| 29 | Myers Rebuttal Report | April 23, 2024 Expert Report of Monty G. Myers in Rebuttal to Expert Reports of Barbara A. Frederiksen-Cross and Douglas Kidder |
| 30 | - | Figures 3-1, 3-2, and 3-3 |
| 31 | - | Course Hero documents/images provided for Figures 3-1–3-3 |
| 32 | - | original-document.docx |
| 33 | - | Metadata Summary Report of original-document.docx |
| 34 | - | original-document.docx.pdf |
| 35 | - | Metadata Summary Report original-document.docx.pdf |
| 36 | 1.10.24 CH Rog Resp. | Defendant Course Hero, Inc's (Now Known as Learneo, Inc.) Supplemental Responses and Objections to Plaintiff Post University, Inc.'s Interrogatory No. 4 |
| 37 | 3.14.23 CH Rog Resp. | Defendant Course Hero, Inc.'s Supplemental Responses and Objections to Plaintiff Post University, Inc.'s Interrogatories (Nos. 4 & 7) |
| 38 | 5.2.22 CH Rog Resp. | Defendant Course Hero, Inc.'s Responses and Objections to Plaintiff Post University, Inc.'s First Set of Interrogatories |
| 39 | 5.2.22 Post Rog Resp. | Plaintiff's Response to Defendant's First Set of Interrogatories |
| 40 | 8.14.23 CH Am. Rog Resp. | Defendant Course Hero, Inc.'s Amended Responses and Objections to Plaintiff Post University, Inc.'s |

| | | |
|---|---|---|
| | | Second Set of Interrogatories (No. 15) |
| 41 | 8.29.23 Post Rog Resp. | Plaintiff's Supplemental Response to Defendant's Interrogatory No. 2 |
| 42 | 8.29.23 Post Rog Resp. | Plaintiff's Supplemental Responses to Defendant's Fifth Set of Interrogatories (Nos. 23 and 24) |
| 43 | 10.5.22 CH Rog Resp. | Defendant Course Hero, Inc.'s Responses and Objections to Plaintiff Post University, Inc.'s Second Set of Interrogatories (Nos. 10-15) |
| 44 | 10.31.23 CH Rog Resp. | Defendant Course Hero, Inc.'s (Now Known as Learneo, Inc.) Supplemental Responses and Objections to Plaintiff Post University, Inc.'s Interrogatories (Nos. 1-22) |
| 45 | 10.31.23 Post Rog Resp. | Plaintiff's Supplemental Response to Defendant's Fourth Set of Interrogatories (No. 22) |
| 46 | 12.16.22 CH Rog Resp. | Defendant Course Hero, Inc.'s Supplemental Responses and Objections to Plaintiff Post University, Inc.'s First Set of Interrogatories (Nos. 1-9) |
| 47 | Myers Tr. | June 14, 2024 Deposition of Monty G. Myers Excerpts |
| 48 | Bauer Tr. | September 5, 2023 Deposition of Jeremi Bauer, Ph.D. Excerpts |
| 49 | Carrigan Tr. | October 30, 2023 Deposition of Gregor Carrigan Excerpts |
| 50 | Carrigan Ex. 4 | PinPoint Macro Responses (CH1639907-CH1639909) |
| 51 | Carrigan Ex. 7 | CBC Article: "Student-help site Course Hero raises plagiarism, copyright Concerns" |
| 52 | Carrigan Ex. 14 | Course Hero Intellectual Property Protection Initiatives (PDF) (CH0479410-CH0479414) |
| 53 | Carrigan Ex. 15; Park Ex. 11 | Course Hero Terms of Use (CH0193902-CH0193911) |
| 54 | Carrigan Ex. 16 | How to protect your content and identify academic integrity violations on Course Hero (CH0480959) |
| 55 | Carrigan Ex. 17 | Screen capture of "post university copyright" search |
| 56 | Carrigan Ex. 19 | Content paywalling overview (CH0479534) |
| 57 | Carrigan Ex. 20 | Document regarding watermarks (CH1637985-CH1637986) |
| 58 | Carrigan Ex. 24 | PHL203 – Ethics Course Syllabus (CH1361184-CH1361187) |
| 59 | CH RFA Resp. | Defendant Course Hero, Inc.'s Responses and Objections to Plaintiff Post University, Inc.'s First Set of Requests for Admission (Nos. 1-70) |

| 60 | CH0194152 | Course Hero screenshots (CH0194152-CH0194163) |
|---|---|---|
| 61 | CH0194154 | What's the difference between a Premier Membership and a Basic (free) Membership? (CH0194154-CH0194155) |
| 62 | CH0194163 | Account Numbers (2018-2022) (CH0194163) |
| 63 | CH0479409 | Campus Rep Event Presentation – Template (CH0479409) |
| 64 | CH0479454 | Document Upload Processing Overview and Upload Status Meanings (CH0479454-CH0479458) |
| 65 | CH0479467 | How does Course Hero comply with the DMCA? (CH0479467) |
| 66 | CH1637987 | EOY Document Counts Spreadsheet (CH1637987) |
| 67 | CH1714385 | Learneo Copyright Policy (CH1714385- CH1714386) |
| 68 | CH1637988 | PDF OCR in Converter (CH1637988- CH1637989) |
| 69 | CH1637999 | SmartScan v1 Initial Results_Learnings (CH1637999-CH1638003) |
| 70 | CH1641085 | November 11, 2020 Email re Unlimited answer previews for Q&A (CH1641085- CH1641089) |
| 71 | CH1641148 | March 13, 2019 Email re Course Hero Open Deck - March 2019 (CH1641148-CH1641200) |
| 72 | CH1641150 | Growth Board Meeting – Q1 2019 Presentation (CH1641150-CH1641200) |
| 73 | CH1641264 | October 16, 2020 Email re Doc Opt & Graph Update: October 15 (CH1641264- CH1641265) |
| 74 | CH1641339 | August 31, 2017 Meeting Invite re MCQ Finding + Blurring Solutions Meeting (CH1641339) |
| 75 | Chew Tr. | September 25, 2023 Deposition of Christopher Chew Excerpts |
| 76 | Dumont Tr. | September 21, 2023 Deposition of Richard Dumont Excerpts |
| 77 | Dumont Ex. 6 | ACC111 – Financial Accounting Course Syllabus (CH1398894-CH1398899) |
| 78 | Dumont Ex. 11 | Email re Course Hero Internet site (PU0057352-PU0057353) |
| 79 | Frederiksen-Cross Report | January 12, 2024 Expert Report of Barbara A. Frederiksen-Cross |
| 80 | Frederiksen-Cross Tr. | May 20, 2024 Deposition of Barbara A. Frederiksen-Cross Excerpts |
| 81 | Hashimoto Tr. | October 4, 2023 Deposition of Reina Hashimoto Excerpts |
| 82 | Johnson Tr. | August 29, 2023 Deposition of Elizabeth Johnson Excerpts |

| 83 | Jones Tr. | September 19, 2023 Deposition of Elsa Elizabeth Jones Excerpts |
|----|-----------|---------------------------------------------------------------|
| 84 | Kidder Report | January 12, 2023 Expert Report of Douglas Kidder |
| 85 | Kidder Tr. | June 4, 2024 Deposition of Douglas G. Kidder Excerpts |
| 86 | Monteiro Tr. | October 12, 2023 Deposition of Frank Monteiro Excerpts |
| 87 | Monteiro Ex. 3 | PowerPoint Presentation |
| 88 | Park Tr. | August 22, 2023 Deposition of Terry Park Excerpts |
| 89 | Park Ex. 10 | Approval/Deny Guide (CH0479423- CH0479429) |
| 90 | Park Ex. 18 | Email attaching Course Hero Content Management Best Practices (CH0480953- CH0480959) |
| 91 | Park Ex. 23 | Pinpoint: Content Verification Program (CH0479480) |
| 92 | Park Ex. 24 | January 6, 2021 Take Down of Post University Copyrighted Materials (CH0479384- CH0479385) |
| 93 | Park Ex. 25 | February 24, 2021 Take Down of Post University Copyrighted Materials |
| 94 | Park Ex. 26 | January 6, 2021 Take Down of Post University Copyrighted Materials (CH0193937-CH0193944) |
| 95 | Park Ex. 29 | February 24, 2021 Take Down of Post University Copyrighted Materials (CH0193929-CH0193936) |
| 96 | PU0024723 | Excerpt of Post University Catalogue 2021-2022 (PU0023926-PU0024746) |
| 97 | PU0025557 | Excerpt of Post University Catalogue 2022-2023 (PU0024747-PU0025581) |
| 98 | PU0025949 | Excerpt of Post University Catalogue 2019-2020b (PU0025883-PU0026184) |
| 99 | PU0069322 | Post University Student Handbook 2022-2023 (PU0069322-PU0069396) |
| 100 | PU0080908 | Declaration of John L. Hopkins in Support of Response to Office Action (PU0080908-PU0080909) |
| 101 | PU0082064 | Identified Metadata for Post owned Documents (PU0082064-P00082072) |
| 102 | Rajendra Tr. | October 13, 2023 Deposition of Abishek Rajendra Excerpts |
| 103 | Santa Maria Ex. 6 | ENG110 – College Writing Course Syllabus (CH1397068-CH1397071) |
| 104 | Schechter Tr. | September 26, 2023 Deposition of Rich Schechter Excerpts |
| 105 | Schechter Ex. 2 | Post University Brand Guide |

| 106 | Van Horne Tr. | September 13, 2023 Deposition of Stephen Van Horne Excerpts |
|---|---|---|
| 107 | Van Horne Ex. 36 | PitchBook: Course Hero valuation leaps to $3.6B in new round |
| 108 | Wentworth Tr. | September 29, 2023 Deposition of Jason Wentworth Excerpts |
| 109 | Wentworth Ex. 3 | Email re Course Hero Open Deck - March 2019 (CH1641148- CH1641149) |
| 110 | Wentworth Ex. 4 | Course Hero Board Meeting - Q1 2019 (CH1641150-CH1641200) |
| 111 | Wilson Tr. | September 14, 2023 Deposition Transcript of Sandra Wilson (Excerpts) |
| 112 | Dumont Ex. 10 | October 15, 2020 Email re Course Hero Internet site (PU0011528-PU0011529) |
| 113 | Bauer Ex. 8 | Academic Standards Committee Meeting Agenda (PU0001447-PU0001448) |
| 115 | Nesbit Tr. | August 24, 2023 Deposition Transcript of Andrew Nesbit |

## ADDITIONAL MATERIAL FACTS

1.      Post University, Inc. ("Post") is an accredited for-profit higher education institution based in Waterbury, Connecticut. Ex. 48 (Bauer Tr.) at 51:13-14; Ex. 86 (Monteiro Tr.) at 48:17-20; Ex. 6 (Post Website).

2.      Post controls the operations of its wholly-owned subsidiary, American Sentinel Learning Solutions, Inc. ("ALS"), a subsidiary of American Sentinel University, Inc. ("ASU"). Ex. 86 at 24:4-9, 30:24-31:11, 41:5-13; Ex. 87 (Monteiro Ex. 3); Ex. 100 (PU0080908).

3.      Post offers flexible learning opportunities for students of different backgrounds. Ex. 48 at 72:9-10; Ex. 86 at 55:4-56:1, 58:21-59:3; Ex. 104 (Schechter Tr.) at 55:18-57:22, 59:12-60:24; Ex. 6.

4.      Post offers a wide range of undergraduate and advanced degree programs and learning opportunities through the School of Arts and Sciences, the John P. Burke School of Public Service and Education, the Malcolm Baldrige School of Business and, since 2021, the American Sentinel College of Nursing & Health Sciences. Ex. 82 (Johnson Tr.) at 22:18-23:8.

5.      Post is the owner of its course materials and invests in the customization of these materials. Ex. 48 at 117:2-10; Ex. 86 at 139:16-140:16, 197:12-198:10; Ex. 104 at 153:2-155:5, 158:15-159:23, 160:13-161:21.

6.      No Post employee or independent contractor has ownership rights over any materials created in connection with their work for Post. Ex. 48 at 125:16-126:21; Ex. 82 at 58:8-20; Ex. 76 (Dumont Tr.) at 130:7-17; Ex. 98 (PU0025883 at 25949); Ex. 96 (PU0023926 at 24723); Ex. 97 (PU0024747 at 25557).

7.      Post has created almost all educational materials for its students through a uniform "instructional design" process. Ex. 48 at 121:12-122:3, 123:20-24. Instructional design teams work

with subject matter experts and program chairs to develop courses and related course materials, such as syllabi, exams, homework prompts, and practice tests. Ex. 48 at 121:7-122:3, 124:18-125:15, 133:21-134:6; Ex. 82 at 60:20-61:3, 155:2-6; Ex. 83 (Jones Tr.) 61:5-63:13.

8.    The instructional design ensures that Post-authored materials comply with the school's academic standards, and that they can be recognized and trusted based on standardized formatting and CMI specific to Post. Ex. 48 at 134:7-135:5, 136:2-13; Ex. 82 at 60:12-24, 62:8-20, 63:4-14; Ex. 104 at 82:7-83:19. Types of CMI typically applied to Post-owned documents include title, author name, copyright owner name, terms and conditions, identifying numbers or symbols, and/or metadata. Ex. 48 at 136:8-13, 167:2-14, 169:5-15, 212:9-15; Ex. 82 at 63:4-14; Ex. 104 at 78:1-79:4.

9.    Course materials are updated every three years, or more frequently for academic integrity and/or educational purposes. Ex. 86 at 139:11-140:16; Ex. 48 at 137:10-16

10.    Post spends significant amounts each year on its marketing budget, (Ex. 104 at 153:2-13), and has stringent rules around the use of its logo. *Id.* 66:16-67:21; Ex. 105 (Schechter Ex. 2); Ex. 48 at 103:5-105:4.

11.    Post-owned documents are made available through a learning management system and Post's library database, and emails sent to students via faculty and employees—none of which can be accessed without Post-issued login credentials. Ex. 48 at 47:12-50:2; Ex. 111 (Wilson Tr.) at 42:20-43:6. Post's student handbook prohibits the distribution of Post-owned materials without prior authorization by Post. Ex. 99 (PU0069322 at 69342-43). Post's course syllabi routinely include a warning to this effect. Ex. 103 (Santa Maria Ex. 6); Ex. 77 (Dumont Ex. 6).

12.    Post invests in quality materials in order to educate students, and the education Post provides could be devalued if its materials can be copied by other schools, and/or if students can

access a Post education without enrolling in a program. Ex. 86 at 139:11-140:16, 141:16-142:5, 144:6-21, 153:7-24, 161:14-162:1, 183:17-186:21; Ex. 48 at 48:5-11.

13.    It is a direct threat to the unique Post brand when Post-owned materials are distributed without attribution to Post, or when materials that aren't owned by Post are improperly attributed to Post. Ex. 104 at 83:11-19, 87:18-88:23, 116:21-117:12, 176:20-177:24. Unauthorized distribution of Post-owned materials creates serious academic integrity concerns. Ex. 86 at 139:11-140:16, 141:16-142:5; Ex. 48 at 19:13-16, 23:9-20, 24:21-25:8, 35:8-22, 85:16-87:8, 193:1-18.

14.    Defendant Learneo, Inc. ("Learneo" or "Course Hero" or "CH") owns and operates the "Course Hero" website. Ex. 7 (CH Website); Ex. 106 (Van Horne Tr.) at 36:16-37:1; Doc. 89 ("Ans.") ¶ 13; Doc. 99-1 ¶¶ 1-7.

15.    The CH website, started in 2006, purports to offer educational resources to students enrolled at various post-secondary schools. Exs. 7-9 (CH Website).

16.    The "resources" offered by Learneo include millions of school- and course-specific materials created and uploaded by CH users. Ex. 9 (CH Website).

17.    As of September 2021, CH had approximately ███████ users (Ex. 62 (CH0194163)), and as of December 2021, CH hosted approximately ███████ documents uploaded by users (Ex. 66 (CH1637987)) and had a corporate valuation of $3.6 billion. Ex. 106 at 251:13-21; Ex. 107 (Van Horne Ex. 36).

18.    CH uses sophisticated technology and employs many engineers. Ex. 29 (4/23/24 Rebuttal Expert Report of Monty G. Myers) ¶ 74; Ex. 108 (Wentworth Tr.) at 20:23-21:3; 20:10-41:11.

19.    To obtain a student or educator account a user must agree to CH's Terms & Conditions ("T&C's"). Exs. 52-53; Ex. 49 (Carrigan Tr.) at 202:14-203:22; Ex. 88 (Park Tr.) at

146:4-8, 147:3-14, 213:9-214:1; Ex. 44 (10/31/23 CH Rog Resp.) at 2nd Supp. Resp. to Rog 5; Ex. 59 (3/20/23 CH Resp. to Requests for Admission) at RFA 12; Ex. 53 (Carrigan Ex. 15).

20.     CH's T&C's included a jury waiver and limit recovery of damages to the greater of (i) $100 or (ii) the amounts paid by such user to CH during the 12 months preceding a claim. Ex. 88 at 148:4-149:2; Ex. 53 at CH0193908-9.

21.     As of August 2024, Learneo updated its T&C's on the CH website to exclude these terms. Ex. 22 (Updated Terms & Conditions).

22.     The "life cycle" of a document on the CH website consists of upload, preview, unlock, and download. Ex. 23 (3/1/24 Expert Report of Monty G. Myers) ¶¶ 71-84.

23.     Upon upload, a document is scanned by CH's copyright filter. Ex. 80 (Frederiksen-Cross Tr.) at 281:22-283:5; Ex. 52 (Carrigan Ex. 14); Ex. 49 at 206:13-207:11; Ex. 88 at 128:21-25; Ex. 23 ¶¶ 97a, 111-114; Ex. 64 (CH0479454).

24.     The copyright filter scans documents' content for specific words and phrases that must be applied to documents in advance by certain rightsholders. Ex. 80 at 281:22-283:5, 289:22-293:19, 315:4-316:6; Ex. 47 (Myers Tr.) at 97:20-99:9; Ex. 89 (Park Ex. 10); Ex. 52, Exs. 54-55 (Carrigan Exs. 16-17), Ex. 58 (Carrigan Ex. 24); Ex. 49 at 217:11-12, 219:11-220:11, 223:3-7, 223:13-224:13, 225:3-24, 289:4-291:10, 304:3-4, 304:14-305:25; Ex. 108 at 118:9-119:5; Ex. 64.

25.     Materials uploaded to CH by users are maintained behind a paywall. Ex. 23 ¶ 67; Ex. 56 (Carrigan Ex. 19); Ex. 10 (CH Website).

26.     When a user uploads a non-.pdf document it is converted to a .pdf file and then that file is converted to HTML files containing extracted text and images. Ex. 85 (Kidder Tr.) at 30:4-31:12; Ex. 38 (5/2/22 CH Rog Resp.), Ex. 46 (12/16/22 CH Rog Resp.), and Ex. 44 at Rog 2; Ex. 23 ¶¶ 33-34, 72-79, 86-87, 115, 141; Ex. 56; Doc. 182-21 ("Wentworth Decl.") ¶ 21.

27.     Metadata is removed from the document at this stage, in that metadata associated with the uploaded document is not carried over to the HTML files used to show the document to CH users at the later stages of the lifecycle. Wentworth Decl. ¶ 21. CH could easily have written code to ensure that metadata was preserved. Ex. 79 (1/12/24 Expert Report of Barbara A. Frederiksen-Cross Report) ¶¶ 71-85, 89, 94, 97; Ex. 80 at 122:2-123:13; Ex. 29 ¶¶ 76-80; Ex. 47 at 161:13-21.

28.     Then the HTML documents are split into many smaller fragments based on sophisticated criteria created by Learneo and incorporated into the processing software. Ex. 85 at 30:4-31:12; Ex. 38, Ex. 46, and Ex. 44 at Rog 2; Ex. 23 ¶¶ 33-34, 72-77, 86-87, 115, 141; Ex. 56.

29.     Learneo creates blurred versions of the HTML files, which can be assembled in combination to show partially or fully viewed versions of the uploaded documents ("assets"). *See* citations to additional material fact no. 28.

30.     These assets are stored on Learneo's network to create customized views of the uploaded document to show to CH users at the preview stage. *See* citations to additional material fact no. 28.

31.     Website visitors are shown a preview created by CH. Ex. 23 ¶¶ 73-74, 115, 142-146; Ex. 10.

32.     A preview is a modified version of a document in which some or all of the content is intentionally blurred/truncated and metadata is hidden. Wentworth Decl. ¶ 21; Ex. 23 ¶¶ 72, 83. CH blurs portions of documents so that users cannot see the entire document without an unlock token. Ex. 23 ¶¶ 142-146; Ex. 59 at RFA 67-70; Ex. 38, Ex. 46, and Ex. 44 at Rogs 2-3; Ex. 79 ¶ 69; Ex. 85 at 112:20-113:14; Ex. 102 (Rajendra Tr.) at 58:24-59:7.

33.     Learneo creates different versions of previews based on user-specific factors, using

a set of HTML files to show the user a fully-blurred version or a customized, partially blurred version of the uploaded document from which Learneo created those HTML files. Ex. 85 at 30:4-31:12; Ex. 38, Ex. 46, and Ex. 44 at Rog 2; Ex. 23 ¶¶ 33-34, 86-87, 115, 141; Ex. 56.

34.    The text portions of uploaded documents are separated into assets ███████████ ████████████████████████████ Ex. 56; Ex. 108 at 204: 5-12. Then one of every six text segments is shown to a user without an overlaid blurring asset. Ex. 56; Ex. 38 at Rog 2.

35.    Learneo creates different versions of previews, referred to as "splits", Ex. 23 ¶ 144, and for each split, the blurring overlay is omitted from a different portion of the underlying unblurred document. Ex. 85 at 30:4-31:12; Ex. 38, Ex. 46, and Ex. 44 at Rog 2; Ex. 23 ¶¶ 33-34, 86-87, 115, 141, 144; Ex. 56. Even if CMI happens to be shown in the unblurred portion of one split, that CMI will be blurred in all other splits of that document. Ex. 85 at 30:4-31:12; Ex. 38, Ex. 46, and Ex. 44 at Rog 2; Ex. 23 ¶¶ 33-34, 86-87, 115, 141, 144; Ex. 56.

36.    CH displays previews surrounded by CH logos, a CH HTML overlay banner (including CH advertisements), a CH copyright notice, thumbnail images suggesting relevant documents, among other things. Am. Compl. ¶¶ 20-24, 27, Exs. 1-6; Ex. 23 ¶¶ 78, 146, Ex. 10.

37.    A free student accountholder or non-accountholder can view three or four partially blurred previews before CH intentionally displays fully blurred previews. Ex. 85 at 112:20-113:14; Ex. 81 (Hashimoto Tr.) at 171:17-172:15, 172:18-22, 173:4-5, 173:7-21; Ex. 38, Ex. 46, and Ex. 44 at Rog 3; Ex. 56.

38.    A blurred asset is always laid over any images in the documents. Ex. 56; Ex. 49 at 230:11-12, 231:18-25, 235:20-236:20, 237:4-9; Ex. 59 at RFA 67-70.

39.    A fully blurred preview overlays blurred assets over all of the unblurred assets used to re-create the original document in HTML format. Ex. 38 and Ex. 46 at Rog 3; Am. Compl. Ex.

6.

40.     CH intentionally makes the full contents of documents available to Google and other search engines to increase website traffic and generate revenue. Ex. 102 at 57:13-58:11; Ex. 23 ¶¶ 97, 142-144; Ex. 108 at 93:4-94:17.

41.     CH users can unlock a document by purchasing a subscription, paying for one-time document access, or by uploading unique materials. Ex. 23 ¶¶ 38-39, 68, 148; Ex. 11 (CH Website); Ex. 44 at Rog 5. Subscription holders must pay extra for more than 30 unlocks per month. Ex. 23 ¶ 68; Ex. 11; Ex. 61 (CH0194154).

42.     Learneo's business model depends on expanding its library of resources. Ex. 110 (Wentworth Ex. 4) at 2-28; Ex. 108 at 71:2-72:6; 76:15-78:18.

43.     At the unlock stage, a user is shown the document as originally uploaded, and can scroll through the entire document. Ex. 46 and Ex. 44 at Rog 2; Ex. 79 ¶ 70; Ex. 85 at 32:21-25; Am. Compl. ¶ 42, Ex. 13; Ex. 23 ¶ 150. While CMI on the face of the document is visible to the user at this stage, Learneo withholds from view all metadata associated with the document, including metadata fields known to contain CMI (*e.g.*, File Company, File Author, File Last Author, etc.). Am. Compl. Ex. 13; Ex. 29 ¶ 73.

44.     Unlocked documents may be downloaded by the unlocking user. Ex. 79 ¶ 71; Ex. 85 at 33:6-11. In most instances, the user downloading the document is transferred a .pdf version of the document. Ex. 37 (3/14/23 CH Rog Resp.), Ex. 44, and Ex. 36 (1/10/24 CH Rog Resp.) at Rog 4.

45.     Most documents downloaded during the damages period were missing the original metadata (including the "Author" and "Title" fields), and new metadata, a diagonal CH watermark, and CH footer were added. Ex. 23 ¶ 83; Ex. 79 ¶¶ 71-85, 89, 94, 97; Ex. 37 at Rog 4.

46.    The purpose of the additional metadata is to prevent any user from re-uploading the document to CH. Ex. 37 at Rog 4.

47.    Approximately 3 months after the filing of this lawsuit, CH stopped adding a diagonal watermark after this lawsuit was filed. Ex. 49 at 181:13-182:4; Ex. 37 at Rog 4.

48.    Learneo represents that it has a diligent take-down procedure in place under the DMCA. Ex. 90 (Park Ex. 18); Ex. 88 at 154:1-156:10.

49.    Post identified dozens of documents on the CH website and sent DMCA takedown requests on 1/6/21 and 2/24/21. Exs. 94-95. The letters demanded CH remove *all* Post documents from the CH site. *Id.*; Ex. 88 at 41:4-13; Am. Compl. ¶¶ 47-52, Exs. 16-21; Ex. 48 at 23:21-24:10; Ex. 86 at 170:6-172:4; Ex. 39 (5/2/22 Post Rog Resp.) at Rog 6.

50.    The CH compliance personnel assigned to Post's letters (including CH's Compliance Director) did not search for additional Post content on the CH website or escalate the letters (as required by CH policy). Ex. 92-94 (Park Exs. 24-26); Ex. 95; Ex. 88 at 242:5-11, 255:6-16, 262:9-17, 265:9-266:4, 277:22-278:9, 288:2-11, 291:9-14, 291:24-292:6, 292:24-293:7; Ex. 75 (Chew Tr.) at 65:23-66:9, 88:13-17, 89:6-19; Ex. 106 at 36:14-15, 56:15-19, 57:2-10, 58:17-24, 60:1-7, 62:4-13, 63:4-64:5, 75:19-79:25.

51.    PinPoint is a tool created by CH that provides advanced search functionality to rightsholders. Ex. 91 (Park Ex. 23); Ex. 88 at 228:12-230:1. CH does not publicize the tool on its website. Ex. 91; Ex. 88 at 228:12-230:1; Ex. 43 (10/5/22 CH Rog Resp.) at Rogs 10-11; Ex. 44 at Rog 11. PinPoint, and CH's other infringement tools, are made available on an *ad hoc* basis. Ex. 75 at 136:16-18, 136:24-138:6; Ex. 88 at 197:15-198:10. Rightsholders are required to agree to CH's Terms of Use to gain access to PinPoint. Ex. 50 (Carrigan Ex. 4); Ex. 49 at 109:13-110:23. Only approximately ■ rightsholders have ever been offered PinPoint. Ex. 44 at Rog 11.

52.     Post identified 2,342 "unique" infringing documents on the CH platform. Exs. 41-42 (8/29/23 Post Rog Resps.) at Rogs 2, 23, 24; Ex. 84 (1/12/23 Expert Report of Douglas Kidder) ¶ 15; Ex. 23 ¶¶ 120-123, 126-134; Ex. 24 (Myers Report Ex. AAA); Ex. 1 (1/12/24 Expert Report of Drew D. Mooney) ¶¶ 42-44; Ex. 45 (10/31/23 Post Rog Resp.) at Rog 22.

53.     Post has identified hundreds of thousands of separate DMCA violations under 17 U.S.C. §1202(a) and (b). Ex. 23 ¶¶ 3, 175, Ex. 24; Ex. 1 at Exs. 6-9; Ex. 41 at Rog 2.

54.     Post's statutory damages range from approximately $2.1 billion to $33.8 billion pursuant to 17 U.S.C. § 1202. Exs. 24-28; Ex. 1 ¶¶ 69-95, Exs. 6-9.

<u>**POST'S RESPONSES TO LEARNEO'S PRELIMINARY STATEMENT OF FACTS**</u>

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure and Local District Rule 56(a)1, Defendant Learneo, Inc. ("Defendant" or "Learneo") offers the following undisputed facts in support of its motion for summary judgment:

**A.      The Course Hero Website and Its Copyright Policies**

1.      The Course Hero website, www.CourseHero.com, is an online educational platform.  Wentworth Decl. ¶ 8.

**RESPONSE:** Denied, except admit that the Course Hero website "*purports* to offer educational resources". Exs. 8-9 (CH Website); Ex. 60 (CH0194152). Learneo neither controls the type of content nor verifies the source of the content uploaded to the Course Hero website. Ex. 51 (Carrigan Ex. 7) at 3; Ex. 49 at 122:24-128:8; Ex. 65 (CH0479467) ("We rely on copyright holders and our users to flag any alleged copyright infringement so that we may promptly investigate…").

2.      The Course Hero website offers users—students and educators—access to a library of study resources uploaded by other users.  Course Hero also offers study guides and videos, practice problems, and 24/7 access to tutors.  ECF No. 31 ("Am. Compl.") ¶ 14; ECF No. 89 ("Ans.") ¶ 14; Wentworth Decl. ¶ 8.

**RESPONSE:** Denied as irrelevant and immaterial, except admit that CH incentivizes users to upload documents to the CH website. *See* Ex. 23 ¶ 67; Ex. 10; Exs. 109-110 (Wentworth Exs. 3, 4).

3.      To create a Course Hero account or upload a document, a user must agree to Course Hero's Terms of Use, Copyright Policy, and Honor Code, which are linked at the bottom of every Course Hero webpage and provided again each time a user uploads a document. Wentworth Decl. ¶¶ 9, 11.

**RESPONSE:** Denied, except admit that CH relies on users to certify that they have permission to upload a document. *See e.g.,* Exs. 53-54; Ex. 49 at 204:8-10; 217:11-13; Ex. 115 (Nesbit Tr.) at 34:9-16, 34:25-35:5.

4.      By agreeing to the Terms of Use, users "represent and warrant [they] have all rights necessary" to upload a document and that "Course Hero shall not need to obtain any licenses, rights, consents, or permissions from, or make any payments to, any third party[.]" Ex. R at *04 (Terms of Use).

**RESPONSE:** *See* response to ¶ 3.

5.      By agreeing to the Copyright Policy, users represent that they "own the copyrights to the Content or have express permission from the copyright owners to use and upload the Content," that their upload "will not violate any law, regulation, or ethics code, including [their] school's academic integrity policy," and that their upload "will not violate Course Hero's Terms of Use, Honor Code, or this Copyright Policy." Ex. S at *33-34 (Copyright Policy).

**RESPONSE:** *See* response to ¶ 3.

6.      Under the Terms of Use, a user grants Learneo "a non-exclusive license to translate, modify, store, edit, display, perform, reproduce, distribute" their uploads. Ex. R at *05 (Terms of Use).

**RESPONSE:** *See* response to ¶ 3.

7.      The Terms of Use states, "Course Hero does not claim any ownership rights in your Submissions. After submitting your Submissions to the Service, you continue to retain all ownership rights in such Submissions, subject to the licenses granted below, and you continue to have the right to use your Submission in any way you choose." Ex. R at *04-05 (Terms of Use).

**RESPONSE:** *See* response to ¶ 3. Additionally, denied as irrelevant and immaterial. CH

places a watermark and footer on downloaded documents and shows its own logo and copyright information alongside uploaded documents, which confuses consumers as to the ownership of the document. Ex. 23 ¶ 83; Ex. 79 ¶¶ 71-85, 89, 94, 97; Ex. 37 at Rog 4; Ex. 2 (Expert Report Of Professor Yoram (Jerry) Wind) ¶¶ 29-30, 34-35; Ex. 4 (Wind Re-Tabulations App'x 3b), Ex. 5 (Wind Re-Tabulations App'x 3c) at figs. 6-7, 9. Course Hero requires users to grant an extensive non-revocable license to uploaded documents. Ex. 53 at CH0193904-5.

8.     The Honor Code warns that users who misuse the site for cheating will "likely get caught" because Course Hero goes "out of [its] way to make sure" that its materials are analyzed by technologies that scan for plagiarized material in student-submitted work. Ex. T at *901 (Honor Code).

**RESPONSE:** *See* response to ¶ 3.

9.     Learneo has a dedicated compliance team that removes or disables access to all material claimed to be infringing in a 17 U.S.C. § 512(c)-compliant notice.  The compliance team also enforces Learneo's repeat infringer policy and terminates the accounts of repeat infringers. Chew Decl. ¶¶ 4, 11; *see also* Am. Compl. ¶¶ 49, 52, ECF Nos. 31-19, 31-22 (Exs. 18, 21); Ans. ¶¶ 49, 52.

**RESPONSE:** Denied, except admit that CH has an ineffective DMCA takedown process. Ex. 12 (CH Website); Ex. 94 (Park Ex. 26); Ex. 95 (Park Ex. 29); Ex. 88 at 255:6-16, 265:9-266:4, 288:2-11, 291:9-14, 291:24-292:6, 292:24-293:7; Ex. 75 at 88:13-17, 89:12-19; Ex. 44 at Rog 15; Ex. 39 at Rog 5; Am. Compl. ¶¶ 47-52, Exs. 16-21.

10.     Course Hero's Terms of Use directs users to "report potentially infringing content" using its online DMCA form.  Ex. R at *06 (Terms of Use).

**RESPONSE:** *See* response to ¶ 3.

11.      In 2020 and 2021, Learneo removed content on Course Hero pursuant to compliant DMCA requests ███████████ on average.  Chew Decl. ¶ 5.

**RESPONSE:** Denied as irrelevant and immaterial. The additional demands submitted by Post with its takedown notices on 1/6/21 and 2/24/21 were ignored by CH. *See* Response to ¶ 9; Ex. 86 at 170:6-25.

12.      In 2021, users uploaded about ███████ documents to Course Hero, bringing the total document count on the website to over ███████. In 2021, Course Hero received ███████ DMCA takedown notices.  Accordingly, for every ██████ documents uploaded, Course Hero received only ███████ takedown request.  Chew Decl. ¶ 5.

**RESPONSE:** Denied as irrelevant and immaterial, except admit that rightsholders cannot meaningfully police their documents because CH provides limited access to rightsholders (*e.g.,* only 30 documents per month with a subscription; and must first waive certain material rights and damages to gain access to documents. Ex. 88 at 208:4-9; Ex. 38, Ex. 46, and Ex. 44 at Rog 1; Ex. 49 at 202:14-203:22; Exs. 52-53. Also admit that the percentage of infringing materials on the CH website are significantly higher than asserted by CH. Learneo produced approximately 36,000 documents on the CH website that were tagged as being associated with either Post or American Sentinel University. Johnson Decl. ¶¶ 24, 27, 43 After review, Post identified over 6,000 documents to be removed from the CH website. Johnson Decl. ¶¶ 27, 43. This amounts to an approximately 15% rate of documents on the CH website; a rate approximately 15,000 times greater than that stated by Learneo. Johnson Decl. ¶ 43. CH ignored two (2) letters sent by Post requesting access to content behind the CH paywall. *See* Response to ¶¶ 9, 11. Post also undertook an extensive effort to identify matching documents in an effort to either locate the original document on the Post network using both visual and metadata review, resulting in a total of 2,342

unique documents (or 6%) being identified as Works in Suit. Johnson Decl. ¶ 44. This amounts to a rate 6,000 times greater than that stated by Learneo. Johnson Decl. ¶ 44. Exs. 94-95; Ex. 48 at 160:18-161:9, 162:13-163:23; Ex. 45 at Rog 22; Ex. 44 at Rog 5.

**B.    Accessing Documents on Course Hero**

13.    Users of Course Hero can search for documents by school, course, and type of document.  Wentworth Decl. ¶ 12.

**RESPONSE:** Denied, except admit that CH relies on users to identify certain information about uploaded documents and does not verify such information. Ex. 44 at Rog 5; Ex. 67 (CH1714385); Ex. 63 (CH0479409); Ex. 51 at 3; Ex. 49 at 122:24-128:8; Ex. 65 ("We rely on copyright holders and our users to flag any alleged copyright infringement so that we may promptly investigate…"). Also admit that the CH website has a search bar, but without unlocks users can only view partially or fully blurred previews and therefore cannot meaningfully police their intellectual property. Ex. 53; Am. Compl. ¶¶ 27-28, Ex. 6; Ex. 38, Ex. 46, and Ex. 44 at Rog 3.

14.    Users can also search the full text of the documents for keywords and phrases using Course Hero's search tool or external search engines like Google because Learneo makes the full text of all documents searchable.  Wentworth Decl. ¶ 13; Ex. J at 24:25-26:5 (Bauer Tr.).

**RESPONSE:** Denied, except admit that the CH website has a search bar, but without unlocks users can only view partially or fully blurred previews. Ex. 53; Am. Compl. ¶¶ 27-28, Ex. 6; Ex. 38, Ex. 46, and Ex. 44 at Rog 3. Further, admit that CH gives search engines such as Google greater access to its document library than rightsholders to drive traffic to its website and increase its revenue. Ex. 49 at 61:23-62:15; Ex. 88 at 213:9-214:1; Ex. 102 at 57:13-58:11; Ex. 106 at 114:18-115:24, 200:4-202:6.

15.     User-uploaded study resources are "locked" by default on Course Hero.  Am. Compl. ¶ 40; Ans. ¶ 40; Wentworth Decl. ¶ 14.

**RESPONSE:** Denied, except admit that CH creates and displays partially or fully blurred and truncated previews of documents to users depending on the status of each user at the time the user attempts to access a preview. Ex. 56; Ex. 10; Am. Compl. Exs. 1-6. CH blurs all images (*i.e.*, logos) in its previews. Ex. 49 at 231:18-25, 235:20-236:18, 237:4-9.

16.     A user must use an "unlock" to view or download a full "unlocked" document. Am. Compl. ¶ 40, ECF No. 31-14 (Ex. 13); Ans. ¶ 40; Wentworth Decl. ¶¶ 14-15.

**RESPONSE:** Denied, except admit that a user may only unlock a document if s/he has unused unlock tokens. Ex. 23 ¶148. Non-members cannot unlock *any* documents. Ex. 23 ¶148. Unlocked documents are displayed on a CH-created unique webpage and do not display the original document metadata. Am. Compl. Ex. 13; Am. Compl. ¶ 42.

17.     A document that has been unlocked on the Course Hero website shows the original contents on the face of the document exactly as it was uploaded.  Wentworth Decl. ¶ 15; Am. Compl. ¶ 40, ECF No. 31-14 (Ex. 13); Ans. ¶ 40.

**RESPONSE:** *See* response to ¶ 16.

18.     A document that has been downloaded from the Course Hero website is identical to the document as it was uploaded, except for the potential addition of Course Hero's watermarks and change of file type (*e.g.*, Word to PDF).  Wentworth Decl. ¶ 15; Am. Compl. ¶¶ 30-34, ECF Nos. 31-08-31-12 (Exs. 7-11); Ans. ¶¶ 30-34.

**RESPONSE:** Denied, except admit that CH removes the original metadata from uploaded documents made available for download and adds new metadata for its own commercial purposes. Ex. 37, Ex. 44, and Ex. 36 at Rog 4. Further, admit that prior to this case CH applied a watermark

to downloaded documents which confused consumers. Ex. 57 (Carrigan Ex. 20); Ex. 49 at 253:13-254:12; Ex. 4; Ex. 5 at figs. 6-7, 9; Am. Compl ¶¶ 30-34, Exs. 7-11; Ex. 37, Ex. 44, and Ex. 36 at Rog 4; Ex. 48 at 193:19-195:11. Also admit that CH adds a footer to documents made available for download. This footer confuses consumers as to the ownership of the documents. Am Compl. Exs. 7-11; Ex. 2 ¶¶ 29-30, 34-35; Ex. 4; Ex. 5 at figs. 6-7, 9.

19.      Before a document is unlocked, the user is shown a preview of the document so they can confirm what they are unlocking before they unlock it.  Am. Compl. ¶¶ 18, 20, ECF No. 31-2 (Ex. 1); Ans. ¶¶ 18, 20; Ex. D ¶ 73 (Myers Op. Report); Wentworth Decl. ¶ 17.

**RESPONSE:** Denied, except admit that CH creates and displays partially or fully blurred and truncated previews of documents to users depending on unique characteristics of such users. CH blurs all images (*i.e.*, logos) in its previews. Ex. 56; Ex. 49 at 231:18-25, 235:20-236:20, 237:2-9; Ex. 10; Am. Compl. Exs. 1-6; Ex. 59 at RFA No. 67-70; Ex. 44 at Rog 5. Further, denied because scienter must be resolved by the finder of fact at trial.

20.      A preview shows an excerpt of the document approximately half a page long with other portions blurred and other pages left off.  Wentworth Decl. ¶ 17; Am. Compl. ¶ 21, ECF No. 31-3 (Ex. 2); Ans. ¶ 21.

**RESPONSE:** *See* Response to ¶ 19. Also admit that fully blurred previews are displayed to a user who has already viewed three or four partially blurred previews. Ex. 46 at Rog 3.

21.      Users can obtain unlocks by uploading their own study resources to the website, paying a subscription fee, or purchasing unlocks à la carte.  Am. Compl. ¶¶ 43-44; Ans. ¶¶ 43- 44; Ex. D ¶¶ 64, 68 (Myers Op. Report); Wentworth Decl. ¶ 14.

**RESPONSE:** Denied, except admit that users who want more unlocks can only obtain them by uploading documents or paying a fee. Ex. 49 at 136:1-7; Am. Compl. Ex. 14; Ex. 11; Ex.

61.

22.       Educators are given free unlocks each month.  Wentworth Decl. ¶ 14.

**RESPONSE:** Denied, except admit that verified educators (*i.e.*, not institutions such as Post) who agree to CH's Terms of Use may obtain Educator accounts. Ex. 49 at 202:14-203:22; Ex. 88 at 146:4-8, 147:3-13, 291:9-14, 291:24-292:6, 292:24-293:7; Ex. 59 at RFA 12; Ex. 40 (8/14/23 CH Am. Rog Resp.) at Rog 15; Ex. 39 at Rog 5; Ex. 13 (CH Website).

23.       Every display of a document on Course Hero—locked or unlocked—is accompanied by the name of the school and the title of the course that the document relates to, and the uploader username.  The uploader generally identifies this information about the document. Wentworth Decl. ¶ 16; *see, e.g.*, Am. Compl. ¶ 20, ECF No. 31-02 (Ex. 1); Ans. ¶ 20.

**RESPONSE:** *See* response to ¶ 13.

**C.      The Copyright Notice, Watermarks, Metadata, and Banners**

24.       Learneo displays a copyright notice in the bottom corner of the Course Hero website.  Am. Compl., ECF Nos. 31-02 through 31-07 (Exs. 1-6); *see also* https://www.coursehero.com/; Wentworth Decl. ¶ 24.

**RESPONSE:** Denied, except admit that CH's use of a copyright notice indicates CH's understanding of the importance and value of protecting intellectual property. The CH copyright notice confuses consumers as to the ownership of the documents. Ex. 2 ¶¶ 29-30, 32-33; Ex. 4; Ex. 5 at figs. 6-8; Am. Compl. Exs. 1-6.

25.       At the time Post filed suit, Learneo's Copyright Notice stated, "Copyright © 2021. Course Hero, Inc."  Am. Compl., ECF Nos. 31-02 through 31-07, 31-13 (Exs. 1-6, 12); Wentworth Decl. ¶ 24.

**RESPONSE:** *See* response to ¶ 24.

26.     Learneo     employees     authored     the     Course     Hero     website     at
https://www.coursehero.com/.  Wentworth Decl. ¶ 5.

**RESPONSE:** Denied as irrelevant and immaterial.

27.     Only certain documents downloaded from the Course Hero website have included
a footer watermark that states, "This study source was downloaded by [downloader user id] from
CourseHero.com on [date and time of download]," followed by a Course Hero URL linking to the
document.  Am. Compl. ¶¶ 30-34, ECF Nos. 31-08 through 31-12 (Exs. 7-11); Ans. ¶¶ 30-34;
Wentworth Decl. ¶ 26.

**RESPONSE:** Denied, except admit that CH adds a footer to documents made available for
download. This footer confuses consumers as to the ownership of the documents. Am Compl. Exs.
7-11; Ex. 2 ¶¶ 29-30, 34-35; Ex. 4; Ex. 5 at figs. 6-7, 9.

28.     Only certain documents downloaded from the Course Hero website have included
a diagonal watermark that states, "This study resource was shared via CourseHero.com." Am.
Compl. ¶¶ 30-34, ECF Nos. 31-08 through 31-12 (Exs. 7-11); Ans. ¶¶ 30-34; Wentworth Decl. ¶
26.

**RESPONSE:** Denied, except admit that during the applicable time period and prior to this
case being filed CH applied a watermark to downloaded documents which confused consumers.
Ex. 57; Ex. 49 at 253:13-254:12; Ex. 4; Ex. 5 at figs. 6-7, 9; Am. Compl. ¶¶ 30-34, Exs. 7-11; Ex.
37, Ex. 44, and Ex. 36 at Rog 4; Ex. 48 at 193:19-195:11.

29.     Only certain documents downloaded from the Course Hero website have included
metadata stating (1) the userID of the uploader and downloader of the document; (2) the string
"CHDL-UGC-Meta" in the "Keywords" field, which stands for "Course Hero Download–User
Generated Content–Meta"; and (3) the version of the watermarking software that Course Hero uses

(TCPDF).  Wentworth Decl. ¶ 28; *see, e.g.*, Ex. U (CH1640994).

**RESPONSE:** Denied, except admit that CH removes the original metadata from uploaded documents made available for download and adds new metadata for its own commercial purposes. Ex. 37, Ex. 44, and Ex. 36 at Rog 4.

30.    The userIDs in the watermarks and metadata of a downloaded document are the userIDs associated with the users who uploaded and downloaded the document.  Wentworth Decl. ¶ 29.

**RESPONSE:** Denied as irrelevant and immaterial. CH refused to identify in discovery the uploaders of the infringing Post documents and historically has required court orders to provide that information. *See Berkovitz v. Does* 1-5, No. 2:22-CV-01628 (C.D. Cal. 2022).

31.    Learneo displays banners on the Course Hero website, *e.g.*, "Upload your study docs or become a Course Hero member to access this document / Continue to access," "Need the answer? / [#] tutors online. Answers in as fast as 15 minutes. / Get it – with an explanation." Wentworth Decl. ¶ 31; *see, e.g.*, Am. Compl. ¶ 20, ECF No. 31-02 (Ex. 1); Ans. ¶ 20.

**RESPONSE:** Denied, except admit that CH applies overlay banners to document previews, which, in fully blurred previews, covers a large portion of the document, thus impeding policing by rightsholders. Am. Compl. ¶¶ 20-23, Exs. 1-6.

32.    Learneo believes and has always believed the statements on the Course Hero website and user-downloaded documents, including the copyright notice, the watermarks and metadata added to downloaded documents, and the banners, to be true.  Wentworth Decl. ¶ 33.

**RESPONSE:** Denied. Scienter must be resolved by the finder of fact at trial.

33.    The purpose of adding the copyright notice on the Course Hero website was to claim Learneo's ownership over its own website and to prevent others from infringing on

Learneo's copyrights.  Wentworth Decl. ¶ 25.

**RESPONSE:** Denied. Scienter must be resolved by the finder of fact at trial.

34.    The purpose of adding watermarks and metadata to certain downloaded documents was to convey truthful information about the document and where it came from, not to falsely hold out user-uploaded documents as Learneo's own, and to enable downloaded documents to be traced back to Course Hero and to prevent unapproved uses of those documents. Wentworth Decl. ¶ 34.

**RESPONSE:** Denied. Scienter must be resolved by the finder of fact at trial.

35.    The purpose of adding the text "CHDL-UGC-Meta" to the metadata of certain downloaded documents was ██████████████████████████████ ████████████████████ Wentworth Decl. ¶ 30.

**RESPONSE:** Denied. Scienter must be resolved by the finder of fact at trial.

36.    The purpose of adding banners to the Course Hero website is to help users take advantage of Course Hero's offerings, for example, to explain to users the steps they would need to take to unlock documents and to make users aware of Course Hero's tutoring services. Wentworth Decl.  ¶ 32.

**RESPONSE:** Denied. Scienter must be resolved by the finder of fact at trial.

37.    The reasons for adding the copyright notice to the Course Hero website, the watermarks to downloaded documents, the metadata to downloaded documents, and the banners to the Course Hero website were not to induce, enable, facilitate, or conceal infringement. Wentworth Decl. ¶¶ 25, 30, 32, 34, 35.

**RESPONSE:** Denied. Scienter must be resolved by the finder of fact at trial.

D.        **Course Hero's Processing of Documents**

38.        For every user-uploaded document made available on Course Hero, Course Hero's software acts the same—it does not operate differently on parts of the document that could constitute copyright management information ("CMI") versus other parts of the document. Wentworth Decl. ¶ 22.

**RESPONSE:** Denied as irrelevant and immaterial. CH tailors the functionality of third-party software to meet its commercial objectives. Ex. 80 at 118:13-120:4. Also admit that CH's software creates, on average, 107 assets—blurred and unblurred—at the time a document is uploaded. Johnson Decl. ¶ 48. The blurred assets effectively alter every piece of information (text and images), thereby creating a blurred asset for every piece of visible CMI in every document uploaded. Ex. 85 at 30:4-31:12; Ex. 38, Ex. 46, and Ex. 44 at Rog 2; Ex. 23 ¶¶ 33-34, 86-87, 115, 141; Ex. 56.

39.        Learneo watermarks documents upon download using a third-party software called TCPDF, which, by default, does not retain the original file metadata.  Wentworth Decl. ¶ 23; Ex. O at 162:13-163:6 (Myers Tr.); Ex. W ¶ 17(9) (Fredericksen-Cross Report).

**RESPONSE:** *See* response to ¶ 38.

40.        At most, 170 of the Works in Suit were affected by TCPDF's failure to retain metadata. Ex. F (Myers Op. Report, Ex. EEE).  Metadata is retained in the downloaded versions of many document types and sizes on the Course Hero website (*e.g.*, Excel, and Word, PowerPoint, and PDF documents above a certain size).  Wentworth Decl. ¶ 23.

**RESPONSE:** Denied. Post's expert, Mr. Drew Mooney, shows that those documents were, as a whole, distributed to users a total of 320 times. Ex. 1 at Ex. 9. *See also* response to ¶ 38

41.        Metadata is hidden data about a file that is not visible to a user unless a user

explicitly directs a program to display the information. Ex. W ¶¶ 18, 19, 24 (Fredericksen-Cross Report); Ex. G ¶¶ 17-28 (Myers Rebuttal Report); Ex. O at 223:3-15 (Myers Tr.).

**RESPONSE:** Deny as irrelevant and immaterial. Courts have routinely upheld that CMI in metadata falls squarely within the protection of 1202.

42.    Learneo was not aware that TCPDF removes the original file metadata during the watermarking process until it was revealed during discovery in this case and has never intended to remove the original metadata of user-uploaded documents. Wentworth Decl. ¶ 23.

**RESPONSE:** Denied, except admit that Learneo continues to remove the original metadata from documents uploaded by users to the Course Hero website. Myers Decl. ¶¶ 14-23. Further denied as irrelevant and immaterial. *See* response to ¶ 38.

43.    Learneo has never intended to remove or believed it was removing metadata by not displaying the metadata of user-uploaded documents on the Course Hero website. Wentworth Decl. ¶ 21.

**RESPONSE:** Denied. Scienter must be resolved by the finder of fact at trial. Also, denied because contradicted by Learneo's statement where it has admitted that it "does not use metadata to provide information to users on its website because Learneo does not believe that displaying metadata (which is normally hidden from view) adds value to the user experience." Wentworth Decl. ¶ 21.

44.    Learneo has never intended to remove or believed it was removing CMI from user-uploaded documents. Wentworth Decl. ¶ 45.

**RESPONSE:** Denied. Scienter must be resolved by the finder of fact at trial.

**E.    Additional Tools for Rightsholders to Protect Their Intellectual Property**

45.    When a document is uploaded, the Course Hero software performs an automatic

copyright check that rejects documents that contain certain copyright-related terms, symbols, and phrases.  Wentworth Decl. ¶ 37.

**RESPONSE:** Denied. CH employs only a rudimentary keyword filter to screen for certain limited words and phrases added by CH engineers over time. Ex. 80 at 281:22-283:5, 315:10-316:6; Ex. 47 at 97:20-99:9; *see e.g.*, Exs. 54-55, 58; Ex. 49 at 217:11-13, 219:11-220:11, 223:3-7, 223:13-224:13, 225:3-24, 289:4-291:10, 304:3-4, 304:14-305:25. Further, admit that CH's filtering tool only detects certain specific phrases, and those phrases will not be flagged by the filter unless they are contained verbatim in an uploaded document (and perhaps not even then). Ex. 80 at 281:22-283:5, 315:10-316:6; Exs. 54-55, 58; Ex. 49 at 217:11-13, 219:11-220:11, 223:3-7, 223:13-224:13, 225:3-24, 289:4-291:10, 304:3-4, 304:14-305:25.

46.     Where appropriate, Learneo offers free unlocks and instructs rightsholders to add the phrase "This content is protected and may not be shared, uploaded, or distributed" to their documents for automatic filtering.  Chew Decl. ¶ 13; Ex. V (CH0480959).

**RESPONSE:** Denied. CH offers limited unlocks to educators and publishers on a discretionary, *ad hoc* basis, and access requires consent to Course Hero's Terms of Use. CH has produced no evidence of providing unlimited, "terms free" unlocks to an educator or publisher, and CH ignored Post's 2021 demands for full access. Ex. 88 at 213:9-214:1; Ex. 52; Ex. 49 at 202:14-203:22; Ex. 37 at Rog 7; Am. Compl. ¶¶ 47-52, Exs. 16-21. Further Denied as irrelevant and immaterial because CH did not offer free unlocks to Post prior to this lawsuit. Ex. 88 at 291:9-14, 291:24-292:6, 292:24-293:7; Ex. 37 at Rog 7; Am. Compl. ¶¶ 47-52, Exs. 16-21. The flyer referenced in Exhibit V attached to Learneo's motion for summary judgment was (and is still not) public, and was not provided to Post following Post's January and February 2021 takedown letters. Post was only aware of this flyer after the lawsuit was filed. Johnson Decl. ¶¶ 19-21.

47.    Learneo may also offer rightsholders access to its "Pinpoint" tool, which was created by Learneo to help rightsholders police their content. Chew Decl. ¶ 14; Wentworth Decl. ¶ 12.

**RESPONSE:** Denied as irrelevant and immaterial. The PinPoint tool is offered on an *ad hoc* basis by CH's Director of Compliance Terry Park, has only been offered to approximately ▮ users *ever*, requires an account holder to agree to Course Hero's Terms of Use, was not offered to Post prior to the filing of this lawsuit. Ex. 75 at 136:16-18, 136:24-138:7; Ex. 50; Ex. 49 at 109:13-110:23; Ex. 88 at 197:15-198:10, 297:1-299:18; Ex. 37 at Rog 7; Ex. 43 at Rog 11; Ex. 44 at Rogs 11, 15. Additionally, PinPoint was not offered to Post prior to this lawsuit, despite CH's receipt of two letters from Post demanding access to the CH site. Ex. 88 at 297:1-299:20; Ex. 94-95; Am. Compl. ¶¶ 47-52, Exs. 16-21; Ex. 40 at Rog 15.

48.    Pinpoint allows rightsholders to submit bulk takedown notices. Pinpoint also allows rightsholders to upload their copyrighted content to Course Hero's backend, not accessible to other users; Pinpoint then identifies duplicates across Course Hero's library and prevents future uploads of matching content. Chew Decl. ¶ 14; Wentworth Decl. ¶ 40.

**RESPONSE:** *See* response to paragraph 47.

49.    Learneo offers a tool called "Claim a Course" to all educator accounts. This tool allows an educator to list themselves as the instructor of record for a course and receive notifications when uploaded documents are associated with that course. Chew Decl. ¶ 16; Wentworth Decl. ¶ 41.

**RESPONSE:** Denied as irrelevant and immaterial. Post has made abundantly clear that it does not want to be in any way affiliated with CH or have any of its materials on the CH website. Exs. 94-95; Ex. 88 at 288:2-11; Ex. 75 at 89:12-19; Am. Compl. ¶¶ 47-52, Exs. 16-21; Ex. 86 at

154:2-25, 170:6-25. Post is not eligible for Claim a Course since it is not an individual educator. Ex. 60.

50.    Learneo offers tools to rightsholders on an ad hoc basis to prevent abuse.  Chew Decl. ¶ 15.

**RESPONSE:** *See* responses to paragraphs 12, 46, 47 and 49.

51.    Pinpoint and Claim a Course each took several months to build by a team of several engineers, and both features continue to be maintained and updated.  Wentworth Decl. ¶ 39.

**RESPONSE:** Denied as irrelevant and immaterial. *See* responses to paragraphs 46, 47 and 49.

52.    Learneo believes the technical and compliance tools and systems it has put in place for Course Hero successfully prevent infringement on its site.  Wentworth Decl. ¶ 42.

**RESPONSE:** Denied. Scienter must be resolved by the finder of fact at trial. *See* also responses to paragraphs 12, 46, 47 and 49.

**F.    Post's Takedown Notices**

53.    On January 6, 2021, Post sent a letter to Learneo seeking the removal of 64 documents pursuant to 17 U.S.C. § 512(c) of the DMCA.  Chew Decl. ¶ 6; Am. Compl. ¶ 47, ECF No. 31-17 (Ex. 16); Ans. ¶ 47.

**RESPONSE:** Denied, except admit that Post sent letters in January and February 2021 demanding that certain specific documents be removed, that Post be given full access to the CH site, and that all Post documents be removed. CH ignored those demands for many months, did not offer Post the PinPoint tool or otherwise take steps to investigate or address Post's concerns, ultimately forcing Post to file this lawsuit. Ex. 88 at 255:6-16, 265:9-266:4, 288:2-11, 291:9-14,

291:24-292:6, 292:24-293:7; Exs. 94-95; Ex. 75 at 88:13-17, 89:12-19; Am. Compl. ¶¶ 47-52, Exs. 16-21; Ex. 44 at Rog 15. Chew admitted he could not remember if he was trained on the escalation of takedown letters. Ex. 75 at 44:8-11.

54.     Learneo removed the documents identified in Post's January 6, 2021 letter from Course Hero and provided written confirmation within a week.  Chew Decl. ¶ 7; Am. Compl. ¶ 49, ECF No. 31-19 (Ex. 18); Ans. ¶ 49.

**RESPONSE:** *See* response to paragraph 53.

55.     On February 24, 2021, Post sent a second letter seeking the takedown of 35 additional works.  Chew Decl. ¶ 8; Am. Compl. ¶ 50, ECF No. 31-20 (Ex. 19); Ans. ¶ 50.

**RESPONSE:** *See* response to paragraph 53.

56.     Learneo removed the documents identified in Post's February 24, 2021 letter and provided written confirmation within a week.  Chew Decl. ¶ 9; Am. Compl. ¶ 52, ECF No. 31-22 (Ex. 21); Ans. ¶ 52.

**RESPONSE:** *See* response to paragraph 53.

57.     Neither letter that Post sent to Learneo before filing this suit mentions the alleged CMI or metadata.  Am. Compl. ¶¶ 47, 50, ECF Nos. 31-17, 31-20 (Exs. 16, 19); Ans. ¶¶ 47, 50.

**RESPONSE:** Denied as irrelevant and immaterial and inconsistent with DMCA Section 1202.

### G.     The Works in Suit

58.     All 2,342 of the Works in Suit were taken down pursuant to Post's request. Wentworth Decl. ¶ 6.

**RESPONSE:** Admitted.

59.     At least 1,036 of the Works in Suit are "student works," *i.e.*, a "work that was

clearly created by someone not employed by Post University." Ex. D ¶¶ 190-191 (Myers Op. Report); Ex. E (Myers Op. Report, Ex. AAA).

**RESPONSE:** Denied. All documents identified as WIS are the result of Post determining that the documents were works created by Post employees and, therefore, owned by Post. Ex. 45 at Rog 22; Ex. 23 ¶¶ 190-191; Ex. 24.

60.    Post does not claim ownership of student works. Ex. D ¶ 191 (Myers Op. Report); Ex. J at 197:7-11, 204:3-7 (Bauer Tr.).

**RESPONSE:** Denied. Where documents include both student- and Post-generated content, Post claims ownership over the portion of the document containing Post-generated content. Ex. 48 at 127:9-128:22.

61.    At least 93 of the Works in Suit are documents owned by one of the schools that falls within the American Sentinel group. Ex. D ¶ 185 (Myers Op. Report); Ex. E (Myers Op. Report, Ex. AAA).

**RESPONSE:** Denied as irrelevant and immaterial, except admit that Post fully controls the operations of its wholly-owned subsidiary, ALS. Ex. 86 at 24:4-10, 30:24-31:11, 41:5-13; Ex. 100; Ex. 87.

62.    Sentinel U is a subsidiary of American Sentinel University, which is itself a subsidiary of American Learning Solutions, which is itself a subsidiary of Post University (the Plaintiff). Ex. N at 24:1-10; 79:19-80:3 (Monteiro Tr.).

**RESPONSE:** Admitted. Also admit that Post fully controls the operations of its wholly-owned subsidiary, ALS. Ex. 86 at 24:4-10, 30:24-31:11, 41:5-13; Ex. 100; Ex. 87.

63.    When a user represents to Learneo that they have the right to upload a document, Learneo has no independent way of verifying whether that representation is true. Chew Decl. ¶ 3.

**RESPONSE:** Denied, except admit that Learneo affirmatively decides not to verify whether a user has the right to upload a document due to liability and volume concerns. Ex. 51; Ex. 65 ("We rely on copyright holders and our users to flag any alleged copyright infringement so that we may promptly investigate…")

64.     Post's witnesses needed to consult faculty members and analyze Post's own documents in its "learning management system" to confirm their assertion of ownership of the Works in Suit in this case.  Ex. J at 155:11-158:16, 162:20-164:9 (Bauer Tr.); Ex. I at 133:16-21, 134:3-6, 134:15-17, 136:12-16 (Wilson Tr.).

**RESPONSE:** Deny as irrelevant and immaterial.

65.     Post's "learning management system" is inaccessible to Learneo.  Ex. J at 47:15-48:4 (Bauer Tr.).

**RESPONSE:** Denied as irrelevant and immaterial.

**H.    Post's Alleged Injuries**

66.     Post designated its Chief Financial Officer, Frank Monteiro, to testify to "[t]he harm or damage Post has allegedly suffered . . . due to any removal of CMI from any Work in Suit or the use of any Work in Suit or Post Mark by Course Hero, or by others uploading, downloading, or otherwise accessing from the Course Hero website a Work in Suit or Post Mark."  Ex. N at 20:3-6 (Monteiro Tr.); Ex. Q (30(b)(6) Notice).

**RESPONSE:** Admitted.

67.     When asked how the blurring of Post's logo on a document uploaded to the Course Hero website causes harm, Post stated, "I never said the blurring of the Post logo was causing harm."  Ex. N at 153:1-5 (Monteiro Tr.).

**RESPONSE:** Denied. Post has provided ample evidence of harm. *See generally* Ex. 2,

Exs. 4-5; Ex. 48 at 93:21-94:8, 102:3-10; 193:1-18, 194:22-195:11; Ex. 76 at 101:22-102:10, 105:14-24, 115:14-116:10; Ex. 78 (Dumont Ex. 11); Ex. 86 at 137:16-25, 139:11-140:16, 141:19-142:10, 144:6-21, 153:7-22, 166:22-167:11, 186:6-21, 188:11-189:10, 197:12-198:10, 198:18-199:3; Ex. 104 at 78:1-16; 82:25-83:6, 97:7-22; 98:7-100:3, 117:3-12, 160:21-161:21, 176:20-178:22.

68.     When asked whether any harm was caused by the fact that Post's logo is blurred on some occasions when presenting a document uploaded to the Course Hero website, Post  stated that it "can't specifically tie it to that." Ex. N at 198:11-16 (Monteiro Tr.) (discussing Am. Compl. ECF No. 31-2 (Ex. 1)).

**RESPONSE:** *See* response to ¶ 67.

69.     When asked whether harm was caused by the language at the bottom of a document webpage on the Course Hero website that states, "Copyright 2021 Course Hero, Inc.," Post stated that it "can't testify to that."  Ex. N at 198:18-199:3 (Monteiro Tr.) (discussing Am. Compl. ECF No. 31-2 (Ex. 1)).

**RESPONSE**: Denied as irrelevant and immaterial. CH's copyright notice confuses consumers. Ex. 2 ¶¶ 29-30, 32-33; Ex. 4; Ex. 5 at figs. 6-8; *see also* Ex. 48 at 193:1-18, 194:9-195:11.

70.     Mr. Monteiro testified that documents on Course Hero result in Post having to accelerate the refreshing of their classes to prevent cheating to Post (referred to as the "cheating harm").  Ex. N at 139:16-140:20 (Monteiro Tr.).

**RESPONSE:** *See* response to ¶ 67.

71.     Mr. Monteiro testified that cheating existed prior to the Internet and that Post had "no facts" tying the cheating harm to Learneo's copyright notice.  Ex. N at 143:11-13, 146:6-19

(Monteiro Tr.).

**RESPONSE:** *See* response to ¶ 67.

72.     When asked about the cheating harm that Post allegedly suffers, Mr. Monteiro testified, "I have not quantified, nor has Post quantified that in any way, shape, or form as a measurement." Ex. N at 148:24-149:1 (Monteiro Tr.).

**RESPONSE:** *See* response to ¶ 67.

73.     When asked, "What harm does the addition of the footer cause to Post?", Mr. Monteiro testified, "So my durable competitive advantage, which is teaching this class, has been compromised by you allowing this information to be out there, footer or no footer, and allowing it to be downloaded." Ex. N at 161:14-162:1 (Monteiro Tr.).

**RESPONSE:** *See* response to ¶ 67.

74.     In response to the question, "What is the harm that is specifically linked to the addition of the footer in the document?", Mr. Monteiro responded, "It's one harm. It's you having the document. The footer on there is just telling me it's you." Ex. N at 163:1-11 (Monteiro Tr.).

**RESPONSE:** *See* response to ¶ 67.

75.     When asked to identify whether a document uploaded to the Course Hero website with Post's logo blurred was a Post document, Post stated, "It's obvious it's a Post document . . . I'm not blind." Ex. N at 155:1-21 (Monteiro Tr.) (discussing Am. Compl. ECF No. 31-2 (Ex. 1)).

**RESPONSE:** Denied as irrelevant and immaterial. A single Post faculty member's ability to identify a blurred Post logo is not dispositive of how ordinary users experience the CH site.

76.     When asked whether blurring of Post's logo on a document uploaded to the Course Hero website makes it easier or harder for students to cheat, Post stated, "It's clearly a Post document, okay. I'm not a moron." Ex. N at 153:7-24 (Monteiro Tr.).

**RESPONSE:** *See* response to ¶ 75.

77.     At least one Post professor admitted that she could use Course Hero's free previews to check Course Hero for her documents.  Ex. K at 25:22-27:20 (Santa Maria Tr.).

**RESPONSE:** *See* response to ¶ 75. Also denied as a mischaracterization of testimony. The Post professor at issue was following up from a hit on Post's Safe Assign program for the purpose of identifying an academic integrity violation; she was not using the previews on the CH website to police Post's rights.

78.     Post's damages expert calculated damages associated with Learneo's alleged § 1202 violations to be as much as ~$33.9 billion.  Ex. H ¶ 6 (Mooney Rebuttal Report).

**RESPONSE:** Admitted.

## I.     Post's Policing of Infringement

79.     When asked if Post proactively monitors or reviews websites for infringement of its copyrighted materials, Post stated, "Not to my knowledge." Ex. J at 107:7-19 (Bauer Tr.).

**RESPONSE:** Denied as irrelevant and immaterial. Rightsholders cannot police their documents on CH without waiving rights. Discovery revealed more than 47,000. Post documents residing on the CH website without Post's permission, and despite Post sending multiple takedown demands in 2021. Post has identified 2,342 unique documents amounting to a nearly 6% rate of infringing documents. Exs. 52-53; Ex. 49 at 202:14-203:22; Johnson Decl. ¶ 44; Exs. 94-95; Ex. 48 at 160:18-161:9, 162:13-163:23; Ex. 45 at Rog 22; Ex. 44 at Rog 5. Learneo systematically removes metadata, thereby preventing metadata from being used to police infringement. *See* Ex. 23 ¶ 83; Ex. 42 at Rog 23.

80.     Post's designated corporate representative stated that he didn't think Post had ever sent a DMCA takedown request or similar communication to take down copyrighted materials

other than to Course Hero. Ex. J at 106:7-11 (Bauer Tr.).

**RESPONSE:** *See* response to ¶ 79.

81.    Post does not track document metadata, and several of Post's professors testified that they had never looked at metadata before, didn't know what it was, and had never heard of anyone trying to use metadata to police copyright infringement. Ex. I at 132:19-133:1 (Wilson Tr.); Ex. K at 142:1-12 (Santa Maria Tr.); Ex. L at 101:22-23 (Jones Tr.); Ex. M at 122:16-123:9 (Dumont Tr.); *see also* Ex. P at 218:24-219:3 (Moriarty Tr.).

**RESPONSE:** Denied as irrelevant and immaterial and inconsistent with copyright law. Post used metadata to identify more than approximately 300 infringing documents that were missed during an initial visual review. Ex. 41 at Rog 2; Ex. 45 at Rog 22; Ex. 86 at 170:6-172:4. A total of 740 documents have identifiable metadata that is not displayed by Learneo at the Preview or Unlock Stage. Ex. 101 (PU0082064). Learneo routinely deletes the original metadata from the Uploaded Document when a Download Document is distributed to a user. Ex. 23 ¶ 83; Ex. 42 at Rog 23.

82.    Before the filing of this suit, Learneo had no reason to know that Post was using any particular information to prevent or detect infringement. Chew Decl. ¶ 10.

**RESPONSE:** Denied as irrelevant and immaterial; this misstates copyright law and the DMCA in particular.

**J.    Learneo's State of Mind**

83.    Learneo has never believed the statements on the Course Hero website, including the copyright notice, the banners, the watermarks added to downloaded documents, and the metadata added to downloaded documents, to be false. Wentworth Decl. ¶ 43.

**RESPONSE:** Denied. Scienter must be resolved by the finder of fact at trial.

84.    Learneo has never provided or distributed statements via the Course Hero website, including the copyright notice, the banners, the watermarks added to downloaded documents, or the metadata added to downloaded documents, with the intent to induce, enable, facilitate, or conceal infringement.  Wentworth Decl. ¶ 44.

**RESPONSE:** Denied. Scienter must be resolved by the finder of fact at trial.

85.    Learneo has never intentionally or knowingly removed or altered content in the Works in Suit.  Wentworth Decl. ¶ 46.

**RESPONSE:** Denied. Scienter must be resolved by the finder of fact at trial.

86.    At least until Post identified the specific Works in Suit, Learneo did not know or have reasonable grounds to know that its alleged removals and alterations of content in the Works in Suit would induce, enable, facilitate, or conceal infringement.  Wentworth Decl. ¶ 47.

**RESPONSE:** Denied. Scienter must be resolved by the finder of fact at trial.

Dated: January 10, 2024                        Respectfully submitted,
New York, New York

**HARRIS ST. LAURENT & WECHSLER LLP**
By: */s/ Yonaton Aronoff*
Yonaton Aronoff (*pro hac vice*)
yaronoff@hs-law.com
Alisha L. McCarthy (*pro hac vice*)
amccarthy@hs-law.com
Ashley Robinson (*pro hac vice*)
arobinson@hs-law.com
Jaclyn D. Newman (*pro hac vice*)
jnewman@hs-law.com
40 Wall Street, 53rd Floor
New York, New York 10005
Tel.: 212-397-3370

**DILWORTH IP, LLC**
Benjamin J. Lehberger (ct26880)
470 James Street, Suite 007
New Haven, CT 06513
blehberger@dilworthip.com
Tel.: 203-220-8496

**GETZ BALICH LLC**
Timothy Andrew Johnson (ct25383)
10 Waterside Drive, Suite 205
Farmington, CT 06032
tjohnson@getzbalich.com
Tel.: 860-470-4703

*Attorneys for Plaintiff Post University, Inc.*