

HARRIS
ST. LAURENT
WECHSLER

February 21, 2025

**VIA ECF**
Hon. Vernon D. Oliver
United States District Judge for the District of Connecticut
450 Main Street, Hartford, CT 06103

Re: *Post University, Inc. v. Learneo, Inc.*, Case No. 3:21-cv-1242

Dear Judge Oliver:

We represent Plaintiff Post University, Inc. ("Post") and write with respect to Post's Opposition to Learneo, Inc.'s ("Learneo") Motion to Exclude the Testimony of Dr. Yoram (Jerry) Wind (Docket No. 202).

While Post continues to believe that no sealing is necessary and that the public should be given full access to the parties' submissions, Post recognizes that Learneo may have a different view. Accordingly, Post has filed its submission with redactions added to the memorandum of law and certain exhibits on the docket (Docket No. 202) and separately filed the unredacted copies of those documents under seal (Docket No. 203) in order to give Learneo the opportunity to make an appropriate sealing application. Post reserves the right to oppose any of Learneo's proposed redactions and file an unsealed version should Learneo fail to so move or should the Court deny Learneo's application in whole or in part.

Respectfully submitted,

*/s/ Jaclyn D. Newman*

Jaclyn D. Newman