**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| POST UNIVERSITY, INC., | |
| Plaintiff, | Case No. 3:21-cv-01242 (VDO) |
| v. | |
| LEARNEO, INC., | |
| Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's March 27, 2025 Order (ECF 205), Plaintiff Post University, Inc. and Defendant Learneo, Inc. hereby submit this Joint Status Report regarding the time allotments for each party's argument as to Defendant's Motion for Summary Judgment (ECF 182) and Defendant's Motion to Exclude the Testimony of Dr. Yoram (Jerry) Wind (ECF 193).

1) The Parties propose the following time allotments:

    a. Motion for Summary Judgment

        i. Movant (Defendant): 30 minutes

        ii. Nonmovant (Plaintiff): 30 minutes

    b. Motion to Exclude the Testimony of Dr. Yoram (Jerry) Wind:

        i. Movant (Defendant): 15 minutes

        ii. Nonmovant (Plaintiff): 15 minutes

Dated: April 4, 2025

Respectfully submitted,

HARRIS ST. LAURENT & WECHSLER LLP

By: */s/ Yonaton Aronoff*
Yonaton Aronoff (*pro hac vice*)
yaronoff@hs-law.com
Alisha L. McCarthy (*pro hac vice*)
amccarthy@hs-law.com
Ashley Robinson (*pro hac vice*)
arobinson@hs-law.com
Jaclyn D. Newman (*pro hac vice*)
jnewman@hs-law.com
40 Wall Street, 53rd Floor
New York, New York 10005
Tel.: 212-397-3370

DILWORTH IP, LLC
Benjamin J. Lehberger (ct26880)
470 James Street, Suite 007
New Haven, CT 06825
blehberger@dilworthip.com
Tel.: 203-220-8496

GETZ BALICH LLC
Timothy A. Johnson (ct25383)
10 Waterside Drive, Suite 205
Farmington, CT 06032
tjohnson@getzbalich.com
Tel.: 860-470-4703

*Attorneys for Plaintiff Post University, Inc.*

MORRISON & FORESTER LLP

By: */s/ Joseph C. Gratz*
Joseph C. Gratz (*pro hac vice*)
jgratz@mofo.com
Annie A. Lee (*pro hac vice*)
annielee@mofo.com
Ian Bennett (*pro hac vice*)
ibennett@mofo.com
Justin K. Rezkalla (*pro hac vice*)
jrezkalla@mofo.com
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268.7000

Carolyn Homer (*pro hac vice*)
cmhomer@mofo.com
2100 L Street, NW Suite 900
Washington, D.C. 20038
Telephone: 202.887.1500

SHIPMAN & GOODWIN LLP
Patrick M. Fahey (ct13862)
One Constitution Plaza
Hartford, CT 06103-1919
pfahey@goodwin.com
Telephone: 860.251.5824

*Attorneys for Defendant Learneo, Inc.*