## UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
### CIVIL STANDARD MINUTES

Date **4/11/2025**

Case # **3:21-cv-01242-VDO**

Honorable Judge **Vernon D. Oliver**

Deputy Clerk **Jessalyn Samson**

**Post University Inc**

Vs.

**Learneo, Inc.**

Counsel for Pla(s) **Lehberger, Johnson, Newman, Aronoff**

Counsel for Dft(s) **Homer, Gratz, Fahey, Lee**

Start Time **10:11**   End Time **12:17**

Reporter/ECRO/Courtsmart **Corinne Thomas**

Recess (if more than ½ hr) _____ to _____

Interpreter _____ Language _____

Total Time **2** hour(s) **6** minute(s)

Hearing held  ☑ in person  ☐ by video  ☐ by telephone

**HEARING AND TIME**

| ■ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| --- | --- | --- |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

**MOTIONS**

■ Motion **(182)** _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ■ taken under advisement
■ Motion **(193)** _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ■ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____
☐ Status report due _____
☐ Hearing continued until _____ at _____

**NOTES**

Rev. 3/21/24