

April 22, 2025

**VIA ECF**
The Hon. Vernon D. Oliver
United States District Court
District of Connecticut
450 Main Street
Hartford, Connecticut 06103

      Re:    *Post University Inc. v. Learneo, Inc.*, No. 3:21-cv-01242 (VDO)

Your Honor:

      We represent Plaintiff Post University Inc. ("Post") in the above-referenced matter. We write regarding Your Honor's March 7, 2025 Order noting that the Parties "shall be prepared to discuss availability for trial in the summer of 2025" at the previously held April 11, 2025 hearing. *See* Docket No. 205. Trial dates were not discussed during the hearing; however, based on discussions with Learneo, the parties are available for trial from September 22, 2025 through October 3, 2025. If the Court is not available on those dates, we will discuss alternative dates with Learneo.

                                      Respectfully submitted,

                                      */s/ Yonaton Aronoff*
                                      Yonaton Aronoff

cc: All counsel of record by ECF

YONATON ARONOFF  YARONOFF@HS-LAW.COM   DIRECT (917) 512-9488

HS-LAW.COM   MAIN (212) 397-3370 | FAX (212) 202-6206 | 40 WALL STREET, 53RD FLOOR, NEW YORK, NY 10005