UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

POST UNIVERSITY, INC.,

                    Plaintiff,

         v.                                          Case No. 3:21-cv-01242

LEARNEO, INC.,

                    Defendant.

---

**JOINT [PROPOSED] STIPULATION**

In an effort to streamline the trial scheduled to begin February 17, 2026, defendant Learneo, Inc. and plaintiff Post University, Inc. jointly submit these proposed trial procedures to the Court for consideration.  The parties will be prepared to discuss these proposals with the Court at the pre-trial conference.

I.       **POST'S CLAIMS**

         A.    **Post's Trademark Claims**

1.       Post will not pursue at trial its trademark infringement claims.  Post's witnesses and lawyers will not suggest or argue that there was trademark infringement occurring on the Course Hero Website.

2.       For purposes of Post's 1202 claims, Post will argue that its trademarks are copyright management information ("CMI"), and Post may ask its witnesses to identify them as such.  Post's attorneys and witnesses will refer to such trademarks as Post's CMI, not Post's trademarks.  Should a witness unintentionally refer to Post's CMI as "Post's trademarks," the Parties agree to meet and confer in good faith as to whether a curative instruction is needed to clarify that Post is not claiming trademark infringement.

**B.**    **Post's 1202 Claims**

3.        Post will not pursue at trial any 1202 claims related to the following 101 previous works in suit, including 93 works associated with American Sentinel University:

|       |     |           |
|-------|-----|-----------|
| i.    |     | CH1191261 |
| ii.   |     | CH1191961 |
| iii.  |     | CH1201566 |
| iv.   |     | CH1206025 |
| v.    |     | CH1208965 |
| vi.   |     | CH1209275 |
| vii.  |     | CH1209385 |
| viii. |     | CH1209471 |
| ix.   |     | CH1210202 |
| x.    |     | CH1210294 |
| xi.   |     | CH1210312 |
| xii.  |     | CH1213816 |
| xiii. |     | CH1214291 |
| xiv.  |     | CH1215704 |
| xv.   |     | CH1215856 |
| xvi.  |     | CH1216027 |
| xvii. |     | CH1216205 |
| xviii.|     | CH1218632 |
| xix.  |     | CH1218789 |
| xx.   |     | CH1219084 |

xxi.        CH1220222

xxii.       CH1220255

xxiii.      CH1220264

xxiv.       CH1220328

xxv.        CH1220459

xxvi.       CH1220664

xxvii.      CH1227227

xxviii.     CH1227233

xxix.       CH1227350

xxx.        CH1227363

xxxi.       CH1227557

xxxii.      CH1227664

xxxiii.     CH1230840

xxxiv.      CH1230854

xxxv.       CH1231356

xxxvi.      CH1231976

xxxvii.     CH1234513

xxxviii.    CH1235808

xxxix.      CH1235919

xl.         CH1235934

xli.        CH1235971

xlii.       CH1235980

xliii.      CH1236027

xliv.        CH1236084

xlv.         CH1236131

xlvi.        CH1237321

xlvii.       CH1238282

xlviii.      CH1239467

xlix.        CH1240261

l.           CH1240981

li.          CH1241305

lii.         CH1241561

liii.        CH1243558

liv.         CH1244567

lv.          CH1250690

lvi.         CH1250724

lvii.        CH1250732

lviii.       CH1253011

lix.         CH1253603

lx.          CH1254374

lxi.         CH1254958

lxii.        CH1255967

lxiii.       CH1256686

lxiv.        CH1256890

lxv.         CH1257009

lxvi.        CH1259239

lxvii.        CH1259940

lxviii.       CH1260060

lxix.         CH1262930

lxx.          CH1267795

lxxi.         CH1279532

lxxii.        CH1280151

lxxiii.       CH1280748

lxxiv.        CH1286199

lxxv.         CH1290638

lxxvi.        CH1295737

lxxvii.       CH1299083

lxxviii.      CH1300990

lxxix.        CH1308781

lxxx.         CH1308911

lxxxi.        CH1322734

lxxxii.       CH1322777

lxxxiii.      CH1329254

lxxxiv.       CH1367005

lxxxv.        CH1367010

lxxxvi.       CH1373760

lxxxvii.      CH1395327

lxxxviii.     CH1412303

lxxxix.       CH1433598

xc.        CH1442597

xci.       CH1443173

xcii.      CH1455100

xciii.     CH1460200

xciv.      CH1202288

xcv.       CH1230800

xcvi.      CH1318247

xcvii.     CH1353786

xcviii.    CH1383640

xcix.      CH1395968

c.         CH1304752

ci.        CH1317496

## II.    EXHIBITS

### A.    Stipulations Regarding the Parties' Reputation

7.    Learneo agrees not to seek to introduce evidence or testimony concerning Post's general reputation in the educational industry, including complaints from students. However, Learneo reserves the right to seek to present evidence and/or testimony related to Post's profile as an institution to provide context on what Post is, such as its enrollment numbers, acceptance rate, tuition and fees, academic programs offered, etc.

8.    Post agrees it will not seek to characterize Learneo as a platform primarily or predominantly used for cheating. Post further agrees it will not use the following terms in reference or in comparison to the Course Hero platform:

i.    Pirates, pirating, or piracy;

ii.   Criminals;

     iii.     Thieves, theft, fraudsters, or scammers;

     iv.     Free Riders, free riding;

     v.     Stealing;

     vi.     Cheating platform, contract cheating website, essay or assignment mill, ghostwriting, ghost writers, or plagiarists;

     vii.     Academic dishonesty site or academic dishonesty platform;

     viii.     Black market; and

     ix.     Comparison to illegitimate file sharing sites, e.g.: Napster, LimeWire, The Pirate Bay, YesMovies, 123Movies, Putlocker, BitTorrent protocol, Kazaa, uTorrent, Grokster, and similar websites.

9.     Post reserves the right to compare Course Hero to legitimate file sharing sites like YouTube.

**B.     Stipulations Regarding the Parties' Financials**

10.     Post will not seek to introduce evidence or argument regarding Course Hero's funding, financial status, valuation, and/or ability to pay a judgment.

11.     Learneo will not seek to characterize statutory damages as a windfall to Post or otherwise seek to introduce evidence or argument concerning Post's funding or ownership structure.

12.     Post reserves the right to introduce evidence or argument concerning the per-document value of a document to Learneo (including evidence of Learneo's annual revenues to the extent needed for such a calculation).

13.     Learneo reserves the right to present evidence and argument regarding whether and the degree to which Post was harmed by the alleged 1202 violations.

### C.    Stipulations Regarding Subsequent Remedial Measures

14.    Post will not seek to introduce evidence or argument regarding the existence of, or the purpose of, any changes actually made to Course Hero's practices regarding documents uploaded to its platform following the filing of the Complaint.

### D.    Stipulations Regarding Other Claims

15.    Post agrees not to introduce evidence or argument that its copyright infringement claims extend to works other than the five identified in its operative complaint, or that it could have brought copyright infringement claims for works other than the five identified in its operative complaint.  For the avoidance of doubt, as it relates to its 1202 claims, Post will be able to argue that it believes more copyright infringement was taking place, but that Post was unable to effectively police the Course Hero website.  Post is also not impeded in any way from alleging its 1202 violations – e.g., that Learneo's website setup and actions induced, facilitated, or concealed infringement taking place on the Course Hero website.

16.    Post agrees evidence or argument regarding other lawsuits, claims, or settlements against Course Hero, Learneo, or its users are presumptively not relevant and should be excluded. With respect to lawsuits/settlements Post identifies after the date of this stipulation, the parties agree to meet and confer about the relevance of such lawsuits/settlements in good faith and Post reserves the right to raise a further motion in limine to introduce that evidence as needed.

17.    This stipulation does not extend to evidence or argument pertaining to lawsuits brought to determine the identities of Course Hero's users.  The admissibility of such evidence and argument will be treated on a case-by-case basis at trial.

PLAINTIFF POST UNIVERSITY, INC.    DEFENDANT LEARNEO, INC.


By: */s/ Jaclyn D. Newman*
Yonaton Aronoff (*pro hac vice*)
yaronoff@hs-law.com
Alisha L. McCarthy (*pro hac vice*)
amccarthy@hs-law.com
Ashley Robinson (*pro hac vice*)
arobinson@hs-law.com
Jaclyn D. Newman (*pro hac vice*)
jnewman@hs-law.com
Hetali Sheth
hsheth@hs-law.com
40 Wall Street, 53rd Floor
New York, New York 10005
Tel.: 212-397-3370

DILWORTH IP, LLC
Benjamin J. Lehberger (ct26880)
470 James Steet, Suite 007
New Haven, CT 06513
Email: blehberger@dilworthip.com
Tel.: 203-220-8496

GETZ BALICH LLC
Timothy Andrew Johnson (ct25383)
10 Waterside Drive, Suite 205
Farmington, CT 06032
Email: tjohnson@getzbalich.com
Tel.: 860-470-4703

*Attorneys for Plaintiff Post University, Inc.*


By:    */s/ Ramsey Fisher*
Patrick M. Fahey (ct13862)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Telephone:    806.251.5824
Facsimile:    806.251.5219
Email:    PFahey@goodwin.com

Joseph C. Gratz (*pro hac vice*)
jgratz@mofo.com
Gene Novikov (*pro hac vice*)
gnovikov@mofo.com
Ramsey Fisher (*pro hac vice*)
rfisher@mofo.com
Ian Bennett (*pro hac vice*)
ibennett@mofo.com
Justin K. Rezkalla (*pro hac vice*)
jrezkalla@mofo.com
Will C. Martel (*pro hac vice*)
wmartel@mofo.com
MORRISON & FORESTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

Whitney R. O'Byrne (*pro hac vice*)
wobyrne@mofo.com
Mark D. Marciszewski (*pro hac vice*)
mmarciszewski@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone: 213-892-5200
Facsimile: 213-892-5454

Kelsey Roberts Kingman (*pro hac vice*)
KRobertsKingman@mofo.com
Morrison & Foerster, LLP
755 Page Mill Rd.
Palo Alto, CA 94304
Telephone: (650) 889-0114

Carolyn M. Homer (*pro hac vice*)
cmhomer@mofo.com
MORRISON & FORESTER LLP
2100 L Street, NW, Suite 900
Washington, D.C., 20037
Telephone:       202.887.1500
Facsimile:       202.887.0763

*Attorneys for Defendant Learneo, Inc.*