UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------------  x
POST UNIVERSITY, INC.,                                             :
                                                                   :
                                    Plaintiff,                     :
                                                                   :           VERDICT FORM
            -against-                                              :
                                                                   :           3:21-CV-1242 (VDO)
LEARNEO, INC.,                                                     :
                                                                   :
                                    Defendant.                     :
-----------------------------------------------------------------  x
```

3/4/26 COURT'S EXHIBIT
6
21 CV 1242 (VDO)

**SO ORDERED.**

Hartford, Connecticut
February 27, 2026

/s/Vernon D. Oliver
VERNON D. OLIVER
United States District Judge

1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------X

POST UNIVERSITY, INC.,

        Plaintiff,

   v.

LEARNEO, INC.,

        Defendant.

------------------------------------------------------------------X

**DMCA - Providing or Distributing False Copyright Management Information (§ 1202(a))**

1. Did you find that Learneo knowingly provided or distributed false CMI in connection with the Post documents displayed on, or downloaded from, the Course Hero website, and did so with the intent to induce, enable, facilitate or conceal infringement?

   ☑ **YES**
   ☐ NO

   If your answer is **YES** to Question 1, proceed to Question 2.
   If your answer is **NO** to Question 1, proceed to Question 5.

2. How many times did you find that Learneo violated § 1202(a)?

   Number of Violations:

   __1458__

   Proceed to Question 3.

2

## DMCA § 1202(a)—STATUTORY DAMAGES

3. What is the statutory damage amount you award, in the range of $2,500 to $25,000, per DMCA § 1202(a) violation?

   $ __25,000__ .

4. Write the total amount of damages you award for all DMCA § 1202(a) violations that were committed by Learneo. This is determined by multiplying your number of violations from Question 2 by your per-violation statutory damage amount from Question 3.

   $ __36,450,000__ .

   Proceed to Question 5.

3

## DMCA - Removing or Altering Copyright Management Information (§ 1202(b))

5. Did you find that Learneo, with respect to the Post documents uploaded to, on, or downloaded from, the Course Hero website:

a. Intentionally removed or altered Post's CMI without Post's permission; or

b. Distributed or imported for distribution Post's CMI, knowing at the time of distribution or importation that Post's CMI had been removed or altered without Post's permission; or

c. Distributed or imported for distribution Post's documents, knowing at the time of distribution or importation that Post's CMI had been removed or altered without Post's permission,

and did so while knowing or having reasonably grounds to know that doing so would induce, enable, facilitate or conceal copyright infringement?

☑ YES
☐ NO

If your answer is **YES** to Question 5, proceed to Question 6.
If your answer is **NO** to Question 5, proceed to Question 9.

6. How many times did you find that Learneo violated § 1202(b)?

Number of Violations:

_1557_

Proceed to Question 7.

4

## DMCA § 1202(b) – STATUTORY DAMAGES

Answer the following questions in accordance with my **Instruction No. 25.**

7. What is the statutory damage amount you award, in the range of $2,500 to $25,000, per DMCA § 1202(b) violation?

    $ 25,000.

8. Write the total amount of damages for all DMCA § 1202(b) violations that were committed by Learneo. This is determined by multiplying your number of violations from Question 6 by your per-violation statutory damage amount from Question 7.

    $ 38,925,000.

Proceed to Question 9.

## COPYRIGHT INFRINGEMENT

9. For each of the works listed below, has Post proven that Course Hero directly, vicariously, and/or contributorily, infringed Post's copyright?

**College Writing Post U Newspaper Assignment, No. TXu 2-268-447:**
☑ YES
☐ NO

**ENG110 College Writing Course Syllabus, No. TXu 2-268-438:**
☑ YES
☐ NO

**Foundation of Early Childhood Education Research Paper, No. TXu 2- 268-452:**
☑ YES
☐ NO

**ACC111 Financial Accounting Course Syllabus, No. TXu 2-268-433:**
☑ YES
☐ NO

**HRM201 Unit 7 Final Exam, No. TXu 2-268-434:**
☑ YES
☐ NO

*If your answer is YES to any portion of Question 9, proceed to Question 10 and answer that Question only for the portion(s) of Question 9 you answered YES.*

*If your answer is NO to all portions of Question 9, the verdict form is complete. Please proceed to the Jury Certification Form.*

6

Case 3:21-cv-01242-VDO    Document 368    Filed 03/04/26    Page 7 of 10
Case 3:21-cv-01242-VDO    Document 350    Filed 02/27/26    Page 7 of 10

10. For each of the works listed below, do you find that the DMCA safe harbor (17 U.S.C. § 512(c)) applies such that Course Hero is not liable for infringement?

**College Writing Post U Newspaper Assignment, No. TXu 2-268-447:**
  ☐ YES
  ☑ NO

**ENG110 College Writing Course Syllabus, No. TXu 2-268-438:**
  ☐ YES
  ☑ NO

**Foundation of Early Childhood Education Research Paper, No. TXu 2- 268-452:**
  ☐ YES
  ☑ NO

**ACC111 Financial Accounting Course Syllabus, No. TXu 2-268-433:**
  ☐ YES
  ☑ NO

**HRM201 Unit 7 Final Exam, No. TXu 2-268-434:**
  ☐ YES
  ☑ NO

*If your answer is NO to any portion of Question 10, proceed to Question 11 and answer that Question only for the portion(s) of Question 10 you answered NO.*

*If your answer is YES to all portions of Question 10 which you were instructed to complete, the verdict form is complete. Please proceed to the Jury Certification Form.*

7

11. For each of the works listed below, has Course Hero proven that it made fair use of the work such that Course Hero is not liable for infringement?

**College Writing Post U Newspaper Assignment, No. TXu 2-268-447:**
  ☐ YES
  ☑ NO

**ENG110 College Writing Course Syllabus, No. TXu 2-268-438:**
  ☐ YES
  ☑ NO

**Foundation of Early Childhood Education Research Paper, No. TXu 2- 268-452:**
  ☐ YES
  ☑ NO

**ACC111 Financial Accounting Course Syllabus, No. TXu 2-268-433:**
  ☐ YES
  ☑ NO

**HRM201 Unit 7 Final Exam, No. TXu 2-268-434:**
  ☐ YES
  ☑ NO

*If your answer is NO to any portion of Question 11, proceed to Question 12.*

*If your answer is YES to all portions of Question 11 which you were instructed to complete, the verdict form is complete. Please proceed to the Jury Certification Form.*

12. What amount of damages, if any, do you award for Post's copyright infringement claim?

$ __114.85__.

*Proceed to Question 13.*

13. Has Course Hero proven that Post failed to mitigate the damages you found in Question 12?

  ☐ YES
  ☑ NO

*If your answer is YES to Question 13, proceed to Question 14.*

*If your answer is NO to Question 13, the verdict form is complete. Please proceed to the Jury Certification Form.*

8

14. Of the damages you found in Question 10, how much do you find were caused by Post's own failure to mitigate its damages?

$ _____.

- *The verdict form is complete. Please proceed to the Jury Certification Form.*

## IV. JURY CERTIFICATION

The answers to the foregoing questions are the unanimous verdict of the jury.

Date: 03/04/2026

/s/

Foreperson's Signature

_____

Foreperson's Printed Name