UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

POST UNIVERSITY, INC.,

        Plaintiff,

    v.

LEARNEO, INC.,

        Defendant.

Case No. 3:21-cv-01242

**JOINT STATUS REPORT**

Pursuant to the Court's March 5, 2026 Order (ECF No. 369), Plaintiff Post University, Inc. ("Plaintiff") and Defendant Learneo, Inc. ("Defendant") (together, "the Parties") hereby submit this Joint Status Report regarding: (1) a proposed post-trial briefing schedule and (2) the claims Plaintiff agreed to withdraw before trial.

1. The Parties propose the following briefing schedule for post-trial motions under Rule 50 and Rule 59:

    a. Opening briefs due by May 6, 2026;

    b. Opposition briefs due by June 22, 2026;

    c. Reply briefs due by July 24, 2026.

2. The Parties agree to stipulate to dismiss with prejudice the trademark infringement claims recited in Counts V and VI of the First Amended Complaint (Dkt. 31).

3. Because the entry of judgment triggers a mandatory 28-day statutory deadline for Rule 50(b) motions, the Parties respectfully request that the Court enter judgment no earlier than April 8, 2026, 28 days before the stipulated deadline for opening post-trial motion briefs.

4.  The Parties agree to defer any motion(s) for attorneys' fees until any appeals are decided.  As such, the Parties respectfully request the Court issue an order tolling any deadlines for any attorneys' fees motions until 30 days following the issuance of a final mandate concluding all appellate proceedings in this action.

PLAINTIFF POST UNIVERSITY, INC.

DEFENDANT LEARNEO, INC.


By: */s/ Jaclyn D. Newman*
Yonaton Aronoff (*pro hac vice*)
yaronoff@hs-law.com
Alisha L. McCarthy (*pro hac vice*)
amccarthy@hs-law.com
Ashley Robinson (*pro hac vice*)
arobinson@hs-law.com
Jaclyn D. Newman (*pro hac vice*)
jnewman@hs-law.com
Hetali Sheth
hsheth@hs-law.com
40 Wall Street, 53rd Floor
New York, New York 10005
Tel.: 212-397-3370

DILWORTH IP, LLC
Benjamin J. Lehberger (ct26880)
470 James Steet, Suite 007
New Haven, CT 06513
Email: blehberger@dilworthip.com
Tel.: 203-220-8496

GETZ BALICH LLC
Timothy Andrew Johnson (ct25383)
10 Waterside Drive, Suite 205
Farmington, CT 06032
Email: tjohnson@getzbalich.com
Tel.: 860-470-4703

*Attorneys for Plaintiff Post University, Inc.*

By:    */s/ Joseph C. Gratz*
Patrick M. Fahey (ct13862)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Telephone:      806.251.5824
Facsimile:      806.251.5219
Email:    PFahey@goodwin.com

Joseph C. Gratz (*pro hac vice*)
jgratz@mofo.com
Gene Novikov (*pro hac vice*)
gnovikov@mofo.com
Ramsey Fisher (*pro hac vice*)
rfisher@mofo.com
Ian Bennett (*pro hac vice*)
ibennett@mofo.com
Justin K. Rezkalla (*pro hac vice*)
jrezkalla@mofo.com
Will C. Martel (*pro hac vice*)
wmartel@mofo.com
MORRISON & FORESTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone:      415.268.7000
Facsimile:      415.268.7522

Whitney R. O'Byrne (*pro hac vice*)
wobyrne@mofo.com
Mark D. Marciszewski (*pro hac vice)*
mmarciszewski@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone: 213-892-5200
Facsimile: 213-892-5454

Kelsey Roberts Kingman (*pro hac vice*)
KRobertsKingman@mofo.com
Morrison & Foerster, LLP
755 Page Mill Rd.
Palo Alto, CA 94304
Telephone: (650) 889-0114

- 3 -

Carolyn M. Homer (*pro hac vice*)
cmhomer@mofo.com
MORRISON & FORESTER LLP
2100 L Street, NW, Suite 900
Washington, D.C., 20037
Telephone:    202.887.1500
Facsimile:    202.887.0763

*Attorneys for Defendant Learneo, Inc.*