**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| POST UNIVERSITY, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 3:21CV1242 (VDO) |
| | : | |
| LEARNEO, INC., | : | |
| | : | |
| Defendant. | : | |

## <u>JUDGMENT</u>

This action came to trial before a jury and the Honorable Vernon D. Oliver, United States District Judge. The issues having been tried and the jury having returned a verdict in favor of the plaintiff for $25,000 for each of 1,458 violations for a total of $36,450,000 as to all DMCA § 1202(a) violations and $25,000 for each of 1,557 violations for a total of $38,925,000 for all DMCA § 1202(b) violations and $114.85 for the plaintiff's copyright infringement claim on March 4, 2026, and;

The Court on September 23, 2025 having granted in part and denied in part the defendant's motion for summary judgment and dismissed the following claims: Count VII CUTPA, Count VIII unjust enrichment, and Count IX common law unfair competition, and;

The Court on April 1, 2026, having approved the joint stipulation to dismiss with prejudice the remaining trademark infringement claims recited in Counts V and VI of the First Amended Complaint, it is hereby,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiff, Post University, Inc. against the defendant, Learneo, Inc. in the

amount of **$36,450,000**, for statutory damages for DMCA § 1202(a) violations,

**$38,925,000,** for statutory damages for DMCA § 1202(b) violations and **$114.85** for

damages for copyright infringement and the case is closed.

Dated at Hartford, Connecticut, this 14th day of April, 2026.

DINAH MILTON KINNEY, Clerk

By: /s/ Nicola Kelsey
    Nicola Kelsey
    Deputy Clerk

Entered on Docket: 4/14/2026